IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Eugene Westmoreland, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | 23-cv-1851 |
| -*vs*- | ) | |
| | ) | Judge Tharp, Jr. |
| Thomas Dart, Sheriff of Cook | ) | |
| County, and Cook County, Illinois, | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |

**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Rule 23(c)(1)(A) provides "[a]t an early practicable time after a person sues or is sued as a class representative, the court must determine by order whether to certify the action as a class action." Plaintiff Eugene Westmoreland, by counsel, moves the Court to certify this case under Rule 23(b)(2) of the Federal Rules of Civil Procedure for: "all Cook County Jail detainees who have been assigned and currently use a wheelchair to traverse the RTU ramps" and Rule 23(b)(3) for "all Cook County Jail detainees who have been assigned to a wheelchair and use a wheelchair to traverse the RTU ramps from March 24, 2021 to the date of entry of judgment."

In support of this motion, plaintiff submits the accompanying memorandum explaining plaintiff meets each of the requirements of Rule 23(a), (b)(2), and (b)(3).

It is therefore respectfully requested that the Court certify this case under Rule 23(b)(2) and (b)(3) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Patrick W. Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
pwm@morrisseylawchicago.com
*an attorney for plaintiff*