Follow us:

HOME   ABOUT US   CONTACT   PORTFOLIO

**Correctional / Health**

**"BUILDING FOR THE FUTURE"**
*Correctional News, August 2013*

Cook County Department of
Corrections, Residential Treatment
Unit,   &
Receiving, Classification, Diagnostic
Center (RTU-RCDC)
2750 S. California Avenue
Chicago, IL 60608

New Intake facility, receiving 300- 400
 inmates a day, discharging 300- 400 a day
and transferring 1500 to courts a day ; And a
Residential Treatment Unit of 1000 bed
intermediate healthcare for men and
women separately.  The facility connects
underground to all campus divisions via
pedestrian and utility tunnels.
Designed FF&E and Medical Equipment.
Different options and sites were explored
during the design phase.

Area:  285,000 sf
Completed:  2013
Cost:  $ 95 million
Owner:  Cook County Capital Planning

Read More   I>
Correctional News   I>
                              Next Judicial   I>
                              Next Health   I>



POWERED BY

Exhibit 1 Page 1