

Equipment for Sale    News & Media    Bidding Opportunities

Contact Us    Change Location

OUR COMPANY    OUR EXPERIENCE

OUR SERVICES    EXPERIENCE / CORRECTIONAL / Cook County Jail –

OUR COMMITMENT

YOUR CAREER

# Correctional



## Cook County Jail – New RTU-RCDC Facility

**LOCATION**
Chicago, Illinois

**OWNER**
Cook County Office of Capital Planning & Policy

**ARCHITECT**
Roula Architects

**CONTRACT VALUE**
$84,000,000

The new home of the Department of Corrections Reception Classification Diagnostic Center processes admissions to the Department of Corrections. The program included new intake, holding and processing areas; clinics; medical services and associated administrative functions; dormitories; cells/cell blocks; and auxiliary functions. The project consisted of a five-story cast-in-place concrete structure of approximately 280,000 square feet, two pedestrian tunnels connecting to adjacent buildings and modifications to an existing central plant. Exterior skin is architectural precast concrete with

*This is the new home of the Department of Corrections Reception Classification Diagnostic Center, which processes admissions to the Department of*

Exhibit 2 Page 1



| OUR COMPANY | OUR EXPERIENCE | Equipment for Sale | News & Media | Bidding Opportunities |
| --- | --- | --- | --- | --- |

Contact Us     Change Location

OUR SERVICES          OUR COMMITMENT

Previous Project          YOUR CAREER  Additional Experience          Next Project

- - - - - - - -
FEDERAL BUILDING

- - - - - - - -
HEALTHCARE

- - - - - - - -
DATA CENTERS

**WALSH CONSTRUCTION**
929 West Adams Street
Chicago, Illinois 60607
T: 312.563.5400
F: 312.563.5466

**ARCHER WESTERN**
2839 Paces Ferry Road SE
Suite 1200
Atlanta, Georgia 30339
T: 404.495.8700
F: 404.495.8701

**WALSH CANADA**
36 York Mills Road
Suite 302
Toronto, Ontario M2P 2E9
T: 416.849.9000
F: 416.849.9100

- Our Company
- Our Experience
- Our Services
- Our Commitment
- Your Career
- News & Media
- Bidding Opportunities
- Equipment For Sale
- Contact Us

©2021 The Walsh Group. An Equal Opportunity Employer, Disability/Veteran. All Rights Reserved.    Walsh Canada

Accessibility

Exhibit 2 Page 3