# Mobility aid list

| From: | Sabrina Rivero Canchola (Sheriff) <Sabrina.RiveroCanchola@ccsheriff.org> |
|---|---|
| To: | Collin McArdle (Sheriff) <Collin.McArdle@ccsheriff.org>, Roxane Boutte (Sheriff) <Roxane.Boutte@ccsheriff.org> |
| Sent: | May 7, 2021 1:01:51 PM CDT |
| Received: | May 7, 2021 1:01:52 PM CDT |

Hello,

As discussed. Here is the list of inmates who are allowed to keep their devices on the tier.

| Inmate ID (Booking) (Booking) | Inmate | Booking # (Booking) (Booking) | Alert | Bed Assignment (Booking) (Booking) |
|---|---|---|---|---|
| 758355 | James Brister | 20180719047 | Walker | DIV08-2E-1-1 |
| 0160581 | Lonnie Davis | 20210318077 | Cane | DIV08-2F-D2-19 |
| 802437 | Paul Flores | 20190507170 | Wheelchair | DIV08-2F-D2-3_X |
| 0355651 | Alfred Williams | 20171223112 | Cane | DIV08-2G-D3-18 |
| 0355651 | Alfred Williams | 20171223112 | Cane | DIV08-2G-D3-18 |
| 822234 | Phillip Eliah | 20200731019 | Walker | DIV08-2G-D3-27 |
| 826907 | Jesse ibarra | 20201210127 | Crutches | DIV08-2G-D3-28 |
| 0196948 | Sammie Harrison | 20210106035 | Cane | DIV08-2G-D3-33 |
| 623547 | Florencio Craig | 20210220018 | Wheelchair | DIV08-2G-D3-6_X |
| 0487329 | Curley Hornes | 20191030165 | Crutches | DIV08-3C-D2-21 |
| 0487329 | Curley Hornes | 20191030165 | Crutches | DIV08-3C-D2-21 |
| 0487329 | Curley Hornes | 20191030165 | Crutches | DIV08-3C-D2-21 |
| 0474919 | Scott Nelson | 20210307118 | Wheelchair | DIV08-3C-D2-23 |
| 738875 | Khalil A Raggs | 20210414099 | Walker | DIV08-3C-D2-34 |
| 729750 | Jose A Mendoza | 20210402138 | Cane | DIV08-3C-D2-35 |
| 0349009 | Rayshawn Cherry | 20210227112 | Cane | DIV08-3C-D2-36 |
| 0345097 | Tyshaun Hunter | 20210419098 | Wheelchair | DIV08-3C-D2-5_X |
| 768531 | Tommy R Ortiz | 20170720030 | Walker | DIV08-3C-D2-6_X_C |
| 768531 | Tommy R Ortiz | 20170720030 | Wheelchair | DIV08-3C-D2-6_X_C |
| 811822 | Eugene D Westmoreland | 20191030026 | Wheelchair | DIV08-3D-D3-2_X_C |
| 811822 | Eugene D Westmoreland | 20191030026 | Walker | DIV08-3D-D3-2_X_C |
| 0132463 | Maurice T Williams | 20200308123 | Cane | DIV08-3D-D3-22 |
| 777893 | GUILLEROMO ARAIZA | 20180117058 | Cane | DIV08-3D-D3-26 |
| 0187052 | Ron A Browning | 20190116223 | Wheelchair | DIV08-3D-D3-3_X |
| 0047393 | Tirnell Wiliams | 20200927069 | Wheelchair | DIV08-3D-D3-34 |
| 0472877 | John C Stamps III | 20210323004 | Cane | DIV08-3D-D3-39 |
| 0590142 | Quovotis Harris | 20190709220 | Wheelchair | DIV08-3E-6-1 |
| 0590142 | Quovotis Harris | 20190709220 | Cane | DIV08-3E-6-1 |
| 0470156 | Eddie P Williams | 20190803161 | Cane | DIV08-3F-D4-20 |
| 0046946 | Jimmy L Yarbrough | 20210410054 | Cane | DIV08-3F-D4-27 |
| 0071430 | James A Victory | 20210412120 | Cane | DIV08-3F-D4-37 |
| 0002061 | Mabiti T Collins | 20191231116 | Cane | DIV08-3F-D4-5 |
| 0301176 | Torey T Kimble | 20210329119 | Crutches | DIV08-3F-D4-9 |
| 0297414 | Corrie Alexander | 20190407006 | Crutches | DIV08-3G-D5-13_C |

Exhibit 6 Page 1

| | | | | |
|---|---|---|---|---|
| 0045451 | Walter Cunningham | 20200317069 | Cane | DIV08-3G-D5-20 |
| 0501734 | Darren D Jones | 20190608189 | Wheelchair | DIV08-3G-D5-23 |
| 794313 | Michael C Mayo | 20181127027 | Cane | DIV08-3G-D5-24 |
| 754709 | Kavarian K Rogers | 20200402015 | Cane | DIV08-3G-D5-26 |
| 0225737 | Eldon S Johnson | 20201025061 | Cane | DIV08-3G-D5-31 |
| 809452 | Richard D Tarolla | 20210126082 | Cane | DIV08-3G-D5-36 |
| 624844 | Derius L Moore | 20210128077 | Crutches | DIV08-3G-D5-5_X |
| 804233 | Jackie L Myles | 20190608179 | Walker | DIV08-3G-D5-6_X_C |
| 804233 | Jackie L Myles | 20190608179 | Wheelchair | DIV08-3G-D5-6_X_C |
| 775737 | Vaughnell French | 20171201185 | Wheelchair | DIV08-3H-D6-3_X |
| 0499097 | Maurice D McMullen | 20200809027 | Wheelchair | DIV08-3H-D6-33 |
| 0425555 | Johnathan L Lacy | 20200420040 | Wheelchair | DIV08-4A-6-1_X |
| 668068 | Devonte D Dixon | 20191123027 | Walker | DIV08-4B-D1-18 |
| 691180 | Aubrey D Shines | 20210412126 | Wheelchair | DIV08-4B-D1-3_X |
| 0291122 | Lonnie Wiley | 20191022179 | Cane | DIV08-4C-D2-1 |
| 798531 | Raymond L Kellum | 20190222020 | Cane | DIV08-4C-D2-10 |
| 0160552 | Michael Williams | 20200831138 | Cane | DIV08-4C-D2-2 |
| 0133066 | Christopher L Johnson | 20190526002 | Cane | DIV08-4C-D2-25 |
| 794076 | Timothy J Zondlo | 20181121114 | Crutches | DIV08-4C-D2-29 |
| 0133308 | George McNeal | 20210205107 | Cane | DIV08-4C-D2-3 |
| 0205166 | James Hall | 20201022081 | Cane | DIV08-4C-D2-31 |
| 795819 | Tommy L Hogan | 20190928080 | Walker | DIV08-4C-D2-37 |
| 0188863 | Douglas P Johnson | 20190508253 | Cane | DIV08-4C-D2-38 |
| 606345 | Michael Bruner | 20180523120 | Cane | DIV08-4C-D2-6_X |
| 819555 | SERGIO RUIZ | 20200509033 | Cane | DIV08-4C-D2-7 |
| 827376 | Harold Totz | 20201225045 | Walker | DIV08-4D-D3-11 |
| 796405 | Leo Miller | 20190109005 | Walker | DIV08-4D-D3-25 |
| 711870 | Miguel Santiago | 20201125061 | Crutches | DIV08-4D-D3-3_X |
| 0552679 | Antonio Smith | 20170407186 | Walker | DIV08-4F-D4-3_X |
| 0552679 | Antonio Smith | 20170407186 | Wheelchair | DIV08-4F-D4-3_X |
| 646923 | Richard J Beck | 20210328106 | Crutches | DIV08-4F-D4-36 |
| 0432658 | Joshua Taylor | 20201011088 | Cane | DIV08-4F-D4-8 |
| 646548 | Enrique R Rosa | 20210412001 | Walker | DIV08-4F-D4-9 |
| 0160784 | Larry L Smith | 20210105020 | Crutches | DIV08-4G-D5-14 |
| 0503421 | Jason O Isom | 20170922002 | Cane | DIV08-4G-D5-17 |
| 731028 | Cornelius L Walker | 20150920216 | Wheelchair | DIV08-4G-D5-5_X |
| 0422152 | Kenneth N Carter | 20180703169 | Cane | DIV08-5A-3-1 |
| 0233695 | Donald Conwell | 20200214079 | Walker | DIV08-5A-6-2_X |
| 733007 | Kenyon O Washington | 20210425057 | Cane | DIV08-5B-D1-17 |
| 0177863 | Dwayne Farrior | 20210424057 | Cane | DIV08-5B-D1-23 |
| 808562 | Demitri Jackson | 20210425056 | Cane | DIV08-5B-D1-37 |
| 808562 | Demitri Jackson | 20210425056 | Crutches | DIV08-5B-D1-37 |
| 0586260 | Al COLLUM | 20200524103 | Cane | DIV08-5B-D1-6 |
| 0023599 | Reginald Brown | 20210311059 | Walker | DIV08-5E-2-1 |
| 0253275 | Michael F Blackman | 20190923159 | Crutches | DIV08-5E-6-1_X |
| 0103921 | Lawrence Del Russo | 20130508249 | Cane | DIV08-5E-9-1 |
| 0475741 | Carlton Brent | 20210326013 | Crutches | DIV08-5F-D4-8 |
| 0475741 | Carlton Brent | 20210326013 | Crutches | DIV08-5F-D4-8 |
| 641309 | Darwin B Walls | 20210504077 | Cane | DIV08-5F-D4-9 |
| 722169 | Derricko L Williams | 20201109140 | Crutches | DIV08-5G-D5-9 |

Exhibit 6 Page 2

| 0452189 | Robert E Boyd | 20210506013 | Wheelchair | DIV08-5H-D6-2_X |
|---------|---------------|-------------|------------|-----------------|
| 0483664 | David T Bamberg | 20210506023 | Crutches | DIV08-5H-D6-23 |

Sabrina Rivero-Canchola
ADA Compliance Officer
773-674-7768

Exhibit 6 Page 3