# ADA MOVEMENT FOR 05/02/2019

| From: | Vincent Payton (Sheriff) <Vincent.Payton@cookcountyil.gov> |
|---|---|
| To: | Erica Queen (Sheriff) <Erica.Queen@cookcountyil.gov>, Sabrina Rivero Canchola (Sheriff) <Sabrina.RiveroCanchola@cookcountyil.gov>, Thomas Cintron (Sheriff) <Thomas.Cintron@cookcountyil.gov>, ▓▓▓▓▓▓▓▓▓▓ (Sheriff) <▓▓▓▓▓▓▓▓▓▓cookcountyil.gov> |
| Sent: | May 2, 2019 12:48:40 PM CDT |
| Received: | May 2, 2019 12:48:41 PM CDT |

## ADA Movement for 05/02/2019

| Detainee Name | Id Number | Division | Court Room | Dropped Off to Court | Returned to Division | Escorting Officer |
|---|---|---|---|---|---|---|
| John Watley | 20150707225 | RTU-8 | 303 | 1050 | 1126 | Westmoreland |
| Lee Hall | 20180725228 | RTU-8 | 208 | 1000 | 1048 | Payton |
| Ted Merchant | 20160907211 | CMK-8 | 706 | 1030 | 1100 | Payton |
| Tommy Love | 20180614002 | RTU-8 | 702 | 1033 | 1200 | Westmoreland |
| | | | | | | |

Exhibit 7 Page 1