# WHEELCHAIR COURTS 4-21-21

| | |
|---|---|
| From: | Thomas Hagen (Sheriff) <Thomas.Hagen@ccsheriff.org> |
| To: | DOC Records <doc.records@ccsheriff.org>, Erica Queen (Sheriff) <Erica.Queen@ccsheriff.org>, Thomas Cintron (Sheriff) <Thomas.Cintron@ccsheriff.org>, Nancy Alvarez (Sheriff) <Nancy.Alvarez@ccsheriff.org>, Toni Calvin (Sheriff) <Toni.Calvin@ccsheriff.org>, John Lang (Sheriff) <John.Lang@ccsheriff.org>, Jeff Johnsen (Sheriff) <Jeff.Johnsen@ccsheriff.org>, Sabrina Rivero Canchola (Sheriff) <Sabrina.RiveroCanchola@ccsheriff.org>, Criminal Court Movement Team <doc.ccmt@ccsheriff.org>, Kendra Elberson (Sheriff) <Kendra.Elberson@ccsheriff.org>, Eugene Romano (Sheriff) <Eugene.Romano@ccsheriff.org>, Bernadette Bell (Sheriff) <Bernadette.Bell@ccsheriff.org>, DOC Classification <doc.classification@ccsheriff.org> |
| Sent: | April 20, 2021 11:50:00 PM CDT |
| Received: | April 20, 2021 11:50:03 PM CDT |
| Attachments: | WHEELCHAIR COURTS.xlsx, ccb wheelchair.xlsx |

Sgt. Thomas Hagen #3078
CCDOC Records
11pm-7am Shift

Exhibit 8 Page 1