Transcript of the Testimony of
**JERRY BAUER, M.D.**

**Date:** January 25, 2023

**Case:** WESTMORELAND VS. DART

**TOOMEY REPORTING**
312-853-0648
toomeyrep@sbcglobal.net
www.toomeyreporting.com

---

JERRY BAUER, M.D.
January 25, 2023

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
EUGENE WESTMORELAND,     )
                         )
          Plaintiff,     )
                         )
     vs.                 )   No. 21-cv-4330
                         )
THOMAS DART, Sheriff of  )
Cook County, COOK COUNTY,)
ILLINOIS, OFFICER E.     )
ARREGUIN, and NURSE      )
JEFFERSON,               )
                         )
          Defendants.    )
```

     This is the VIDEOTAPED deposition of
JERRY BAUER, M.D., called by the Plaintiff for
examination, taken via Zoom videoconferencing,
taken pursuant to the Federal Rules of Civil
Procedure for the United States District Courts
pertaining to the taking of depositions, taken
before PEGGY A. ANDERSON, a Certified Shorthand
Reporter of the State of Illinois, on January 25,
2023, at 1:00 o'clock p.m.

TOOMEY REPORTING
312-853-0648

---

JERRY BAUER, M.D.
January 25, 2023

Page 2

```
 1  A P P E A R A N C E S:
 2
         THE LAW OFFICES OF:
 3       THOMAS G. MORRISSEY
 4   BY: MR. THOMAS G. MORRISSEY
         MR. PATRICK MORRISSEY
 5       10257 South Western Avenue
         Chicago, Illinois  60643
 6       (773) 233-7901
         tgm@morrisseylawchicago.com
 7       pwm@morrisseylawchicago.com
 8       Appeared on behalf of the
         Plaintiff;
 9
         THE LAW OFFICES OF:
10       JOHNSON & BELL, LTD.
11   BY: MS. MONICA BURKOTH
         33 West Monroe Street
12       Suite 2700
         Chicago, Illinois 60603-5404
13       (312) 372-0770
         burkothm@jbltd.com
14
         Appeared on behalf of the
15       Defendants.
16
    ALSO PRESENT:
17
    Denis Abate, Videographer
18  Liticorp
19
20
21
22
23
24
```

TOOMEY REPORTING
312-853-0648

---

JERRY BAUER, M.D.
January 25, 2023

Page 3

```
 1              I N D E X
 2  WITNESS                            PAGE
 3  JERRY BAUER, M.D.
 4  DIRECT EXAMINATION BY
    MR. MORRISSEY:
 5
 6
               E X H I B I T S
 7  MARKED                             PAGE
 8  PLAINTIFF'S EXHIBIT NO. 1            6
 9  PLAINTIFF'S EXHIBIT NO. 2            7
10  PLAINTIFF'S EXHIBIT NO. 3           16
11  PLAINTIFF'S EXHIBIT NO. 4           18
12  PLAINTIFF'S EXHIBIT NO. 5           54
13  PLAINTIFF'S EXHIBIT NO. 6           79
14  PLAINTIFF'S EXHIBIT NO. 7           45
15  PLAINTIFF'S EXHIBIT NO. 8           80
16  PLAINTIFF'S EXHIBIT NO. 13          27
17
18              *******
19
20
21
22
23
24
```

TOOMEY REPORTING
312-853-0648

Exhibit 9 Page 1

JERRY BAUER, M.D.
January 25, 2023

Page 64

```
 1     Q    Did you provide him with a Sara Stedy
 2   to stand up?
 3     A    I'm sorry.  With a what?
 4     Q    A Sara Stedy.
 5     A    No.
 6     Q    Do you know what a Sara Stedy is?
 7     A    I don't.
 8     Q    Did you provide him with a gait belt
 9   to stand up?
10     A    No.
11     Q    Can you describe how Mr. -- how
12   Eugene was able to stand up?
13     A    He used his arms to help him stand.
14     Q    Was he -- Were you holding onto him?
15     A    I wasn't holding onto him.  I think
16   his -- As I recall, his walker was right -- I'm
17   sorry.  His wheelchair was right next to an
18   exam table.  So I think he stood up using his
19   arms, and he was able to support his left side,
20   I think, with his left hand on the exam table.
21     Q    Would it be -- Do you have an
22   independent recollection of how he stood up?
23          MS. BURKOTH:  Objection, asked and
24       answered.
```

TOOMEY REPORTING
312-853-0648

JERRY BAUER, M.D.
January 25, 2023

Page 65

```
 1   BY THE WITNESS:
 2     A    Do I have what?
 3   BY MR. MORRISSEY:
 4     Q    Do you have a clear recollection of
 5   how Mr. Westmoreland was able to stand on
 6   December 12th, 2012?
 7          MS. BURKOTH:  Objection, asked and
 8       answered.
 9   BY THE WITNESS:
10     A    So here's what I remember.  I
11   remember, for the most part, he was in the
12   wheelchair and I did ask him to stand.  I
13   remember he had ankle bracelets, ankle cuffs
14   on.  So I asked the guard to undo them, which
15   he did.  He didn't have any restraining devices
16   on his arms.  I asked him to stand.  I helped
17   him remove his shoes and stockings.  I examined
18   his legs, and then I asked him to stand just to
19   see how he would stand.  And as I recall, he
20   stood with the support of his arms.  He helped
21   his -- He used his arms to help him up out of
22   the wheelchair, and he stood adjacent to the
23   wheelchair.  I think he was holding on with his
24   left to an exam table, which was immediately to
```

TOOMEY REPORTING
312-853-0648

JERRY BAUER, M.D.
January 25, 2023

Page 66

```
 1   his left.  And then I just wanted to get an
 2   idea of what that looked like.  And then I had
 3   him sit down because he didn't seem steady to
 4   me.
 5     Q    How long during that entire period of
 6   time -- Let me go back a step.
 7          When he was raising up from his
 8   wheelchair, where was he standing -- Strike
 9   that.
10          When he was getting up from the
11   wheelchair, where was the examining table?
12     A    To his left.  So the wheelchair and
13   the exam table were parallel to each other.
14     Q    Do you know if he was using either
15   his right or left upper extremity to hold onto
16   the exam table when he stood up?
17     A    I don't have a specific memory.  I
18   remember -- I remember what room he was in.  I
19   remember the wheelchair.  I remember the
20   position of the wheelchair.  I think he used
21   his left arm against the exam table when he
22   stood up, but I'm not 100 percent sure and I
23   don't -- I didn't write it down.  I don't have
24   it reported.
```

TOOMEY REPORTING
312-853-0648

JERRY BAUER, M.D.
January 25, 2023

Page 67

```
 1     Q    Did you have a watch to time how long
 2   he was standing on December 12 --
 3     A    Well, I had --
 4     Q    -- 2012 --
 5     A    Yeah, so I --
 6     Q    -- 2022?
 7          THE REPORTER:  I'm sorry, Tom.  Can
 8       you repeat the date?
 9   BY MR. MORRISSEY:
10     Q    Let me repeat rephrase it because I
11   think I -- When you examined him on December 12,
12   2022, for how long was he standing holding onto
13   the examining -- examination table?
14     A    I would say less than a minute.
15     Q    As a neurosurgeon, was it your
16   opinion that he was able to stand up for any
17   length of time while holding onto the exam
18   table without falling?
19     A    You know, I didn't -- I didn't feel
20   that his -- he was steady enough to stand, and
21   I didn't want to take a chance of him falling
22   in my office.  So I didn't -- didn't want to
23   put him at risk of falling.  I thought his left
24   leg was profoundly weak, and I didn't want to
```

TOOMEY REPORTING
312-853-0648

Exhibit 9 Page 2

JERRY BAUER, M.D.
January 25, 2023

Page 68

1  have him take -- have him take a chance of
2  falling.  So I didn't challenge him.
3       Q    Now your exam of his right lower
4  extremity reflected that he had full strength
5  in his right leg?
6       A    Yes.
7       Q    When he --
8       A    With the understanding that he --
9  with the understanding that he had a knee
10 problem, which was -- didn't affect his
11 strength, yes.
12      Q    Well, assuming that your conclusion
13 that his right lower extremity was normal and
14 he was bracing himself with at least one arm on
15 the examining table, why was he a fall risk if
16 he had full functionality of his right lower
17 extremity?
18      A    I think someone who is standing on
19 one leg is a fall risk, and I don't think
20 that's a secure situation as far as I'm
21 concerned.  And given his history of numerous
22 falls, I didn't want to take a chance of him
23 falling.
24      Q    Now, in doing your report, you

TOOMEY REPORTING
312-853-0648

JERRY BAUER, M.D.
January 25, 2023

Page 69

1  reviewed Ms. Crothers' physical therapy notes
2  from December of 2019, correct?
3       A    Yes.
4       Q    And in your review of Ms. Crothers'
5  finding in regards to his -- Strike that.
6            Ms. Crothers on December 10th, 2019
7  did a manual muscle test of his right lower
8  extremity, correct?  Do you recall, Doctor?
9       A    I'm looking.
10      Q    Do you want me to show you it?
11      A    No.  Just give me a minute so I can
12 catch up to you.
13      Q    Sure.
14      A    Okay.  What was the question again?
15 I'm sorry.  Did I loose you?
16      Q    Sorry.  I had it -- I'm here, Doctor.
17 I'm sorry.  I just --
18      A    I'm sorry.  Okay.
19      Q    I had the wrong button pushed.
20      A    Yeah.
21      Q    My question -- I'll repeat it.
22      A    Yes.
23      Q    On December 10th, 2019, Physical
24 Therapist Crothers did a manual motor test of

TOOMEY REPORTING
312-853-0648

Exhibit 9 Page 3