| Status | Inmate | Type | Alert | Ranking | Effective Date | Expiration Date |
|---|---|---|---|---|---|---|
| Active | Eugene D Westmoreland | Security | DOC Intake Mental Health Referral | | 10/30/2019 11:10 | |
| Active | Eugene D Westmoreland | Medical | M3 Medical Intermediate Housing | 9.04 | 4/13/2020 11:18 | |
| Active | Eugene D Westmoreland | Medical | Lower Bunk | 13.14 | 11/8/2019 9:39 | |
| Active | Eugene D Westmoreland | Medical | Wheelchair | 10.02 | 11/26/2019 11:31 | |
| Active | Eugene D Westmoreland | Medical | Brace/Collar | 10.11 | 11/26/2019 11:34 | |
| Active | Eugene D Westmoreland | Medical | Walker | 10.03 | 11/27/2019 16:18 | |
| Active | Eugene D Westmoreland | Security | Convalescent 2.0 | | 5/11/2020 11:56 | |
| Active | Eugene D Westmoreland | Medical | Regular Diet | | 10/5/2020 16:52 | |
| Active | Eugene D Westmoreland | Medical | Cermak Discharge - Discharge Medications | 12.02 | 1/11/2021 16:16 | |
| Active | Eugene D Westmoreland | Medical | COVID Vaccine Complete | | 3/5/2021 15:58 | |
| Inactive | Eugene D Westmoreland | Medical | M3 Medical Intermediate Housing | 9.04 | 10/30/2019 18:10 | 11/5/2019 7:22 |
| Inactive | Eugene D Westmoreland | Medical | Cane | 10.05 | 11/4/2019 16:52 | 11/26/2019 11:30 |
| Inactive | Eugene D Westmoreland | Medical | M4 Medical Infirmary Housing (Clear before release) | | 3/22/2020 12:09 | 3/29/2020 11:26 |
| Inactive | Eugene D Westmoreland | Medical | Isolation | 9.09 | 3/22/2020 12:09 | 3/23/2020 18:34 |
| Inactive | Eugene D Westmoreland | Medical | Isolation | 9.09 | 3/23/2020 18:31 | 3/28/2020 18:30 |
| Inactive | Eugene D Westmoreland | Medical | M4 Medical Infirmary Housing (Clear before release) | | 3/29/2020 11:26 | 4/13/2020 11:19 |
| Inactive | Eugene D Westmoreland | Medical | Isolation | 9.09 | 3/29/2020 11:26 | 4/13/2020 11:15 |
| Inactive | Eugene D Westmoreland | Medical | M3 Medical Intermediate Housing | 9.04 | 3/12/2020 13:59 | 3/24/2020 8:52 |
| Inactive | Eugene D Westmoreland | Medical | Convalescent Housing | | 4/13/2020 11:20 | 4/23/2020 12:45 |
| Inactive | Eugene D Westmoreland | Medical | M4 Medical Infirmary Housing (Clear before release) | | 11/26/2019 11:31 | 3/12/2020 14:00 |
| Inactive | Eugene D Westmoreland | Medical | M4 Medical Infirmary Housing (Clear before release) | | 3/22/2020 11:11 | 3/22/2020 12:10 |
| Inactive | Eugene D Westmoreland | Medical | Isolation | 9.09 | 3/22/2020 11:11 | 3/22/2020 12:10 |
| Inactive | Eugene D Westmoreland | Security | Quarantine Housing | | 3/29/2020 18:00 | 4/1/2020 17:30 |
| Inactive | Eugene D Westmoreland | Medical | Convalescent Housing | | 4/24/2020 12:52 | 5/11/2020 16:16 |
| Inactive | Eugene D Westmoreland | Medical | COVID Vaccine 1-Discharge Coordination | | 2/4/2021 13:34 | 3/5/2021 15:58 |