# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Eugene Westmoreland

                        Plaintiff,

v.                                                              Case No.: 1:23−cv−01851

                                                                          Honorable John J. Tharp Jr.

Thomas Dart, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 15, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiff's motion for class certification [7] is taken under advisement. Before a briefing schedule is established, however, the parties are directed to review the procedures for initial status reports, located at [https://www.ilnd.uscourts.gov/judge−info.aspx?79e F+7uiX7ewBj/ITKrjoA==], and to submit an initial status report by 5/29/2023. The report should include a proposed case management schedule reflecting any disputes between the parties as to the proposed schedule. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.