## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Eugene Westmoreland
                      Plaintiff,

v.                                                     Case No.: 1:23−cv−01851
                                                         Honorable John J. Tharp Jr.

Thomas Dart, et al.
                      Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 26, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr: Upon receipt of the parties' initial joint status report, the Court adopts the parties' proposed briefing schedule on the motion for class certification. Defendant's response is due by 7/10/2023. Plaintiff's reply is due by 7/24/2023. This matter is referred to the assigned magistrate judge for all discovery supervision and scheduling, as well as any settlement discussions the parties wish to pursue. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.