**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Eugene Westmoreland
        Plaintiff,

v.                 Case No.: 1:23−cv−01851
                Honorable John J. Tharp Jr.

Thomas Dart, et al.
        Defendant.


**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**


  Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey T. Gilbert for the purpose of holding proceedings related to: discovery scheduling, supervision and any settlement conference.(air, )Mailed notice.


Dated: May 26, 2023

                        /s/ John J. Tharp Jr.

                       United States District Judge