UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Eugene Westmoreland
                    Plaintiff,

v.                                              Case No.: 1:23−cv−01851
                                                Honorable John J. Tharp Jr.

Thomas Dart, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 5, 2023:

    MINUTE entry before the Honorable Jeffrey T. Gilbert: This case has been referred to Magistrate Judge Gilbert for discovery scheduling and supervision and any settlement conference. The Court sets the following case management schedule per the parties' Joint Initial Status Report [10]: Plaintiff served Rule 26(a)(1) disclosures on 4/17/23. Defendants shall serve Rule 26(a)(1) disclosures by 6/12/23. Written discovery shall be issued by 6/26/23. Fact discovery shall be completed by 3/25/24. The parties shall file an updated joint status report by 8/15/23 confirming that both sides have responded to written discovery and that responsive documents have been produced or that document production will be completed by a date certain, and the report should state whether the parties are discussing or need to discuss any discovery disputes pursuant to Local Rule 37.2. The report also should include the names of fact witnesses that either side then intends to depose and any proposed or confirmed deposition dates the parties have calendared, or state why the parties cannot yet do so. If either side intends to make Rule 26(a)(2) disclosures, the report should propose a schedule for such disclosures. The Court will enter an appropriate order after it reviews the parties' next status report. If the parties believe a discovery status hearing is necessary either before or when they file their next status report, they should email the Court's courtroom deputy with that request. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.