UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Eugene Westmoreland

                              Plaintiff,

v.                                                            Case No.: 1:23−cv−01851
                                                             Honorable John J. Tharp Jr.

Thomas Dart, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 6, 2023:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 7/6/23. Without opposition, Defendants' responses to Plaintiff's written discovery shall be served by 7/21/23. By 7/13/23, the parties shall agree on language for a confidentiality order based on the Court's model confidentiality order and submit a red−line version and clean copy to the Court's proposed order email address, Proposed_Order_Gilbert@ilnd.uscourts.gov. If the parties cannot agree on the language for a proposed order, the parties shall file a joint motion for entry of a confidentiality order that lays out each side's position on the disputed provisions of such an order. By 7/20/23, the parties shall file a status report and proposed order on Plaintiff's request to inspect the two ramps in the lower level of the RTU and Division 4 of the Cook County Jail. By 8/2/23, the parties shall file a joint status report that includes a description of the parties' progress with written discovery, identifies witnesses each side intends to depose based upon the parties' best information at that time, and includes a schedule of proposed or confirmed deposition dates that the parties have calendared. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.