**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Eugene Westmoreland

                Plaintiff,

v.                                                    Case No.: 1:23−cv−01851
                                                      Honorable John J. Tharp Jr.

Thomas Dart, et al.

                Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 13, 2023:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendants' Agreed Motion for Extension of Time to Submit Agreed Confidentiality Order Language to the Court Pursuant to July 7, 2023 Order [22] is granted. The Parties shall submit the red−lined version and clean copy of their Proposed Agreed Confidentiality Order language to the Court's proposed order email address on or before July 20, 2023. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.