**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Eugene Westmoreland
                Plaintiff,

v.                                       Case No.: 1:23−cv−01851
                                                    Honorable John J. Tharp Jr.

Thomas Dart, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 17, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr:Defendants' motion for leave to file excess pages [25] is granted. Defendants' opposition brief shall not exceed 20 pages. Plaintiff may file a reply of equal length. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.