| (Do Not Modify) Bed Assignment | (Do Not Modify) Row Checksum | (Do Not Modify) Modified On | Status | Inmate | Bed | Start Date |
|---|---|---|---|---|---|---|
| 40c0d1fd-1c65-ed11-b830-00155de79261 | OujYzVGaE+e/icBe0xxoUCcjapf6M4W8hrvSgRu9b9ZG1wZlCu/VmCy/7OC8EWihCf8XwTwH332ToyQu2TqGPw== | 11/15/22 19:38 | Active | Eugene D Westmoreland | DIV08-3F-D4-2_X | 11/15/22 13:30 |
| dd2ddd39-9b4a-ed11-b830-00155de79248 | 0x0m3Qoi1VQz0AbWCH/jox+2oty0Mll/nlP4g2KJvrv/F8oLcNUz2E1yDBHfUiI310o49QZpUsylbzLCS7cjUg== | 11/15/22 19:32 | Inactive | Eugene D Westmoreland | DIV08-3G-D5-6_X_C | 10/12/22 21:00 |
| a1233205-6946-ed11-b82e-00155dd6a642 | 1slvIOVfpMH1oXxM3dL5py4yz3UBVWcGGSGNEzJXqfRTaPgVUnuBBH7lDaLsYgITPCcts3mNYm1YUDw4ih096g== | 10/13/22 2:01 | Inactive | Eugene D Westmoreland | DIV08-3H-D6-2_X_C | 10/7/22 12:30 |
| d706daa0-f218-ed11-8199-00155dd6a60b | 52c23B8W3hMFzE7n1it+HTBrgEYRTtUeV9j0frFQkhUK9pDShhDO3jmvh5RpPbOGU6dYFUoizGydvz78M3OuYQ== | 10/7/22 17:50 | Inactive | Eugene D Westmoreland | DIV08-4H-D6-3_X | 8/10/22 16:22 |
| f33e5f91-cb22-ec11-8184-00155d1584ad | L/cGVfz1eWOjIRNVsCM+SPYz/17zH25hCWL0sthHZ70eMhP97LqFF3wSlMf+OIaHctGC2yPQs/KjHyXTjBEqig== | 8/10/22 21:21 | Inactive | Eugene D Westmoreland | DIV08-3F-D4-2_X | 10/1/21 10:00 |
| 90da2694-f7ea-eb11-8174-00155d9ac0dd | JKTxG9X9PZ4juX4tobZCxT2cklqCdeoi7B+ulk0Tgeiyd2+IQWWwT9tsV3WXmPWrlKAF8+BcPs2+elmyPJK5IQ== | 10/1/21 15:21 | Inactive | Eugene D Westmoreland | DIV08-3F-D4-25 | 7/22/21 9:00 |
| ecbf1a31-d968-eb11-8159-00155d158460 | 2yZBsXUGpcmnr+M3MrT+GtpzFck6shqjXdbAYSFYy5sYWQf4ji6jqOkDNmZfsNf+5XPv4nBFo50FL1g8z2c9gw== | 7/22/21 14:16 | Inactive | Eugene D Westmoreland | DIV08-3D-D3-2_X_C | 2/6/21 18:00 |
| 0d339fa5-4d62-eb11-814f-00155dd6a490 | hHjR02n/DUPXA8N9JgxdJdr8jbAbFq940L/rDMr4KG0KRETnufKVs6nG1VwoGi37QyURUwX2M02EokY4Uci7aQ== | 2/7/21 0:12 | Inactive | Eugene D Westmoreland | DIV08-4B-D1-2_X | 1/29/21 10:00 |
| 665f52bb-4457-eb11-814c-00155de79073 | D9aunmNZwwz7AdyhxE8Sw+rYXO1mxsY9qIXu89HjJkF6hy8Y+jdv2yCwCJsuK81wG0cxl1uYt11oVR/BuIMYzA== | 1/29/21 15:58 | Inactive | Eugene D Westmoreland | DIV08-4C-D2-5_X | 1/15/21 9:00 |
| 790b5fb6-c451-eb11-814a-00155d15844c | I8k2lnUw7GzwXLPy4c+JhJ7BZlkUH0Z0+eafmQMhwropxnPjohlriclkBNQwDhZKC41dowJzva7fly8sEttp+w== | 1/15/21 15:12 | Inactive | Eugene D Westmoreland | DIV08-3D-D3-2_X_C | 1/8/21 8:00 |
| ce82adc3-6874-ea11-8132-00155d8f6889 | AQ2BhL3vM0xwVZcvQ4P1Ras3aC9CpNSo9F3SIRsLprYRUz482s+X7EzmX9JJFg/gGs2vRkmEJXyEDtsk4/gvWw== | 1/8/21 15:17 | Inactive | Eugene D Westmoreland | DIV08-2G-D3-13 | 4/1/20 17:30 |
| da86a1da-d072-ea11-8132-00155d8f67f4 | 7ZAzogclA9hJ/UYQLUr94O19JUxS/IY+JxkWGXUg+/awi8iniXQtXUGgjBZwpknO6cOruJhgpoDskwcZgOBdUQ== | 4/1/20 22:32 | Inactive | Eugene D Westmoreland | DIV8-3S-3111-1_X | 3/30/20 16:30 |
| 976d09ce-9672-ea11-8132-00155d8f6889 | IHqw4XrZrYQ6k0rg/gH2lbj7Oz3H0gXfXZIqvuQdhbZJdU75t/nmamn9Krz2bjsTacmV6KzFV5vuuYZStkAO8g== | 3/30/20 21:48 | Inactive | Eugene D Westmoreland | DIV8-3S-3137-1 | 3/30/20 10:00 |
| 33be96e5-8f70-ea11-8132-00155d8f67e1 | OOTPnxGs+gQWoz6oRYr6JL7mYVlITHOxF/Nov1aFQucWEoey3OrJ6t7lG4NGB4NU5L3FDRByI81ErLNNXUE54w== | 3/30/20 14:56 | Inactive | Eugene D Westmoreland | DIV08-2G-D3-5_X | 3/27/20 20:00 |
| ab13665f-db6e-ea11-8132-00155d8f6889 | r1OpLr15aKBISQdiSWSqqa8EKRzdgE1qXcH1mlbNcbSS77HkwOGOgOuqZDLlGFPsBr6LP7VeJbQxplFb4A+D4Q== | 3/25/20 21:10 | Inactive | Eugene D Westmoreland | DIV08-2E-1-2 | 3/25/20 16:00 |
| 0e646572-dd6e-ea11-8132-00155d8f6889 | fD2bVMJfDWc18g8dFOjkXZQqW9C4cRhecaFesaWngaedLf7In/MrihnnGMYAdx0GPjhbLw7OK628K2u22jWEpg== | 3/28/20 1:02 | Inactive | Eugene D Westmoreland | DIV08-2E-6-1 | 3/25/20 16:00 |
| 82fe3496-7f6c-ea11-8132-00155d8f6889 | 9VbuvCIv6kMmugtcFK8BbtfUN+AwnLGB/7ch0X6KXDbrxAMBb5fjMrlI/AyN3ppGHg93PRVtHoeHslQBdSwChA== | 3/25/20 20:57 | Inactive | Eugene D Westmoreland | DIV08-2E-6-1 | 3/22/20 16:00 |
| 744359f8-d064-ea11-8135-00155d8f65b7 | qJfKwI377HSfezpBQxoGA5vR5oKUkW4QF7wMCS64q2v0bEwbdMUFw15V8OKdHuPnnM6aHm6cAXV2/awx8o+w6g== | 3/22/20 20:54 | Inactive | Eugene D Westmoreland | DIV08-3D-D3-2_X_C | 3/12/20 21:30 |
| 40e7e0cb-b810-ea11-8129-00155d8f6855 | cHJ3xqUJMAEG6OXoS6qWVVmibjTQiqvxHj7Jdy4C+3BVYO6zZ3qstOhRO1eEE8+eSWf27rGX91ZgUhlnJZQ+hA== | 3/13/20 2:14 | Inactive | Eugene D Westmoreland | DIV8-3W-3213-4 | 11/26/20 20:00 |
| c4a92c11-cf01-ea11-8128-00155d8f667b | p7x5a9qdHXNu+WNJPd2EMPilg7/Hd9mIdhIYxN7EbJ4jcLnP7QzJPfYUw/YjoXoc6nFXqNHPyEUjV1drf14Gya== | 11/26/19 20:58 | Inactive | Eugene D Westmoreland | DIV 15-HP-HOSPITAL-GENERAL | 11/7/19 20:30 |
| 70795637-7b01-ea11-8128-00155d8f667b | oW0l+1hgZrSurV73V4RzpIMp9RVY2tKHAwFf8A+emtgMvVJOeop4vhl5Joyl5HNSEO27dT5JDOt+n52vcWnBJA== | 11/8/19 1:36 | Inactive | Eugene D Westmoreland | DIV10-2A-2107-2 | 11/7/19 10:30 |
| 3d28c1b5-94fb-e911-8129-00155d8f6847 | bUEbSQ5NnfBnTSz+F493+bZzqlFuAPEPOjavJEysy3T3eumBWW2D7p86udHCTRnkmvDp2Cel2NOR1/Firpqbww== | 11/7/19 15:55 | Inactive | Eugene D Westmoreland | DIV08-3F-D4-11 | 10/30/19 23:00 |

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 000004