| (Do Not Modify) Offender Alert | (Do Not Modify) Row Checksum | (Do Not Modify) Modified On | Status | Inmate | Type | Alert | Ranking (Alert) | (Alert) | Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| c7ec96dd-1d2d-ec11-8177-00155d1584e7 | Fq/igFBuz8NeI1b1Ss07aC1e4a/2QyUc5LSh1NhtI3AYlRGL9Jpzp54Ub4fiEcHGvkfeR1CXPQpMDCL0xS4cgQ== | 10/14/21 18:38 | Active | Eugene D Westmoreland | Programs | Religious Services | | | 10/14/21 13:37 |
| 123d8229-4059-ed11-b834-00155d158604 | jgxJB56N7Lcu9fM4YTqw6NDEhE9l/oqPjwOk7SIZ2/OMtJVYXw90Jjp4P0OUkDaMZ6GYiLU5NaeHRsZjblhMWw== | 10/31/22 17:19 | Active | Eugene D Westmoreland | Programs | Religious Services | | | 10/31/22 12:19 |
| 65908fda-59fb-e911-8129-00155dd8f667c | iFV8S3Bo27YQqoUnwrBYAdaTPyOC0ipBlBkkE2etmLPqoBNWmwaYI0SXXIVE5SLfyfoAcWZoRoVXDuZOag7Thw== | 10/30/19 21:11 | Active | Eugene D Westmoreland | Security | DOC Intake Mental Health Referral | | | 10/30/19 11:10 |
| 220180b5-a27d-ea11-8132-00155d8f67e1 | 1Ink2C32ndWeNKrNAONjTv38aYKBQtJKjo1vzXQ8hPw66zghVsPMAo3mQACse66sdO0PrfGfaPbSYlE4dmu2eg== | 4/13/20 16:20 | Active | Eugene D Westmoreland | Medical | M3 Medical Intermediate Housing | 9.04 | | 4/13/20 11:18 |
| 5faa7409-3e02-ea11-8129-00155dd8f6847 | H70pK8XuMWHt1t8xM2aomi1ZcsCl4HyM6MiEdV9DADt+4j17zSvUVSlk83T2o96RfiBwjho+KGYutl6v78H/f3Q== | 11/8/19 15:40 | Active | Eugene D Westmoreland | Medical | Lower Bunk | 13.14 | | 11/8/19 9:39 |
| 800e9bc4-7210-ea11-8129-00155dd8f6855 | CKXCw4/Z0loIOC7epzbzDdaY1LrXrD60ELTVaBDqo3rFDquL46ymaYKVTOZMM3N+Yi00yzHMvmC9ELOexOwcCDQ== | 11/26/19 17:32 | Active | Eugene D Westmoreland | Medical | Wheelchair | 10.02 | | 11/26/19 11:31 |
| 4a423649-d293-ea11-813b-00155d8f68b9 | v4zENw/UYPo3Pkm0y0Q/QT/9G+jXOCcwF/MqDnW/a5CCUbRY/FYfjN9biuhDVNMH170iPExAVO1RiEmpXj1YWpQ== | 5/11/20 21:56 | Active | Eugene D Westmoreland | Security | Convalescent 2.0 | | | 5/11/20 11:56 |
| 37f23066-1f86-ed11-b836-00155d9ac01d | Wss652JoSnw5SLT5D7Rdbqr3I+XEJb8GqndIjA41GrqeLTHlZtr6PMHELe5BF/cJwbLKpT3/trZ7oP16TD7ilQ== | 12/27/22 19:48 | Active | Eugene D Westmoreland | Programs | Religious Services | | | 12/27/22 13:48 |
| 08473751-acc9-ed11-92db-00155dd6a455 | 6lCjylld3QhCfgHCJn4YzykEG3ejixgzqVwK0UVM4xLjl/t7nmDnCF77YyVeAeCTQAhsvGvYELWxSc6T5LsYUw== | 3/23/23 18:55 | Active | Eugene D Westmoreland | Programs | IIC Registered Voter (City) | | | 3/23/23 13:55 |
| 084d1d10-5507-eb11-8146-00155de79037 | 45Tpvq+GtGLYDz4SLm2KLaq5VBzFOgL6p6MJXD0Rrw/koF2nDBX0XcXamSyn3Mc5TjQfU5vwBpbt+dZCUhOsQ== | 10/5/20 21:52 | Active | Eugene D Westmoreland | Medical | Regular Diet | | | 10/5/20 16:52 |
| 30a82b98-5a54-eb11-8153-00155de79074 | m6k/6zmXOmvhU8QQXlNe3OKKy6QZuCoJCfLKOUSV7bA4Nw0O0i7exzNbhMVCGTnkhFubMRK5X0gZ6Je7uhq07A== | 1/11/21 22:16 | Active | Eugene D Westmoreland | Medical | Cermak Discharge - Discharge Medications | 12.02 | | 1/11/21 16:16 |
| b485fd0e-fe7d-eb11-8158-00155de7909a | o621b00JBMHUAMEF9GusQETaF2odS2s2myzlohlNksuAdRKjDuXvEBM05G6uke78C9ByA5HXm9460q6Sz1DZNw== | 3/5/21 21:59 | Active | Eugene D Westmoreland | Medical | COVID Vaccine Complete | | | 3/5/21 15:58 |
| 343f29e0-a7ab-ec11-8187-00155de791bd | 5R53qOQXIn3j+Il4Ec8KcGYX10Mu+ou3s0HRCxFhEASd8/QRKD6wZ/Zp8k1Vz6aKN2pP9a1dayrNnx6GZ4oZ3g== | 3/24/22 19:23 | Active | Eugene D Westmoreland | Medical | Orthotics | | | 3/24/22 14:21 |
| fee55b4f-69a5-ec11-8183-00155de791c1 | +2GP0tc0koX/USdv/a1D/0OF9blvniopW97M9kCQrCHUaXoRACiJCNKzOqblgKi0Q4Vfblyh5bnD0urc5FLnFg== | 3/16/22 20:40 | Active | Eugene D Westmoreland | Programs | Religious Services | | | 3/16/22 15:40 |
| 18fed57d-496a-ec11-817d-00155d158543 | 7rYUz66eSCKbJUFpMRiG320rB8B7vQUPHiqDxjXGI7PTysOuYopO1Ls4hVNUdMTPc6jD3orKYYuWJj02cOOVXA== | 1/7/22 15:19 | Inactive | Eugene D Westmoreland | Security | Quarantine Housing | | | 12/31/21 8:53 |
| 4a4d7365-ac89-ec11-8185-00155d15855c | QW6ft671DV1rq68dZT/Y1X0eCv7OEB4VNu1Iolhoqv3pqFB/1SqpnEqQv9iAaXZFNiHjCZMo4LNRPD/Yo0gxKQ== | 2/19/22 14:57 | Inactive | Eugene D Westmoreland | Security | Quarantine Housing | | | 2/9/22 7:30 |
| 98f66883-6afb-e911-8128-00155d8f667b | V6nTxqJi4TNgFQR6ndmnGODweLxFp0Thl/38n5wK0BlH1x67Kwt3Iw6NeL1Zsdv/ECpgveZ8msa1I2q03SreZQ== | 11/6/19 6:37 | Inactive | Eugene D Westmoreland | Medical | M3 Medical Intermediate Housing | 9.04 | | 10/30/19 18:10 |
| d1ecb412-cfff-e911-8129-00155dd8f667c | SgV050fq2NxDgmUeItex8XobQ0gmtt7NBdiAQcdqvi7HdOTyyNytfGXBjhVo++60GsLoREkCohyo0c3tmSpABQ== | 11/27/19 6:33 | Inactive | Eugene D Westmoreland | Medical | Cane | 10.05 | | 11/4/19 16:52 |
| 7990f81b-606c-ea11-8133-00155dd8f6699 | aJEvF3UvQW0BTWPmonCWYP+kwn98qZuKKhRFOlzz7+gwvJWViDwU5kZzXqGz8dnFGgn6UpTO828Qw+CWBsEUVQ== | 3/30/20 5:40 | Inactive | Eugene D Westmoreland | Medical | M4 Medical Infirmary Housing (Clear before release) | | | 3/22/20 12:09 |
| 7c90f81b-606c-ea11-8133-00155dd8f6699 | 5TuhgKjxd5FAH8ouie436oH5vQ3ZsKdmSWL2Q17hMpq/0G/jcH5Gqb0rftny1ow6fKndRbjJNRWqPDjeXzYF3A== | 3/24/20 5:33 | Inactive | Eugene D Westmoreland | Medical | Isolation | 9.09 | | 3/22/20 12:09 |
| cb9ce9d4-5e6d-ea11-8133-00155dd8f6699 | UJwnte5TsmX25bxzX29+XMc8eDDJQugMOggnpge50mAUpNQFkRxUY1bGmglaeRu9qtOf/Mbj7cn62gm95qk60w== | 3/29/20 5:35 | Inactive | Eugene D Westmoreland | Medical | Isolation | 9.09 | | 3/23/20 18:31 |
| 669c7c4c-da71-ea11-8133-00155d8f6699 | 3qm9HxhiZyr40bWQ4EhHyHkN7ErFiLwLLczO/OGLf+tnCPxehHx36X32+flx60y/o59s9jBo1w5/mw6qYzfMMw== | 4/14/20 5:41 | Inactive | Eugene D Westmoreland | Medical | M4 Medical Infirmary Housing (Clear before release) | | | 3/29/20 11:26 |
| 699c7c4c-da71-ea11-8133-00155d8f6699 | rQ7glzfe3/wVGiqJrkYRgSs5AypAfNLiKCwRAgq3tpL8TQ4XqEVPMadaI1d+92zrFUr679kogL1GT2I+RAkw9A== | 4/14/20 5:41 | Inactive | Eugene D Westmoreland | Medical | Isolation | 9.09 | | 3/29/20 11:26 |
| 8690bfba-9364-ea11-8131-00155d8f67e1 | bXtWvJF91iPKTaqDPH1An6/ZS+FKGP0fBGvTB14jO0SgjRzOFdAdykRQNkycfbWZkhusV7N62NMzYPmBomJFEw== | 3/25/20 5:34 | Inactive | Eugene D Westmoreland | Medical | M3 Medical Intermediate Housing | 9.04 | | 3/12/20 13:59 |
| 283c56e5-a27d-ea11-8132-00155d8f67e1 | whQjJbU4T6ONxjXWzBuko/GJy6YrFa2u9SPA0FZX/CMM6FPXQzyDCHBoExjb51GzU5VuOl1kUUN6BQ3k3iDRlw== | 4/24/20 5:44 | Inactive | Eugene D Westmoreland | Medical | Convalescent Housing | | | 4/13/20 11:20 |
| 7d0e9bc4-7210-ea11-8129-00155dd8f6855 | fsS8oHcbWyGe4c8tEI2HVLfGCuK24u5k171/n2n/Dodolx1pD50eDkXx+PnWqOV4/0z6o9JCcz0nfPaLJKxgQg== | 3/13/20 5:41 | Inactive | Eugene D Westmoreland | Medical | M4 Medical Infirmary Housing (Clear before release) | | | 11/26/19 15:31 |
| affa6e1d-7310-ea11-8129-00155dd8f6855 | zKvan1QixDusBw80O2fvh1zLW0NqfFC1zEJSHnydlss2QE8+dcQNQV6KjFBDtkbTX1SQOsFPC/1/taXAS4DWSQ== | 3/24/22 19:22 | Inactive | Eugene D Westmoreland | Medical | Brace/Collar | 10.11 | | 11/26/19 11:34 |
| d6ebb414-6411-ea11-8129-00155dd8f6855 | zGGp+rtekgd5u4R5jd3bha5Alw+zdNrsdobaEYIHMJw+pDECLxmG+7qo4zSdCD6xEKd2ZgHMMA2skFYb33bKYQ== | 3/24/22 19:22 | Inactive | Eugene D Westmoreland | Medical | Walker | 10.03 | | 11/27/19 16:18 |
| 15ecb4ea-576c-ea11-8132-00155d8f6889 | t5MylERsv0YDBbF+AaE3PQmZx/Hn0ngkn8AyMVmpzrDrWFJxUP/Gr0gnplqwp4tlyUF2XNyqqYtbHfbtYXMYUbQ== | 3/23/20 5:39 | Inactive | Eugene D Westmoreland | Medical | M4 Medical Infirmary Housing (Clear before release) | | | 3/22/20 11:11 |
| 4a387b57-596c-ea11-8132-00155d8f6889 | jrVnBELcvxJGE8Z3Fg8QJHL3z39dNfP8L+XsieLbrNft6kfywH12ld7Oazp5y97cL8gdBvrwf7xsY8ZmWvGF5Q== | 3/23/20 5:39 | Inactive | Eugene D Westmoreland | Medical | Isolation | 9.09 | | 3/22/20 11:11 |
| b3e0e289-1172-ea11-8132-00155d8f6889 | F0OFz181yQ3d8D1r8/UQa8Gz+Cw8XcFT/QtDBqtFuETwgR23p2SO61FUJAbsD6VwT4tUsZeGygsNlcMhFXaBPw== | 4/2/20 5:40 | Inactive | Eugene D Westmoreland | Programs | Quarantine Housing | | | 3/29/20 18:00 |
| 1bb6f783-5486-ea11-8136-00155d8f68ba | TEdHJ45ca90DGGtv2JTXKFBRq/8JMvJTsGegVF3Fn1Qk0bPVdQLBNGsie+Tc6gQXVdOuxrbXpBuN/z2n43xBSg== | 5/12/20 5:44 | Inactive | Eugene D Westmoreland | Medical | Convalescent Housing | | | 4/24/20 12:52 |
| 6ae8cf02-2067-eb11-8150-00155dd6a490 | tFoYZ4V0WLa0aKeRvq5X3Lz9x+ad0B7fv0ak555quFYs+e9nY8PDA8aPcmVVPLVhCPu0239Ue9v5+KSP3ZVpkQ== | 3/5/21 21:59 | Inactive | Eugene D Westmoreland | Medical | COVID Vaccine 1-Discharge Coordination | | | 2/4/21 13:34 |
| 81820a72-2eac-ec11-8194-00155dd6a5b9 | nojbS8JDafGVM6/DK5D9i0bgEFw8CfQq265KkaEVarRnKZFi/sfV1iz4myFaYf4B7etw598jggfjF4yFEUopA== | 4/4/22 17:55 | Inactive | Eugene D Westmoreland | Medical | M4 Medical Infirmary Housing (Clear before release) | | | 3/25/22 6:26 |
| 6094c281-6cbb-ec11-8187-00155de791bd | xGRAz/2uLlGVUP9SWsVFsTPza585K4a6Zt+GxT/eZZQR0OtsA7kTAGBuC9Z362QdflFARwBoVs95mJbU+u58XA== | 4/23/22 12:27 | Inactive | Eugene D Westmoreland | Security | Quarantine Housing | | | 4/13/22 15:58 |

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 000056