## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Eugene Westmoreland

        Plaintiff,

v.                   Case No.: 1:23−cv−01851
                    Honorable John J. Tharp Jr.

Thomas Dart, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 27, 2023:

  MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone status hearing held on 7/27/23. The Court reviewed the parties' Joint Status Report [33]. For the reasons discussed on the record, Defendant Dart is ordered to allow Plaintiff's counsel and architectural expert up to 4 hours for the inspection of the ramps in question, not including interruptions of the inspection that may occur because of security needs of the Cook County Jail. If the inspection cannot be completed in 4 hours, then Defendant Dart is ordered to permit Plaintiff's counsel and Plaintiff's architect to finish their inspection within a week after the first inspection. The architectural drawings at issue, [33] at 2−3, shall be produced subject to entry of a confidentiality order. The parties will submit an agreed confidentially order to the Court's proposed order email address at Proposed_Order_Gilbert@ilnd.uscourts.gov. The Court ruled on Defendant's objections to certain of Plaintiff's interrogatories [33 at 4–5]. Defendant shall serve amended responses to these interrogatories by 8/4/23. Defendant also shall amend their responses to certain of Plaintiff's requests for production of documents, [33] at 3, and produce any additional documents that will be produced by 8/4/23 Note: the 8/4/23 date was not set during today's hearing though it was discussed at the hearing and in the Status Report [33]. The parties may agree to a different date as long as the amended interrogatory responses, responses to requests for production, and any additional responsive documents are served before Plaintiff's ramp inspections. The parties shall file a joint updated status report by noon on 8/18/23. The 8/2/23 date for the filing of a status report [19] is stricken. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.