RE: 23-cv-01851 Westmoreland v. Dart et al | Proposed dates for inspection
**Confidentiality Agreement**

Patrick Morrissey <pwm@morrisseylawchicago.com>
Thu 7/27/2023 2:20 PM
To:Jason DeVore <jdevore@devoreradunsky.com>;Thomas Morrissey <tgm@morrisseylawchicago.com>
Cc:Troy Radunsky <tradunsky@devoreradunsky.com>;Zachary Stillman <zstillman@devoreradunsky.com>

Jason:

Can you please forward the model order to the Court?

Also, when do you expect to respond to the discovery that was discussed in open court? We intend to seek an extension of the time to reply to summary judgment. We will request to file the reply after defendants provide the updated discovery as discussed during the hearing. Do you have a position on this request?

Pat Morrissey

---

**From:** Jason DeVore <jdevore@devoreradunsky.com>
**Sent:** Thursday, July 27, 2023 2:15 PM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Troy Radunsky <tradunsky@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>
**Subject:** RE: 23-cv-01851 Westmoreland v. Dart et al | Proposed dates for inspection **Confidentiality Agreement**

Pat,

Attached is the one that we sent to you on July 20, 2023. It is not redlined. As I mentioned in open court, I am leaving town shortly and will not be in the office again until Monday.

Jason


Jason E. DeVore
DeVore Radunsky LLC
230 W. Monroe Street, Suite 230
Chicago, IL 60606
D: 312.300.4482 | O: 312-300-4479 | F: 312-674-7423
jdevore@devoreradunsky.com
www.devoreradunsky.com



This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Thursday, July 27, 2023 2:00 PM