# Patrick Morrissey

| | |
|---|---|
| **From:** | usdc_ecf_ilnd@ilnd.uscourts.gov |
| **Sent:** | Monday, August 7, 2023 3:09 PM |
| **To:** | ecfmail_ilnd@ilnd.uscourts.gov |
| **Subject:** | Activity in Case 1:20-cv-00261 Walker v. Dart et al |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Northern District of Illinois - CM/ECF NextGen 1.7.1.1

## Notice of Electronic Filing

The following transaction was entered on 8/7/2023 at 3:08 PM CDT and filed on 8/7/2023

| | |
|---|---|
| **Case Name:** | Walker v. Dart et al |
| **Case Number:** | 1:20-cv-00261 |
| **Filer:** | |
| **Document Number:** | 172 |

**Docket Text:**
**MINUTE entry before the Honorable Jeffrey Cummings: Off-the-record status conference regarding settlement held with counsel for the parties. The Court and the parties discussed the possibility of plaintiff conducting his proposed inspection of the Cermak ramp on the same date during the week of August 14 when counsel are scheduled to be present for an inspection of three other ramps pursuant to an order issued in a separate lawsuit. The parties understand that such an inspection would suffice as the inspection that the District Court previously ordered that plaintiff should be able to conduct during expert discovery [148], in the event that the case does not settle during the parties' forthcoming settlement conference. Defense counsel will advise plaintiff's counsel no later than 5:00 p.m. on 8/7/23 whether there is any logistical difficulty with plaintiff conducting the proposed inspection of the Cermak ramp on the date in question. The parties are further ordered to advise the Court on 8/7/23 regarding this issue as well as their mutually available dates for a remote video settlement conference during the week of 10/16/23 in a joint status report submitted to the Court's settlement correspondence mailbox, (Settlement_Correspondence_Cummings@ilnd.uscourts.gov). Mailed notice (cc, )**

**1:20-cv-00261 Notice has been electronically mailed to:**

Monica Burkoth     gavrilenkak@jbltd.com, miltonr@jbltd.com, burkothm@jbltd.com, mcelroyl@jbltd.com

1

Exhibit 1 Page 1

Patrick William Morrissey    paralegal@morrisseylawchicago.com, pwm@morrisseylawchicago.com

Brian Patrick Gainer    gavrilenkak@jbltd.com, miltonr@jbltd.com, gainerb@jbltd.com, mcelroyl@jbltd.com

Jack E Bentley    bentleyj@jbltd.com, biesterfeldd@jbltd.com

Samuel D. Branum    branums@jbltd.com, miltonr@jbltd.com

Lisa Marie McElroy    miltonr@jbltd.com, mcelroyl@jbltd.com

Thomas Gerard Morrissey    tgm@morrisseylawchicago.com

**1:20-cv-00261 Notice has been delivered by other means to:**