## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Eugene Westmoreland

                    Plaintiff,

v.                                              Case No.: 1:23–cv–01851

                                                         Honorable John J. Tharp Jr.

Thomas Dart, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 11, 2023:

    MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiff's Motion to Modify Order, Dkt. 34 [39] is granted. The parties shall submit a proposed order to the Court's proposed order email address at Proposed_Order_Gilbert@ilnd.uscourts.gov. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.