IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EUGENE WESTMORELAND, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | No. 23-cv-01851 |
| *-vs-* ) | |
| ) | Hon. Jeffrey T. Gilbert |
| THOMAS DART, SHERIFF OF COOK ) | |
| and COUNTY, COOK COUNTY, ) | |
| ILLINOIS, ) | |
| *Defendants.* ) | |

## ORDER

IT IS HEREBY ORDERED:

Pursuant to this Court's order of July 28, 2023, ECF Docket No. 34, Defendant Sheriff was ordered to permit Plaintiff's counsel a four-hour inspection of specified areas of the Cook County Department of Corrections ("CCDOC"):

> Defendant Dart is ordered to allow Plaintiff's counsel and architectural expert up to 4 hours for the inspection of the ramps in question, not including interruptions of the inspection that may occur because of security needs of the Cook County Jail. If the inspection cannot be completed in 4 hours, then Defendant Dart is ordered to permit Plaintiff's counsel and Plaintiff's architect to finish their inspection within a week after the first inspection.

Based upon Plaintiff's counsel's recent representations that four-plus hours are not needed to inspect the three ramps at issue in this litigation, and Plaintiff's wish and intention to combine the ramp inspections in the present case with that of the Cermak ramp at issue in *Walker v. Dart*, 20-cv-261, within a four-hour time period, this Court amends this portion of the July 28, 2023, order as follows:

> Defendant Dart is ordered to allow Plaintiff's counsel and architectural expert up to 3 hours for the inspection of the ramps in question in this case, not including interruptions of the inspection

that may occur because of security needs of the Cook County Department of Corrections.

The parties have separately agreed that it is the intent of both parties to allow Plaintiff's counsel and Plaintiff's architectural expert up to 1 additional hour for the inspection of the Cermak ramp which is at issue in *Walker v. Dart*, 20-cv-261, which discovery issue is before Magistrate Cummings.

The remaining language of the July 28, 2023, shall remain in effect.

So Ordered.

Dated: 8/14/2023

Hon. Jeffrey T. Gilbert
United States Magistrate Judge