# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Eugene Westmoreland

Plaintiff,

v.

Case No.: 1:23–cv–01851
Honorable John J. Tharp Jr.

Thomas Dart, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 28, 2023:

MINUTE entry before the Honorable Jeffrey T. Gilbert: An in–person status hearing is set for 8/30/23 at 10:00 a.m. to address the parties' dispute concerning scheduling of depositions outlined in their last Joint Status Report [43]. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.