## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Eugene Westmoreland

                           Plaintiff,

v.                                                       Case No.: 1:23−cv−01851
                                                                        Honorable John J. Tharp Jr.

Thomas Dart, et al.

                           Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 30, 2023:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: In−person hearing held on 8/30/23. The Court reviewed the matters covered in the parties' Joint Status Report [43]. If motion practice is necessary on the deposition priority issue after the parties have completed the Local Rule 37.2 process, the parties should agree on a short briefing schedule and provide it to the Court's courtroom deputy when a motion is filed. By agreement [43], the parties shall make any Rule 26(a)(2) disclosures by 4/1/24. Any rebuttal disclosures shall be served by 5/1/24. All expert depositions shall be concluded by 6/1/24. A continued status hearing is set for 9/14/23 at 10:00 a.m. in Courtroom 1386. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.