IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cornelius Walker, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) 20-cv-261 |
| -*vs*- | ) |
| | ) Judge Rowland |
| Thomas Dart, Sheriff of Cook | ) |
| County, and Cook County, Illinois, | ) |
| | ) |
| *Defendants.* | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SEND NOTICE TO CLASS MEMBERS**

Plaintiff Cornelius Walker, by counsel, moves the Court for leave to send notice to putative class members.

Grounds for this motion are as follows:

1. On June 22, 2023, the Court certified this case under Rule 23(b)(3) for "all Cook County Jail detainees who have been assigned a wheelchair and used a wheelchair to traverse the Cermak ramp from May 5, 2018 to the date of entry of judgment." Dkt. 159 at 5. The Court further certified an issue under Rule 23(c)(4) to address "whether the Cermak ramp complied with the Structural Standards required by the ADA and RHA between May 5, 2018 and the date of entry of judgment." *Id.*

2. Pursuant to Rule 23(c)(2), class counsel seeks permission to send notice to the last known addresses of putative class members by First Class US Mail.

3. Defense counsel provided the last known addresses to approximately 500 putative class members on July 11th. And on July 13th, defense counsel reviewed

the proposed notice and did not oppose the form as drafted. A copy of the proposed notice is attached to this motion as Exhibit 1.

4. Class counsel will retain Atticus Administration LLC to distribute class notice. Class counsel requests a deadline of August 1, 2023 to send notice and November 7, 2023 for putative class members to opt-out.

It is therefore respectfully requested that the Court grant plaintiff's motion approving notice to members of the Rule 23(b)(3) class and direct notice to be sent by First Class US Mail to the last known addresses of putative class members by August 1, 2023 and set November 7, 2023, for putative class members to opt-out.

Respectfully submitted,

/s/ Patrick Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL. 60643
(773) 233-7901
pwm@morrisseylawchicago.com

*Attorney for the plaintiff class*