**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EUGENE WESTMORELAND, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS J. DART, et al. <br><br> Defendants | Case No. 23-cv-1851 <br><br> Judge Tharp, Jr. <br><br> Magistrate Judge Gilbert |

**DEFENDANT COOK COUNTY SHERIFF THOMAS J. DART'S AMENDED ANSWERS TO PLAINTIFF EUGENE WESTMORELAND'S FIRST SET OF INTERROGATORIES #1, 3-4**

NOW COMES Defendant, COOK COUNTY SHERIFF THOMAS J. DART, in his official capacity, (hereinafter "Defendant"), by and through his attorneys, Jason E. DeVore and Zachary G. Stillman, of DeVore Radunsky LLC, and for his answers to Plaintiff's first set of Interrogatories, states as follows:

**INTERROGATORIES**

1. From March 24, 2021 to the present, identify the number of detainees assigned to the Residential Treatment Unit (RTU) who have been prescribed a wheelchair to use at all times

**ANSWER:** During a discussion among counsel for the parties on July 25, 2023, it was agreed that the date for this interrogatory and a corresponding request to produce (Number 1) would be limited to May 30, 2023. Accordingly, the information set forth below includes a specific reference to May 30, 2023. In an effort to provide additional information dating back to March 2021, Defendant submits the following information:

| RTU Assignment Date | Total IIC with "Wheelchair Long Distance Only" Alert | Total IIC with "Wheelchair" Alert |
|---|---|---|
| 3/31/2021 | 15 | 19 |
| 3/31/2022 | 12 | 16 |
| 5/30/2023 | 9 | 16 |

3. Identify the number of individuals housed in the RTU with a wheelchair long distance alert on May 30, 2023.

**ANSWER: 9**

4. Identify the number of individuals housed in the RTU with a wheelchair alert on May 30, 2023.

**ANSWER: 16**

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that **Defendant Sheriff Thomas J. Dart's Amended Answers to Plaintiff's Interrogatories # 1, 3-4** were sent via email correspondence to all below listed parties on August 4, 2023.

/s/ *Zachary G. Stillman*
Zachary G. Stillman
One of the Attorneys for Defendants

Thomas G. Morrissey
Patrick Morrissey
10257 S. Western Ave
Chicago, IL 60643
773 233 7901
Pwm@morrisseylawchicago.com
tgm@morrisseylawchicago.com

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EUGENE WESTMORELAND,<br><br>   Plaintiff,<br><br>v.<br><br>THOMAS J. DART, et al.<br><br>   Defendants | Case No. 23-cv-1851<br><br>Judge Tharp, Jr.<br><br>Magistrate Judge Gilbert |

**VERIFICATION FOR DEFENDANT SHERIFF'S AMENDED ANSWERS TO
PLAINTIFF'S INTERROGATORIES**

  I, Khara Coleman, Deputy General Counsel for the Cook County Sheriff's Office – Civil Litigation and Torts, under penalties as provided by law pursuant to 28 U.S.C. § 1746, certify that the statements set forth in *Defendant Sheriff Thomas Dart's Amended Answers to Plaintiff's Interrogatories # 1, 4-5*, are true and correct to the best of my inquiry, knowledge, and belief. The statements provided herein are not based on my personal knowledge, sole or personal recollection, or memory, but rather were gathered by reviewing the records and documents in possession of the Cook County Sheriff's Office, by consulting persons employed in the Cook County Sheriff's Office, in coordination with and upon advice of undersigned counsel of record in this litigation.

Dated: _August 3, 2023_____       _____
                        Khara Coleman
                        Deputy General Counsel for the Cook County
                        Sheriff's Office – Civil Litigation and Torts

*Digitally signed by Khara Coleman
Date: 2023.08.03 13:10:20 -05'00'*

Exhibit 3 Page 3