**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
(Formulario de Queja del Individuo bajo Custodi)

CONTROL #: NC220494 9
Individual in Custody SHORT #: 811822

! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF — 420

- ☐ Emergency Grievance
- ☐ Grievance
- ☒ Non-Compliant Grievance (circled)
- ☐ Cermak Health Services
- ☐ Superintendent:
- ☒ Other: IRC (circled)

PRINT – INDIVIDUAL IN CUSTODY LAST NAME: Westmoreland
PRINT – FIRST NAME: Eugene
BOOKING NUMBER: 20191030626
DIVISION: 08-RTU
LIVING UNIT: 3F
DATE: 12/19/22

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies. The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

[Spanish translation of above guidelines]

| REQUIRED - DATE OF INCIDENT | REQUIRED - TIME OF INCIDENT | REQUIRED - SPECIFIC LOCATION OF INCIDENT | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED |
|---|---|---|---|
| 12/16/22 | 9:00 am / 12:50 | RTU Ramp leading to Cermack & back to RTU | Cook County Sheriff staff (CRO) Lt, Supt. |

This grievance is concerning the long steap non-compliance RTU ramp. This is the ramp I used Friday Dec. 16, 2022 to get to Cermack. Moving up and down this ramp (RTU Ramp) has caused my hands (right & left) to burn, upper body pain in my already damaged upper body (shoulder, back, neck, upper arms).

NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:

SIGNATURE of Individual in Custody: [signature]

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE I.I.C. GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW NAME (Print): D. Wilson
SIGNATURE: [signature]
DATE CRW RECIEVED: 12-20-22

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):
SIGNATURE:
DATE REVIEWED:

(FCN-58)(MAR 22)  (WHITE COPY – IIC SERVICES DEPT.)  (YELLOW COPY – CRW)  (PINK COPY – INDIVIDUAL IN CUSTODY)



**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

**INDIVIDUAL IN CUSTODY "NON-COMPLIANT" GRIEVANCE RESPONSE FORM**
(Formulario de respuesta de quejas "No Conforme" de Individuos bajo custodia)

### INDIVIDUAL IN CUSTODY INFORMATION

| PRINT – INDIVIDUAL IN CUSTODY LAST NAME | PRINT – FIRST NAME | NON-COMPLIANT CONTROL NUMBER |
|---|---|---|
| Westmoreland | Eugene | NC2204949 |

| DIVISION | LIVING UNIT | BOOKING # | SHORT # |
|---|---|---|---|
| 8 | 3F | 20291030026 | 811822 |

| GRIEVANCE FORM DATE | NON-COMPLIANT GRIEVANCE CODE: (see below) | DETERMINED BY C.R.W.: (crw last name) |
|---|---|---|
| 12/19/22 | 420 | D. Wil |

### REASON(S) FOR GRIEVANCE NON-COMPLIANCE AND/OR ACTION REQUIRED
(RAZÓN PORQUE LA QUEJA NO ES CONFORME Y/O ACCIÓN REQUERIDA)

Your grieved issue is not being processed due to the checked area(s) below. This grieved issue will not be assigned a control #, cannot be appealed and remedies cannot be exhausted. El asunto de la queja no se procesó por las siguientes razones que están marcadas abajo. El asunto de la queja no se le asignará un numero de control, no puede ser apelado y no podrá agotar los remedios posibles.

☐ 400 - The grieved issue is one of the following non-grievable matters: Individual in custody's classification, designation of a security risk, protective custody status, or decisions of the Disciplinary Hearing Officer. El asunto de la queja es uno de los siguientes asuntos que no se consideran quejas formales: clasificación del individuo bajo custodia, designado como riesgo de seguridad, estado de custodia de protección o decisiones del oficial de audiencia disciplinarias.

☐ 410 - The grieved issue did not occur within the last 15 calendar days nor is it an allegation is of sexual assault, sexual harassment, sexual abuse, or voyeurism. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.) El asunto de la queja no ocurrió dentro de los últimos 15 días calendario y no se trata de una acusación de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si cree que se aplica una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).

☐ 420 - The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days. El asunto de la queja no debe ser una repetición de una queja que fue sometida dentro los 15 días calendarios.

☐ 430 - The grieved issue is a repeat submission of a grievance that previously received a response and was appealed. El asunto de la queja es una repetición de una queja que previamente recibió una respuesta y fue apelada.

☐ 440 - The grieved issue is repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days. El asunto de la queja es una repetición de una queja que previamente recibió una respuesta y usted decidió no apelar la respuesta dentro de los 15 días calendario.

☐ 450 - Offensive or harassing language was used. El asunto de la queja contiene lenguaje ofensivo o amenazante.

☐ 460 - The grievance form contains more than one issue. El formulario de queja contiene más de un asunto.

☐ 470 - The grievance issue pertains to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc. El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

480 - Other reason not listed. Otra razón.

The following grievance is a repeat of #2022X18190. IIC is advised to submit a medical request regarding his hand / medical needs.

| NAME OF STAFF MEMBER RESPONDING | SIGNATURE | DATE |
|---|---|---|
| D. Wilson | D. Wil | 12.21.22 |

| INDIVIDUAL IN CUSTODY'S SIGNATURE OF RECEIPT | DATE RESPONSE RECEIVED |
|---|---|
| [signature] | 1-20-23 |

(FCN-60) (MAR 22)  (WHITE COPY – IIC SERVICES)  (YELLOW COPY – CRW)  (PINK COPY – INDIVIDUAL IN CUSTODY)