**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Eugene Westmoreland

                        Plaintiff,

v.                                       Case No.: 1:23−cv−01851
                                            Honorable John J. Tharp Jr.

Thomas Dart, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 14, 2023:

       MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 9/14/23. Continued discussion held on the record concerning the parties' Joint Status Report [43] and the matters contained therein. The parties have worked out the issues relating to the priority of depositions and have agreed to dates for certain of those depositions. By 12/5/23, the parties shall file an updated status report with confirmed or proposed dates for the depositions of the remaining fact witnesses to be deposed in the case. Plaintiff will not be deposed until after the civil trial in a different case now set for 10/30/23. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.