**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division**

Eugene Westmoreland

                                         Plaintiff,

v.                                                                             Case No.: 1:23−cv−01851
                                                                                Honorable John J. Tharp Jr.

Thomas Dart, et al.

                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 22, 2023:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court reviewed the parties' Joint Status Report [54]. The parties shall file an updated status report by 1/16/24 confirming that the depositions referenced in their last status report [54] were completed. The parties' status report also should state whether either party plans to take any other depositions before the close of fact discovery and, if so, contain proposed or confirmed dates for any of those depositions that the parties have calendared. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.