**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Eugene Westmoreland
                Plaintiff,

v.                                           Case No.: 1:23−cv−01851
                                                        Honorable John J. Tharp Jr.

Thomas Dart, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 12, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The motion hearing set for 1/16/24 at 10:30 a.m. is converted from in−person to telephone. The call−in number is 650−479−3207 and the access code is 180 946 2499#. Press # to bypass the Attendee ID number. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.