**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Eugene Westmoreland, | ) | |
|        *Plaintiff,* | ) ) ) | |
|        -*vs*- | ) ) | No. 23-cv-1851 |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) ) ) ) | Judge Tharp, Jr. Magistrate Judge Gilbert |
|        *Defendants.* | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's order entered December 22, 2023, Dkt. 57, the parties file the filling updated status report:

### I. Confirming completion of the following depositions identified in December 5, 2023, status report, Dkt. 54

The parties completed the following depositions identified in the December 5, 2023, status report:

| Witness | Completed |
|---|---|
| Plaintiff Westmoreland | Yes |
| ADA Compliance Officer Rivero Canchola | Yes |
| Officer Marin | Yes |

**II.   Whether any party plans to take any other depositions before the close of fact discovery**

| Witness | Party seeking deposition | Whether deposition confirmed |
|---|---|---|
| Ricky Harris (putative class member) | Defendants | 1/22/2024 at 10:00 am over Zoom |
| Marquis Watkins (detainee at Cook County Jail) | Defendants | 1/25/2024 at 10:00 am over Zoom |
| Joseph Merkel (notice served 1/3/2024) | Plaintiff | No date |
| Plaintiff's Rule 30(b)(6) Notice served 12/18/2023 | Plaintiff | No date |

Respectfully submitted,

/s/ Patrick Morrissey
ARDC No. 6309730
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
(773) 233-7901
pwm@morrisseylawchicago.com

/s/ Jason E. DeVore (with consent)
Jason E. DeVore (ARDC #62422782)
Troy S. Radunsky (ARDC #6269281)
DeVore Radunsky, LLC
230 W. Monroe Suite 230
Chicago, Illinois
312-300-4479
tradunsky@devoreradunsky.com
jdevore@devoreradunsky.com