UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Eugene Westmoreland

                                        Plaintiff,

v.                                                                       Case No.: 1:23–cv–01851
                                                                      Honorable John J. Tharp Jr.

Thomas Dart, et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 16, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone motion hearing held on 1/16/24. For the reasons stated on the record, Plaintiff's Motion Regarding Sufficiency of Answers Pursuant to Rule 36(a)(6) [59] is granted. The Court strikes Defendant Dart's responses to Plaintiff's requests for admission 4 and 11. Those RFAs seek straightforward measurements of designated areas within Cook County Jail and the Court does not see why Defendant can not respond to them. The Court orders the County to answer those RFAs by 2/13/24. In the Court's view, this order is not an acceleration of Defendants' 4/1/24 deadline to make expert disclosures. Based on the argument today, the Court does not see why the questions necessarily need to be answered in the context of Defendants' expert disclosures as opposed to Defendant providing the information requested in a timely mater in response to the RFAs. The parties remain obligated to file an updated status report regarding depositions per the Court's prior order [57]. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.