### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Eugene Westmoreland, | ) | |
| | ) | |
|     *Plaintiff,* | ) | |
| | ) | |
|     -*vs*- | ) | No. 23-cv-1851 |
| | ) | |
| Thomas Dart, Sheriff of Cook County, | ) | Judge Tharp, Jr. |
| and Cook County, Illinois, | ) | |
| | ) | Magistrate Judge Gilbert |
| | ) | |
|     *Defendants.* | ) | |

### JOINT STATUS REPORT

Pursuant to the Court's order entered February 2, 2024, Dkt. 64, the parties file the following updated status report:

### I. Completion of outstanding depositions

There are no outstanding depositions that the parties anticipate completing before the close of fact discovery.

### II. Documents

Plaintiff's Position

On February 2, 2024, defendant Sheriff produced a roll call memorandum that explains officers must push wheelchair-users up and down ramps and corridors. If a detainee refuses assistance, staff must document the refusal in C-COMS (the jail's electronic computer database). On February 5th, plaintiff served a request for the Sheriff to produce C-COMS reports pertaining to wheelchair-users refusing assistance moving up and down ramps and corridors. A response to this request is not due until

March 5. Following production of this material, plaintiff's counsel does not anticipate propounding any new requests for productions.

### III. Settlement

Plaintiff's Position

It appears, based on discovery, the "east tunnel" does not comply with the applicable ADA structural standards. Defendant Cook County responded to requests to admit acknowledging the 2010 ADA Standards for Accessible Design require an intermediate landing to be at least 60 inches long and that the "east tunnel" intermediate landing is less than 60 inches long. Plaintiff's counsel is interested in a settlement discussion to address the request of the putative class to remedy the "east tunnel" ramp.

Defendants Position

Defendants invite Plaintiff to submit a written settlement demand, including all components of any proposed settlement. After review of the settlement demand, Defendants will be better poised to determine whether or not a settlement conference will be fruitful.

Respectfully submitted,

/s/ Patrick Morrissey
ARDC No. 6309730
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
(773) 233-7901
pwm@morrisseylawchicago.com

-2-

#392309v1

/s/ Jason E. DeVore (with consent)
Jason E. DeVore (ARDC #62422782)
Troy S. Radunsky (ARDC #6269281)
DeVore Radunsky, LLC
230 W. Monroe Suite 230
Chicago, Illinois
312-300-4479
tradunsky@devoreradunsky.com
jdevore@devoreradunsky.com