IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Eugene Westmoreland, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cv-1851 |
| | ) | |
| v. | ) | |
| | ) | |
| Cook County Sheriff Thomas Dart, et al. | ) | Judge Tharp, Jr. |
| | ) | Mag. Judge Gilbert |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' AGREED MOTION FOR LEAVE
TO DEPOSE INCARCERATED INDIVIDUALS**

NOW COME Defendants, COOK COUNTY SHERIFF THOMAS DART and COOK COUNTY, by and through their attorneys, Zachary G. Stillman and Jason E. DeVore, of DeVore Radunsky LLC, pursuant to Fed. R. Civ. P. 30(b)(2), and respectfully request leave to take the depositions upon oral examinations of witnesses Darreon Thompson, Tirnell Williams, Jeremiah Dobynes, and Deangelo McClain ("IIC Witnesses"), who are all confined either with Cook County Department of Corrections or Illinois Department of Corrections, and in support, states as follows:

1. Counsels for Plaintiff have advised that they do not object to the requested depositions and have agreed to working with Counsels for Defendants to schedule their occurrences as needed.

2. Plaintiff previously disclosed the identities of the specified incarcerated witnesses, and Defendants have now elected to proceed with their depositions.

3. Darreon Thompson, Tirnell Williams, Jeremiah Dobynes, and Deangelo McClain are witnesses in this case who have information critical to claims made by Plaintiff in his Complaint at Law, as well as potentially relevant to the ultimate damages at issue in this case and the question of whether Plaintiff's class should be certified.

4. Crucially, Plaintiff has disclosed the IIC Witnesses as potentially having information relating to his claims.

5. The information sought relates to the witnesses' use of the ramps at issue in this case during their time in detainment by the Cook County Department of Corrections.

6. All but one of the IIC Witnesses are currently in the custody of the Cook County Department of Corrections, under the following booking numbers:

    a. Darreon Thompson 2022-1107066 (Tier 3G Div 8)

    b. Tirnell Williams 2020-0927069 (Tier 3F RTU)

    c. Deangelo McClain 2020-1104132 (Tier 3H RTU)

    d. Efferson Williams 2021-1007129 (Tier 3H RTU)

7. At present, Jeremiah Dobynes is now in the custody of the Illinois Department of Corrections, Southwestern Correctional Center, under booking number B31051.

8. Defendants now seek to depose IIC Witnesses regarding information and details related to Plaintiff's asserted claims.

9. In seeking to extend discovery for the purposes of taking these depositions, Defendants are not seeking to move any other dates for discovery.

WHEREFORE, the parties respectfully request that this Honorable Court enter an order allowing them to take the remote Zoom depositions of witnesses Darreon Thompson, Tirnell Williams, Jeremiah Dobynes, and Deangelo McClain, currently in custody of the Illinois and Cook County Departments of Corrections.

Respectfully Submitted,

**Defendants**

By: */s/ Zachary G. Stillman*
Zachary G. Stillman, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com

tradunsky@devoreradunsky.com
zstillman@devoreradunsky.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that **Defendants' Motion for Leave to Depose Incarcerated Individuals** was filed on March 8, 2024, with the Northern District of Illinois ECF System, serving a copy to all parties.

*/s/Zachary Stillman*
Zachary Stillman