## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Eugene Westmoreland

                        Plaintiff,

v.                                                       Case No.: 1:23−cv−01851
                                                            Honorable John J. Tharp Jr.

Thomas Dart, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 11, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court reviewed the parties' Joint Status Report [65]. An in−person status hearing for 3/21/24 at 10:30 a.m. Plaintiff would like to discuss settlement and Defendant says it needs a demand from Plaintiff to assess whether settlement is a realistic possibility. If Plaintiff makes a settlement demand before the next status hearing, the Court will set a date for Defendant to respond if it has not done so already. The parties also should be prepared to report on the status of fact discovery at that time as fact discovery is scheduled to close on 3/25/24 [15]. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.