## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Eugene Westmoreland
                              Plaintiff,

v.                                                                 Case No.: 1:23−cv−01851
                                                                                    Honorable John J. Tharp Jr.

Thomas Dart, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 11, 2024:

       MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendants' Agreed Motion for Leave to Depose Incarcerated Individuals [66] is granted. The parties are given leave to take the remote Zoom depositions of witnesses Darreon Thompson, Tirnell Williams, Jeremiah Dobynes, and Deangelo McClain, currently in custody of the Illinois and Cook County Departments of Corrections. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.