IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Eugene Westmoreland, | ) | |
| Plaintiff, | ) ) ) | No.: 23-cv-1851 |
| v. | ) ) | |
| Cook County Sheriff Thomas Dart, et al. | ) ) | Judge Tharp, Jr. |
| Defendants. | ) ) | |

**DEFENDANTS' AGREED MOTION FOR EXTENSION
OF TIME TO COMPLETE LIMITED FACT DISCOVERY**

NOW COME Defendants COOK COUNTY SHERIFF THOMAS DART, and COOK COUNTY, a body politic and corporate, by and through their attorneys, Jason E. DeVore and Zachary G. Stillman, of DeVore Radunsky LLC, pursuant to Fed. R. Civ. P. 6(b), and for Defendants' Agreed Motion for Extension of Time to Complete Limited Fact Discovery, state as follows:

1. The parties have exchanged written discovery, though Plaintiff remains interested in conferring regarding Defendants' Response to Plaintiff's Request for Production Propounded on February 5, 2024.

2. Plaintiff's deposition was taken on December 12, 2023.

3. Several other depositions have also taken place.

4. Defendants now desire to take the depositions of the following witnesses disclosed by Plaintiff's counsel:

    a. Darreon Thompson

    b. Tirnell Williams

    c. Jeremiah Dobynes

    d. Deangelo McClain

    e. Efferson Williams

      f.   Michael Hughes

5. On March 11, 2024, this Court Granted Defendants' Motion for Leave to Depose Incarcerated Detainee Witnesses Darreon Thompson, Tirnell Williams, Jeremiah Dobynes, and Deangelo McClain. (ECF No. 68.)

6. At present, fact discovery is set to close on March 25, 2024.

7. In the interest of fitting in all six depositions prior to the close of fact discovery, and in consideration of the parties' schedules, Defendants respectfully request that this Court grant the parties an additional 45 days, up to and including May 9, 2024, to complete discovery with respect to the listed depositions and conferral regarding Plaintiff's 2.5.24 Request for Production *only.*

8. The parties agree that they will take no depositions other than those identified in this motion.

9. **This motion does <u>not</u> seek any alteration as to the present expert discovery schedule.**

10. Under Rule 6(b), this Court may, for good cause, extend the time "[w]hen an act may or must be done." Fed. R. Civ. P. 6(b).

11. Not granting an extension would prejudice the parties because the current March 25, 2024, deadline will not allow sufficient time to schedule and complete the depositions of the disclosed detainee witnesses.

12. Granting an extension of time will not prejudice any party and this motion is not brought for undue delay or any improper purpose.

13. Counsels for Plaintiff have indicated their agreement to this motion.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order as follows:

1. Defendants' Agreed Motion for Extension of Time to Complete Limited Fact Discovery is granted;

2. Closure of fact discovery will be extended 45 days, up to and including May 9, 2024, for completion of discovery with regard to the above-described depositions and conferral *only*.

                                                Respectfully Submitted,

                                                **Defendants**

By:   */s/ Zachary G. Stillman*
       Zachary G. Stillman, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com
zstillman@devoreradunsky.com

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that Defendant's Motion for Extension of Time to Complete Limited Fact Discovery was filed on March 14, 2024, with the Northern District of Illinois ECF System, serving a copy to all parties.

                                                */s/Zachary Stillman*
                                                Zachary Stillman