# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Eugene Westmoreland

                          Plaintiff,

v.                                                        Case No.: 1:23−cv−01851
                                                        Honorable John J. Tharp Jr.

Thomas Dart, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 15, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: At Plaintiff's request and without objection by Defendants, the status hearing set for 3/21/24 is stricken and reset to 4/18/24 at 10:15 a.m. in Courtroom 1386. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.