IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Eugene Westmoreland, individually and for a class, | ) ) ) | |
| Plaintiff, | ) ) | 23-cv-1851 |
| -vs- | ) ) | Judge Tharp, Jr. |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) ) ) | Magistrate Judge Gilbert |
| | ) ) | |
| Defendants. | ) | |

## DECLARATION OF EFFERSON WILLIAMS

Under penalties of perjury as provided by law, the undersigned certifies that the following statements are true:

1. My name is Efferson Williams. I am incarcerated in Division 8, Tier 3H at the Cook County Jail under booking number 2021-1007129

2. I am 42 years old and use a wheelchair to move from place to place because I am a paraplegic. I have a T 5 spinal cord injury.

3. There is a steep and long ramp in the basement of the RTU that is used for me to travel to various places at the Jail, including Cermak.

4. I experience hardship moving up and down this ramp. On one occasion I recall almost falling out of my wheelchair was navigating this ramp. I also experience burning on my hands when traversing this ramp.

5. It is very rare for staff to assist me when traversing this ramp.

Dated: 11-28-23

Efferson Williams

Exhibit 3 Page 1