IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Eugene Westmoreland, individually and for a class, )<br><br>Plaintiff, )<br><br>-vs- )<br><br>Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, )<br><br>Defendants. ) | 23-cv-1851<br><br>Judge Tharp, Jr.<br><br>Magistrate Judge Gilbert |

## DECLARATION OF DARREON THOMPSON

Under penalties of perjury as provided by law, the undersigned certifies that the following statements are true:

1. My name is Darreon Thompson. I am incarcerated in Division 8, Tier 3G at the Cook County Jail under booking number 2022-1107066.

2. I use a wheelchair to move from place to place because I was shot in the back in ~~2018~~ 2019 and have a T-6 spinal cord injury.

3. There is a steep and long ramp in the basement of the RTU that is used for me to travel to various places at the Jail, including Cermak. A photograph of this ramp is below:

Exhibit 5 Page 1



4. This ramp is steep and it is difficult to move up and down as a wheelchair-user. When I navigate this ramp without assistance it is common for me to roll down fast and my hands burn when breaking. It is also challenging to move up the ramp.

5. It is very rare for staff to assist me when traversing this ramp.

Dated: 11/28/23

Darreon Thompson

Exhibit 5 Page 2