Page 1

1   EUGENE WESTMORELAND

2   VS.

3   THOMAS DART, ET AL.

4   WITNESS:   EUGENE WESTMORELAND

5   TAKEN ON:   DECEMBER 12, 2023

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 2

1       UNITED STATES DISTRICT COURT

2       NORTHERN DISTRICT OF ILLINOIS

3           EASTERN DIVISION

4

5 EUGENE WESTMORELAND,

6 Individually and for

7 a class,

8       PLAINTIFF,

9 VS.          CASE NO.: 1:22-cv-01442

10 THOMAS DART, SHERIFF OF

11 COOK COUNTY, AND COOK

12 COUNTY, ILLINOIS,

13       DEFENDANTS.

14

15       IT IS STIPULATED AND AGREED by and between

16 counsel for Plaintiff and counsel for Defendants that

17 the deposition of EUGENE WESTMORELAND may be taken

18 pursuant to the Federal Rules of Civil Procedure, by

19 and on behalf of the Defendants, on the 12th day of

20 December, 2023, at the Taylorville Correctional

21 Center, 1144 Illinois Route 29, in the City of

22 Taylorville, State of Illinois, before Sally Barach,

23 Certified Shorthand Reporter; that the issuance of

24 notice is waived, and that this deposition may be

Page 3

1 taken with the same force and effect as if all Federal

2 Rules had been complied with.

3       IT IS FURTHER STIPULATED AND AGREED that any

4 and all objections to all or any part of this

5 deposition are hereby reserved and may be raised on

6 the trial of this cause, and that the signature of the

7 deponent is waived.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 4

1 APPEARANCES OF COUNSEL:

2

3   FOR THE PLAINTIFF:

4     Patrick Morrissey, Esq.

5     Thomas G. Morrissey, Ltd.

6     10257 S. Western Avenue

7     Chicago, IL 60643

8     (773)233-7900

9     pwm@morrisseylawchicago.com

10

11   FOR THE DEFENDANTS:

12     Troy Radunsky, Esq.

13     Devore Radunsky, LLC

14     230 W. Monroe

15     Suite 230

16     Chicago, IL 60606

17     (312)300-4479

18     tradunsky@devoreradunsky.com

19

20

21

22

23

24

Page 5

1           INDEX

2

3             PAGE

4 Examination by Mr. Radunsky          8

5

6           EXHIBITS

7

8 Defendants' Exhibit No. 1          32

9 Defendants' Exhibit No. 2          33

10 Defendants' Exhibit No. 3          34

11 Defendants' Exhibit No. 4          77

12

13 Exhibit No. 1 - Photograph of East ramp

14 Exhibit No. 2 - Photograph of North tunnel

15 Exhibit No. 3 - Photographs of metal ramp

16 Exhibit No. 4 - Grievance created by Eugene

17 Westmoreland - 2-18-23

18

19 (Exhibits retained by the court reporter for

20 distribution)

21

22

23

24

2 (Pages 2 - 5)

Exhibit 5 Page 2

Page 6

```
 1          CERTIFIED QUESTIONS
 2                    PAGE   LINE
 3                     21    7
 4  Q:  What happened?
 5                     21    11
 6
 7  Q:  (By Mr. Radunsky)  What happened in the sexual
 8  assault cases that led you to plead guilty?
 9                     21    24
10
11  Q:  (By Mr. Radunsky)  So can you tell me, you know,
12  what the issues were that led to you pleading guilty?
13                     22    7
14
15  Q:  (By Mr. Radunsky)  I have an article that I found
16  in the Sun Times, or that I found on-line from CWB
17  Chicago, and it says that you were sentenced to 10
18  years after pleading guilty of sexually assaulting two
19  underage girls, including one of your students, and
20  you pled guilty to criminal sexual abuse of a victim
21  under 13, predatory criminal sexual assault,
22  aggravated criminal sexual abuse of an individual
23  under 18.  Is any of that not true?
24
```

Page 7

```
 1                     22    19
 2
 3  Q:  (By Mr. Radunsky)  Are you listening to your
 4  lawyer's objection?
 5                     22    22
 6  Q:  Are you refusing to answer these questions?
 7                     23    1
 8  Q:  (By Mr. Radunsky)  I'm asking you, are you
 9  asserting your Fifth Amendment right?
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 8

```
 1          EUGENE WESTMORELAND,
 2  of lawful age, having been first duly sworn to testify
 3  the truth, the whole truth, and nothing but the truth
 4  in the case aforesaid, deposes and says in reply to
 5  oral interrogatories propounded as follows, to wit:
 6
 7      EXAMINATION (start time: 8:46 a.m.)
 8  QUESTIONS BY MR. RADUNSKY:
 9      Q:  Can you state and spell your name for the
10  record?
11      A:  Eugene Westmoreland.  That's E-U-G-E-N-E
12  W-E-S-T-M-O-R-E-L-A-N-D.
13      Q:  Okay.  And Mr. Westmoreland, how many times
14  have you given a deposition before?
15      A:  This is my second time.
16      Q:  All right.  And the first time was in the
17  other lawsuit that you had with Johnson & Bell?
18      A:  Yes.
19      Q:  All right, and that case has settled?
20      A:  Yes.
21      Q:  Okay.  As I understand, it settled about two
22  months ago?
23      A:  Yes.
24      Q:  Okay, that, the issues in that case involved
```

Page 9

```
 1  you just, I believe, falling off a bed; is that
 2  correct?
 3      A:  That's correct.
 4      Q:  All right.  It had nothing to do with the
 5  ramps that we're going to be talking about, or the
 6  tunnels, or any of those issues; is that correct?
 7      THE WITNESS:  Can I --
 8      (By Mr. Radunsky)  You can't ask him any
 9  questions during the deposition.
10      A:  That's correct, but I did use the ramps.
11      Q:  No, I'm just saying it had nothing to do
12  with the accident.
13      A:  No, no.
14      Q:  Okay.  Do you have any other aliases?  Do
15  you go by any other aliases --
16      A:  No.
17      Q:  -- any other names besides Eugene
18  Westmoreland?
19      A:  No.
20      Q:  Okay, and what's your date of birth?
21      A:  February 19th, 1961.
22      Q:  1961?
23      A:  That's correct.
24      Q:  All right.  What's your marital status?
```

3 (Pages 6 - 9)

Exhibit 5 Page 3

Page 10

1    A: Divorced.
2    Q: And are the last four digits of your social
3 security number 2472?
4    A: No.
5    Q: Oh, whoops. Oh, I'm sorry, that was --
6 okay, what are they? What are the last --
7    A: 3900, 3900.
8    Q: Yeah, I'm sorry. I don't know -- I know
9 where that number came from, it came from another
10 deposition, because I was cutting and pasting things.
11 Other than the documents that I see in front of you,
12 which appear to be your grievances and maybe some
13 discovery, have you reviewed any other records?
14    A: No.
15    Q: All right, can I see the documents that
16 you're looking at?
17    A: Yes.
18    Q: So you just handed me some documents, and
19 they're your grievances, and your answers to
20 interrogatories, a copy of your lawsuit, your
21 complaint, oh, and a copy of the answers to request to
22 admit. Is that everything that you've looked at?
23    A: Yes.
24    Q: Have you created any documents yourself?

Page 11

1    A: No.
2    Q: Okay. Have you ever reviewed any of the ADA
3 standards that may be involved in your case?
4    A: You mean --
5    Q: The Americans with Disabilities standards or
6 policies?
7    A: I have a -- I did look at something someone
8 showed me, but I didn't get a chance to see the whole
9 outline of it. But I did --
10    Q: Okay.
11    A: -- look at some stuff.
12    Q: Do you know what any of the standards, ADA
13 standards, or policies, or guidelines would be
14 applicable in your case?
15    MR. MORRISSEY: Object to the form, to the
16 extent it's stuff we've talked about.
17    Q: (By Mr. Radunsky) Yeah, I don't want to
18 know about any conversations with your lawyers. I
19 just want to know independently do you have any
20 knowledge of the ADA standards, or policies, or
21 procedures that we're going to be talking about, or
22 could be applicable with the ramps or the tunnels
23 here?
24    A: Pretty much, yeah.

Page 12

1    Q: You do have knowledge of them?
2    A: Yeah.
3    Q: Okay, what do you know as far as the ADA
4 standards with respect to ramps?
5    A: Okay, I don't know a whole lot of them right
6 offhand, because I need to look at them because I'm
7 not an expert at, you know, ADA. I need to have them
8 in front of me to like review --
9    Q: Okay.
10    A: -- what's what, so I can, you know, to be
11 fair.
12    Q: Sure. Have you reviewed -- strike that.
13 Have you retained an expert in this case to look at
14 the ADA standards with respect to the ramps and the
15 tunnels in this case?
16    MR. MORRISSEY: I object to the extent that
17 may call for communication that's privileged, but you
18 can answer.
19    A: No.
20    Q: (By Mr. Radunsky) Okay. Have you -- were
21 you given any literature at the jail regarding ADA
22 standards related to the ramps or the tunnels that
23 we're going to be talking about here today?
24    A: No.

Page 13

1    Q: Okay. I'm assuming that you are familiar or
2 have knowledge of other inmates who are in wheelchairs
3 like yourself, that were at the Cook County Jail when
4 you were, that were also using these ramps and tunnels
5 in the RTU?
6    A: Yes.
7    Q: Okay, other than look at those records and
8 meet with your lawyer, have you done anything else to
9 help prepare for your deposition today?
10    A: No.
11    Q: All right. And how long did you meet with
12 your lawyer today?
13    A: Maybe about half an hour.
14    Q: Okay. Other than meeting with your
15 attorneys, have you spoken to any other witnesses in
16 this case?
17    A: No.
18    Q: Okay. Are you aware that your attorney has
19 supplied us with declarations of other inmates at the
20 Cook County Jail?
21    A: Yes.
22    Q: Okay, have you read those declarations from
23 those other inmates?
24    A: Would that be -- can I ask you a question?

4 (Pages 10 - 13)

Exhibit 5 Page 4

Page 14

1    Q:  Sure.
2    A:  That would be what they said, or --
3    Q:  Uh-huh, their statements.  Have you read
4  their statements?
5    A:  That would be in here?
6    Q:  No, I'm talking about an actual legal
7  document that's, that would be a declaration from a
8  witness, similar to an affidavit, that would say what,
9  would offer statements from them.  Have you seen
10  something like that?
11    A:  Yeah, something like that.
12    Q:  Okay, so you know what I'm talking about
13  when I say declarations?
14    A:  Uh-huh.
15    Q:  Is that a yes?
16    A:  Yes.
17    Q:  All right.  Whose declarations have you
18  seen?
19    A:  I believe I've seen -- there's so much
20  paperwork.
21    Q:  Let me ask you this way, I'll make it easy
22  for you, have you seen a declaration or any statements
23  from Darian Thompson?
24    A:  No.

Page 15

1    Q:  Have you seen any declarations or statements
2  from a -- if I get this name wrong I apologize --
3  Tirnell, T-I-R-N-E-L-L, Williams?
4    A:  That name sounds familiar.
5    Q:  Have you seen any declarations or statements
6  from him?  I'm not asking if the name sounds familiar.
7    A:  I'm trying to think --
8    Q:  That's okay.
9    A:  -- that's why I'm pausing.
10    Q:  You can think.  You're allowed to.
11    A:  I saw his name, but I don't know about what
12  the outcome of -- I recall --
13    Q:  Other than his name, have you seen any
14  statements from him or declarations?  Anything that he
15  signed with a statement?
16    A:  I don't recall seeing any.
17    Q:  Okay.  And I'm not trying to trick you.  If
18  you haven't, that's okay.
19    A:  I mean, the name sounds familiar.
20    Q:  That's okay.  Listen, I bet you a lot of
21  these guys' names are going to sound familiar.  I just
22  want to know if you've seen their statements or
23  declarations from them, okay?
24    A:  Okay.

Page 16

1    Q:  All right, so I'll give you the next name.
2  Deangelo McClain (phonetic), have you ever seen any
3  statements or declarations from him?
4    A:  No, that name don't sound familiar.
5    Q:  What about Michael Hughes?  Have you seen
6  any declarations or statements from him?
7    A:  No.
8    Q:  What about a gentleman named Ricky Harris,
9  have you seen any declarations or statements from him?
10    A:  No, I know Ricky Harris.
11    Q:  Okay.  Have you seen any declarations or
12  statements from somebody named Efferson (phonetic)
13  Williams?
14    A:  No.
15    Q:  Okay.  Now, can you tell me, what's your
16  highest level of education?
17    A:  I have two Bachelor of Science degrees.
18    Q:  Where did you get those?
19    A:  One from Tennessee State University, and the
20  other one from North Carolina State University.
21    Q:  Do you remember what years you got those?
22  It's okay if you don't.
23    A:  North Carolina, I got that degree in 2000 --
24  I want to say approximately 2014 or '15, something

Page 17

1  around in there, and Tennessee State, '85.
2    Q:  What did you study at Tennessee State?
3    A:  Instrumental music.
4    Q:  Instrumental music?
5    A:  Uh-huh.
6    Q:  Is that a yes?
7    A:  Yes.
8    Q:  I mean, I should have told you this before,
9  all of your answers have to be out loud.  You can't go
10  uh-huh, or huh-uh, because we don't know --
11    A:  Yeah.
12    Q:  That's okay, you're doing fine.  Did you
13  also study music at North Carolina State?
14    A:  I studied theology.
15    Q:  Theology.
16    A:  Got a degree in theology.
17    Q:  Any other education?  Any other higher
18  education?
19    A:  No.
20    Q:  And I know you filed one other lawsuit.
21  Other than that lawsuit that you settled, have you
22  ever filed any other lawsuits?
23    A:  I had workman comp.  I don't know if that
24  qualifies as a lawsuit.

5 (Pages 14 - 17)

Exhibit 5 Page 5

Page 18

1   Q: That's okay. When was that?
2   A: 2018 roughly, around 2018, or 2017 or '18,
3   somewhere around up in there.
4   Q: You know what, let's talk about that. Can
5   you tell me your employment history in the last like
6   25 years?
7   A: My last job was Christ The King Jesuit
8   College Prep. I was there for about eight years.
9   Prior to that -- oh, I also was a professional
10  musician at New Life Covenant Church maybe around
11  three years. Prior to that -- well, those jobs were
12  concurrent. I had those at the same time.
13  Q: The King job --
14  A: Yeah, and --
15  Q: -- and the professional musician?
16  A: Yes.
17  Q: Okay.
18      MR. MORRISSEY: Wait to respond until he
19  finishes talking.
20      THE WITNESS: Okay.
21  Q: (By Mr. Radunsky) What did you do before
22  King?
23  A: I was a teacher that's like, almost like a
24  sub, a substitute teacher.

Page 19

1   Q: Where were you a sub at?
2   A: All around the State of Illinois.
3   Q: Okay, and how many years were you a
4   substitute for?
5   A: I don't know, about two, three years.
6   Q: And what did you do before you were a
7   substitute?
8   A: I taught -- I had so many schools, so you'll
9   have to give me a chance to think.
10  Q: Go ahead.
11  A: I taught at a school called Uplift Community
12  High School for about maybe six years.
13  Q: Do you remember where you were before
14  Uplift?
15  A: I taught at Marshall High School for about
16  four years.
17  Q: All right, well, let's start with Marshall,
18  do you remember what years that was?
19  A: I can't --
20  Q: You don't need to be exact. Do you
21  remember, was it in the 90s, or, you know, early
22  2000s? You know, as close as you can remember.
23  A: I would say in the 90s approximately.
24  Q: In the 1990s?

Page 20

1   A: Yes.
2   Q: And what about Uplift? When were you there?
3   A: 2000s, somewhere in the 2000s.
4   Q: In the 2000s?
5   A: Yes.
6   Q: And then after that you were subbing --
7   A: Yeah.
8   Q: -- for a couple years all around the state?
9   A: Yeah, yeah. Yes rather.
10  Q: And then you went to King?
11  A: That's correct.
12  Q: At all of these different schools were you
13  teaching music?
14  A: Yes.
15  Q: Okay, all right. And King was the last
16  place that you were at?
17  A: Yes.
18  Q: And what was your position -- your position
19  was music teacher?
20  A: Yes.
21  Q: All right. Now, let me ask you, other than
22  the grievances that we've, we'll be talking about
23  later, have you given any other written statements
24  regarding any of the issues in your complaint?

Page 21

1   A: No.
2   Q: Okay. So why are we at the prison? What
3   happened? What were you convicted of that led us to
4   this --
5   A: Basically I had, I pleaded to three sex
6   crimes, sexual assault crimes.
7   Q: What happened?
8   A: I mean --
9       MR. MORRISSEY: Object to the form of the
10  question.
11  Q: (By Mr. Radunsky) What happened in the
12  sexual assault cases that led you to plead guilty?
13      MR. MORRISSEY: There's also a pending
14  appeal, Counsel.
15      MR. RADUNSKY: I understand.
16      MR. MORRISSEY: So I would advise him that I
17  believe he's under protection on the way to an appeal.
18  A: Yeah, I did appeal.
19      MR. RADUNSKY: I don't think that that
20  applies in the civil suit necessarily. And I
21  understand that you filed an appeal. But right now
22  we're sitting here at Taylorville, and I think it's
23  relevant.
24  Q: (By Mr. Radunsky) So can you tell me, you

6 (Pages 18 - 21)

Exhibit 5 Page 6

Page 22

1 know, what the issues were that led to you pleading
2 guilty?
3     MR. MORRISSEY: I'm going to object to the
4 form, and also instruct him not to answer based on his
5 Fifth Amendment privilege, because he has a pending
6 appeal.
7     Q: (By Mr. Radunsky) I have an article that I
8 found in the Sun Times, that I found on-line from
9 CWB Chicago, and it says that you were sentenced to 10
10 years after pleading guilty of sexually assaulting two
11 underage girls, including one of your students, and
12 you pled guilty to criminal sexual abuse of a victim
13 under 13, predatory criminal sexual assault,
14 aggravated criminal sexual abuse of an individual
15 under 18. Is any of that not true?
16     MR. MORRISSEY: I'm going to object and tell
17 him not to answer, per his Fifth Amendment privilege,
18 because of his pending appeal.
19     Q: (By Mr. Radunsky) Are you listening to your
20 lawyer's objection?
21     A: Yes, I am.
22     Q: Are you refusing to answer these questions?
23     MR. MORRISSEY: I'm instructing him not to
24 answer based on his Fifth Amendment privilege.

Page 23

1     Q: (By Mr. Radunsky) I'm asking you, are you
2 asserting your Fifth Amendment right?
3     A: Yes.
4     MR. RADUNSKY: All right. Well, we'll
5 certify all of these questions, and we will reserve
6 our right to bring him back and have these questions
7 answered.
8     Q: (By Mr. Radunsky) Other than the sexual
9 assault crimes that you pled guilty to, have you pled
10 guilty or been found guilty of any other felonies or
11 misdemeanors involving fraud or dishonesty in the last
12 10 years?
13     A: No.
14     Q: If your appeal isn't overturned, how long
15 was your sentence?
16     A: Seven.
17     Q: Seven years?
18     A: Seven years.
19     Q: Okay. Do you remember the first day that
20 you arrived at the Cook County Jail, what day that
21 was?
22     A: I think it was October. I believe it was
23 October 30th. I believe October 30th. I'm not sure.
24     Q: Do you know what year?

Page 24

1     A: 2019.
2     Q: Okay. And when, do you remember your last
3 day there? What day was that?
4     A: September 26th, I believe, 2023.
5     Q: I looked at your housing records, you know,
6 and it looked like you were in the RTU the entire time
7 in Division 8?
8     A: Yes.
9     Q: Okay. And the RTU is the residential
10 treatment unit, right?
11     A: That's correct.
12     Q: That's where patients with physical or
13 mental illnesses are housed generally?
14     A: Yes.
15     Q: Okay. When -- well, strike that. Can you
16 tell me a little bit about your medical history? Why
17 are you in a wheelchair?
18     A: Well, basically you said it before, I fell.
19 I injured myself. I also have a history of polio in
20 my left leg. You know, it causes my leg to become
21 extremely weak.
22     Q: Uh-huh.
23     A: And also the fall, I had spinal cord
24 surgery, which damaged nerves in my body. And

Page 25

1 basically that sums it all up, nerve damage, polio
2 equals wheelchair.
3     Q: When were you first given a wheelchair for
4 your injuries?
5     A: After the surgery.
6     Q: After the fall from --
7     A: Yes.
8     Q: -- the bed and the spinal surgery?
9     A: Yes.
10     Q: All right. Do you remember what year that
11 was?
12     A: 2019.
13     Q: That's when the spinal surgery was?
14     A: Yes.
15     Q: Okay. Do you remember who did the surgery?
16     A: I don't remember. I don't recall the
17 doctor's name --
18     Q: Okay.
19     A: -- right now.
20     Q: And you said you had polio?
21     A: Yes.
22     Q: That's a lifelong condition?
23     A: That's correct.
24     Q: All right. Were you in a wheelchair for the

Page 26

1 polio?
2    A: No, but I am required a cane and brace for
3 polio.
4    Q: And did you use that your entire life?
5    A: Basically, yes. I want to say yes to
6 that --
7    Q: Okay.
8    A: -- because as a child I did have a brace. I
9 used a brace.
10   Q: You had to use a brace?
11   A: Yes.
12   Q: And when you say a brace, what are you
13 talking about specifically?
14   A: A leg, a leg brace.
15   Q: Got you, okay.
16   A: Full-length leg brace.
17   Q: I'm trying to think about this, almost like,
18 have you ever seen the movie Forest Gump?
19   A: Uh-huh.
20   Q: You know that leg -- is that a yes?
21   A: Yes.
22   Q: You know that leg brace that he used in some
23 of the movie?
24   A: Yes.

Page 27

1    Q: Is that sort of what you had, that similar
2 type of a leg brace?
3    A: Yes.
4    Q: Okay. Now, have you been using a wheelchair
5 ever since that surgery, Eugene?
6    A: Yes.
7    Q: Okay. Are you regularly seeing a doctor
8 today for your spinal issues and the polio?
9    A: I mean, I see the doctor here. Wherever I
10 go basically I will see the doctor for these
11 conditions.
12   Q: Have you seen the doctors since you've been
13 at the penitentiary?
14   A: At the last penitentiary, at the NRC, I seen
15 a doctor there --
16   Q: Okay.
17   A: -- and here I've seen nurse practitioners.
18   Q: You have?
19   A: Yes.
20   Q: Okay, how often are you seeing nurse
21 practitioners since you've been here, since, I think
22 you said the end of September?
23      MR. MORRISSEY: I'll object, are you talking
24 about this facility?

Page 28

1      MR. RADUNSKY: Yeah, this facility.
2      MR. MORRISSEY: I think that misstates his
3 testimony.
4      MR. RADUNSKY: Oh, I'm sorry. Let me re-ask
5 it.
6    Q: (By Mr. Radunsky) Have you seen nurse
7 practitioners at Taylorville since -- I'm sorry,
8 strike that. Have you seen nurse practitioners at
9 Taylorville since September?
10   A: Yes.
11   Q: Okay. Have you seen doctors at Taylorville
12 since September?
13   A: No.
14   Q: Okay. And I'm just trying to figure out if
15 you are getting treatment still continuously for your
16 spinal issues and the polio, and you are, it sounds
17 like?
18   A: Yes, I'm in line to.
19   Q: Okay.
20   A: He sees so many patients here.
21   Q: When you say he, are you talking about the
22 doctor?
23   A: The doctor, yes.
24   Q: Do you know what his name is?

Page 29

1    A: No.
2    Q: Okay. I'm assuming there's more than one
3 doctor?
4    A: I can assume. I'm not sure.
5    Q: You don't know?
6    A: Like I have no idea.
7    Q: Okay. Just generally, when you were at the
8 Cook County Jail, all right, not going anywhere, or
9 being transported, or escorted around, how would you
10 get around in your wheelchair? Would somebody push
11 you, or would you push yourself? Can you tell me?
12   A: Can you ask that question again?
13   Q: Yeah, yeah.
14   A: I mean, you said if I'm inside the chair, or
15 what are you saying?
16   Q: Like when you're in the dayroom.
17   A: Okay.
18   Q: You've been in the dayroom, I assume, in the
19 RTU?
20   A: Uh-huh, yes.
21   Q: And when you're not being escorted like you
22 were on the morning you were going to vote, or you're
23 not being taken somewhere, but you're just kind of
24 moving around, all right, how do you do that? Do you

8 (Pages 26 - 29)

1 do it yourself --

2    A: Yes.

3    Q: -- manually? All right. Are there times

4 where, and again, not when you're being transported or

5 escorted somewhere, where you have other inmates push

6 you, or officers, or are you just manually doing it

7 yourself?

8    A: If I'm in the tier I'm usually doing it

9 myself.

10    Q: Okay, that's fine. Do you know, when you're

11 being escorted somewhere, whether like -- and we'll

12 talk about this later, like whether it's to vote, or

13 you're going to court, all right, is there some sort

14 of jail policy that someone should be pushing your

15 wheelchair for you? In other words, it should be

16 another officer, or it can be a detainee, or you can

17 do it yourself? Are you aware of any policy on this?

18    A: I'm not aware of any policy.

19    Q: Okay. Do you know, in your lawsuit, in your

20 complaint, which I know that you've looked at, all

21 right, I want to talk first about what we've already

22 sort of been chatting about, what I'm going to call

23 the RTU ramp and tunnel, okay? Do you know what I'm

24 talking about?

1    A: Yes.

2    Q: All right. And I'm going to refer to,

3 there's two of them, all right? I'm going to refer to

4 the north tunnel and the east ramp. If I refer to

5 those, do you know what I'll be talking about?

6    A: No.

7    Q: You don't know? Do you know -- let me put

8 it to you this way, one of them is longer, all right,

9 that I'm referring to is the north tunnel. And then

10 -- and I'll show you pictures of it, all right?

11 This -- here, let me show you a picture of it. We'll

12 mark it -- well, we'll mark it later. But Exhibit

13 Number, I think we're on 1, all right, this came out

14 of a document that I got from your lawyer, okay? I'm

15 calling this the north tunnel. Are you familiar with

16 this area?

17    A: Yes.

18    Q: Okay, all right. Now, this I'm referring

19 to --

20    MR. MORRISSEY: Hold on, Counsel, I think

21 this, this isn't the north --

22    MR. RADUNSKY: Yeah, it is. That's the

23 picture that I got from --

24    MR. MORRISSEY: Hold up, Counsel, this is

1 the tunnel going to Cermak. This has railings. This

2 is --

3    MR. RADUNSKY: Listen, don't testify,

4 please.

5    MR. MORRISSEY: No, you said this is the

6 north --

7    MR. RADUNSKY: Then which one is this? This

8 is the east ramp, and this is the north tunnel. These

9 are the two things that --

10    MR. MORRISSEY: No, no, this is the Cermak

11 ramp.

12    MR. RADUNSKY: No, it's not. Off the

13 record.

14

15    (Discussion off the record)

16

17    (Defendants' Exhibit No. 1

18    marked for identification)

19

20    MR. RADUNSKY: So we're back on the record.

21    Q: (By Mr. Radunsky) I'm showing you what

22 we've marked as Exhibit Number 1, just for the record.

23 This is a picture of the east ramp; is that correct?

24 And that's below the RTU?

1    A: Are those railings?

2    Q: Yes.

3    A: Yes.

4    Q: Okay.

5    MR. MORRISSEY: And just for clarification,

6 Mr. Westmoreland also has a picture of this in front

7 of him.

8    MR. RADUNSKY: Oh, he does? Okay, that's

9 great.

10    MR. MORRISSEY: So just for the record, the

11 one he looked at before the dep, which is a screen

12 shot --

13    THE WITNESS: Uh-huh.

14    MR. RADUNSKY: The same area?

15    MR. MORRISSEY: -- it's the same.

16    MR. RADUNSKY: That's fine, I saw it.

17    MR. MORRISSEY: I think there's two copies

18 of it.

19    MR. RADUNSKY: That's fine. Don't worry, I

20 know.

21

22    (Defendants' Exhibit No. 2

23    marked for identification)

24

Page 34

1    Q: (By Mr. Radunsky)  The second picture that
2 I'm going to mark as Exhibit 2, I'm going to call it
3 the north tunnel.  You can call it a corridor.  You
4 can call it a ramp.  Are you familiar with this area
5 below the RTU?
6    A: Yes.
7    Q: All right.  And these -- let me ask you, are
8 these the two ramps, corridors, or tunnels that you
9 were referring to in your complaint?
10    A: Yes.
11    Q: All right.  And now we know that there's
12 another ramp that's in Division 4, all right, that
13 we'll mark as Group Exhibit 3, and it's two pictures
14 of a metal ramp?
15    A: Yes.
16
17        (Defendants' Group Exhibit No. 3
18        marked for identification)
19
20    Q: (By Mr. Radunsky)  All right, that I also
21 got from your attorney.  Are you familiar with this
22 ramp?
23    A: Yes.
24    Q: All right, is this the ramp you were injured

Page 35

1 on after voting?
2    A: Yes.
3    Q: Okay, we'll come back to these.  All right,
4 in terms of frequency, can you tell me, I mean, how
5 often were you using the ramps that we're looking at,
6 or the tunnels, or the corridors in Exhibits 1 and 2?
7 And you can tell me like, you know, infrequently,
8 frequently, a lot.  I mean, whatever you're
9 comfortable with.  I'm just trying to get an idea how
10 often you were using them, okay?
11    A: I mean, this was jail, so basically when I
12 would go to court, to vote, so I would say often.
13    Q: What's that?
14    A: Often.
15    Q: Often?
16    A: Uh-huh.
17    Q: Okay, let me ask you this, how many times,
18 when you were at the Cook County Jail, did you go to
19 court approximately?  You can give me a range.  You
20 can say 5 to 10, 10 to 15, or I don't know.
21    A: I was there for approximately, almost four
22 years --
23    Q: Okay.
24    A: -- so I would say approximately 15, 20.

Page 36

1    Q: 15 to 20 times?
2    A: Yeah.
3    Q: Okay.
4    A: Yes.
5    Q: Okay, that's okay.  And what about voting?
6 How many times would you go to vote in Division 4,
7 when you were incarcerated at the Cook County Jail?
8    A: Once.
9    Q: Okay.  And had you ever complained to
10 anybody at the jail about those ramps before the
11 incident in Division 4, which, I think, was in
12 February of 2023?
13    A: I mean, I complained to the officer.  I
14 complained to the nurse.  In fact, there were two
15 officers that I complained to.  One was, I believe,
16 Officer Wylie (phonetic).
17    Q: Officer, can you say that again?
18    A: Wylie.
19    Q: Wylie?
20    A: Wylie, yes.
21    Q: Do you have any idea how to spell that?  And
22 don't guess if you don't know.
23    A: I have no idea.
24    Q: Yeah, don't guess.  Okay, do you know who

Page 37

1 the other officer was?
2    A: The officer that was escorting me.
3    Q: Marin.
4    A: Marin, yes.
5    Q: And what about the nurse, do you remember
6 the nurse's name?
7    A: She went -- her name -- she didn't like give
8 her name, so she told us to call her Nurse G.
9    Q: Nurse G?
10    A: Yes.
11    Q: And had she ever treated you in the RTU?
12    A: Yes.
13    Q: Okay.  And you just can't recall her last
14 name?
15    A: Nurse G.
16    Q: Do you remember what she looked like?  Can
17 you physically describe her?
18    A: She was roughly around 5'7", maybe weighed
19 about maybe 120, a little lady, African-American --
20    Q: Uh-huh, uh-huh.
21    A: -- short hair.
22    Q: Do you know what ethnicity?
23    A: She had an accent.
24    Q: She did?  Okay, that helps.

10 (Pages 34 - 37)

Page 38

1  A: I don't know what --
2  Q: Okay.
3  A: -- race, or I mean what ethnicity she was.
4  Q: That's okay. And when you talked to the
5  nurse and the two officers about the issues that you
6  were having with these two ramps, corridors, or
7  tunnels in your complaint, what did you tell them?
8  A: Okay, which ramps are you referring to?
9  Q: The two in Exhibits 1 and 2.
10  A: These two?
11  Q: Yes, yes, in Exhibits 1 and 2.
12  A: Not this?
13  Q: What did you talk to these three people
14  about?
15  A: Basically I had a difficult time going up
16  and down these ramps, especially when I'm not
17  assisted. Pain, I had a lot of pain in my body
18  traversing these ramps.
19  Q: Like where?
20  A: Right up in here, the shoulder.
21  Q: Left shoulder?
22  A: Shoulder area, neck, and my hands burned
23  sometimes when I was going down.
24  Q: How would you, how would you get up and down

Page 39

1  these ramps? I mean, can you tell me how you would do
2  it with your wheelchair?
3  A: I would roll myself up the ramp strenuously,
4  and coming -- you want me to tell you coming down,
5  also?
6  Q: Yeah. I mean, I'd like to get an idea of
7  what it was like for you, if you could describe it for
8  me, of how you would use these ramps.
9  A: Okay, basically up, like I just said, like
10  I'm rolling myself, the only difference is I'm going
11  up the ramp, and, you know, it takes a lot to get up
12  that ramp.
13  Q: More effort?
14  A: And coming down I would hold, hold this
15  right here while the chair's basically moving itself,
16  and in the process it would burn this.
17  Q: The palm of your hand?
18  A: Yes.
19  Q: Okay, because the wheels are rotating fast?
20  A: Yes.
21  Q: All right. What about the rails? Were you
22  able to use the rails at all?
23  A: No, only in emergencies. Like something
24  like if the chair gets out of hand, I would grab a

Page 40

1  railing. If the chair, it gets -- and that probably
2  happened once, but I didn't have to grab the railing,
3  I just had to, I just froze and stopped the chair.
4  Q: What about going up the ramps, or the
5  tunnels, or the corridors that we're talking about in
6  Exhibits 1 or 2, would you use the railings?
7  A: No.
8  Q: You would never use the railings?
9  A: No, going up I would always -- there's no --
10  I can't grab the railing while I'm doing this.
11  Q: Okay. And going down you're not using the
12  railings either?
13  A: Only in an emergency. Like if this chair
14  gets out of hand I would grab the railing.
15  Q: What do you mean getting out of hand? Like
16  it's going too fast?
17  A: Going too fast.
18  Q: Okay, or you feel like it's wobbling and you
19  can't control it, or something like that?
20  A: Yes.
21  Q: And you're saying that the chair can get up
22  that much speed that that can happen?
23  A: Yeah, if the ramp is high it can. If the
24  ramp is high, of course, yes.

Page 41

1  Q: Did that ever happen to you, where you lost
2  control of the wheelchair coming down in one of these
3  ramps, corridors, or tunnels that we're talking about
4  here?
5  A: I believe I told you once I had to stop
6  myself suddenly.
7  Q: Okay.
8  A: Yeah.
9  Q: Just the one instance that you recall?
10  A: Yes.
11  Q: Okay. When that happened and you had to
12  stop yourself suddenly, and you had issues with the
13  palms of your hands, did you go to Cermak and get
14  treated?
15  A: Many times I did this. Sometimes I would
16  get treated, and sometimes I didn't go to Cermak to
17  get treated. Because it became a habit, like, you
18  know, and sometimes I complained, and sometimes I
19  didn't. Because, you know, I traversed the ramp many
20  times. In fact, we, as wheelchair users, we use these
21  ramps to get to where we're going. I know you're
22  familiar with Cook County Jail, different places where
23  you go to, like Cermak, to vote, court, we have to use
24  these ramps to get to these places.

11 (Pages 38 - 41)

Page 42

1    Q: If you had complained that the ramp was
2  causing you injuries to a nurse or a doctor at Cermak,
3  would that be in your medical records?
4       MR. MORRISSEY: Object to the form. You can
5  answer.
6    Q: (By Mr. Radunsky) You can answer.
7    A: Yes.
8    Q: Okay, did you do that? Do you believe that
9  you did that?
10    A: Complained?
11    Q: About the ramps causing injuries to your
12  hands.
13    A: I did a few times to the nurse. It's in my
14  grievance.
15    Q: And what kind of treatment did they give
16  you?
17    A: They gave me pain pills. They gave me some
18  cream, some pain cream. I rubbed it on to, you know,
19  eliminate the cream, I mean the pain.
20    Q: What about the shoulder, anything for that?
21    A: Pain meds.
22    Q: What was the date -- do you remember --
23  prior to falling -- well, let me ask you this, prior
24  to falling out of the bed, how long were you at the

Page 43

1  jail without using the wheelchair?
2    A: Maybe a couple weeks, a week or two. I
3  don't know. I'm not sure, maybe a week or two.
4    Q: So you weren't at the jail very long when
5  you fell out of the bed?
6    A: No.
7    Q: Okay. Did you -- since you weren't there
8  very long, do you remember if you had used the ramp,
9  the corridor, or the tunnels that we're seeing in
10  Exhibit 1 or 2 below the RTU?
11    A: I don't recall.
12    Q: Okay, that's fine. I don't want you to
13  guess.
14    A: I'm sorry. I'm sorry.
15    Q: No, no, listen, that's one thing I should
16  have told you at the beginning of the deposition, but
17  we're in a little bit of a hurry today. I don't ever
18  want you to guess. If you don't know something,
19  please don't guess. It's not admissible, all right?
20  I just want to know what you recall based on your
21  personal knowledge, okay?
22    A: Sure.
23    Q: Just a couple questions, and we'll come back
24  to some of this stuff later. The ramp that is in

Page 44

1  Division 4 that we were talking about, that we marked
2  as, I think, Group Exhibit 3, you have that in front
3  of you?
4    A: This one?
5    A: Yeah, yeah, yeah.
6    A: Okay.
7    Q: Had you ever been told by anybody at the
8  jail that you should not be using that ramp, or it
9  wasn't for inmates to use to go up and down on for any
10  reason?
11    A: No.
12    Q: Okay. Had you ever used that ramp in
13  Division 4 prior to your accident in February of 2023?
14    A: No, this is my first time.
15    Q: First time? And because it was the first
16  time that you used it, was that the first time you
17  ever saw it?
18    A: Yes.
19    Q: Okay. Did you see anybody else using that
20  ramp, any other inmates that were -- strike that. Did
21  you see any other inmates in wheelchairs using that
22  ramp, either going up it or going down it? And I'm
23  talking about the ramp in Exhibit Number 3, the metal
24  ramp in Division 4.

Page 45

1    A: There was another wheelchair user that used
2  this ramp the same day we voted, so yes.
3    Q: You saw that?
4    A: Yes.
5    Q: Do you know who it was?
6    A: Ricky Harris. Ricky Harris.
7    Q: How did Ricky get up and down the ramp, do
8  you know?
9    A: Someone pushed him.
10    Q: Was it another inmate, or was it an officer?
11    A: Another inmate.
12    Q: Did you see him going up or down the ramp,
13  or both?
14    A: Down the ramp. I didn't see him go up
15  because I was behind --
16    Q: You were behind him?
17    A: No, I wasn't behind him. I was like on the
18  other side. Like some inmates went ahead of us. Like
19  we were scattered like.
20    Q: Okay.
21    A: And he was one of the first to get up, so --
22    Q: So when you say you were behind him, were
23  you down on the floor, or were you behind him coming
24  through the doors?

12 (Pages 42 - 45)

Page 46

1    A: On the floors.
2    Q: You were on the floors -- I'm sorry, on the
3 floors, you were on the floor?
4    A: Yes.
5    Q: Okay, so if you just turned around you could
6 see him coming down the ramp?
7    A: No. I don't understand what you're asking,
8 then.
9    Q: Sure.
10   A: Are you asking me, is he --
11   Q: No, no, no, here look, this is a good
12 question. So in Group Exhibit 3 we can see, you see a
13 picture, you see a picture of the ramp?
14   A: Yes.
15   Q: Is that how it was situated on the day of
16 your incident?
17   A: Yes.
18   Q: All right, is that what the ramp looked like
19 on the day of your accident?
20   A: Yes.
21   Q: Is that the same location it was in?
22   A: Yes.
23   Q: All right. So you said that you were on the
24 floor, right? Is that correct?

Page 47

1    A: Yes, yes.
2    Q: And I'm pointing to the bottom of the ramp,
3 correct?
4    A: Uh-huh.
5    Q: Is that a yes?
6    A: Yes.
7    Q: And you said that you saw Mr. Harris being
8 pushed down the ramp, correct?
9    A: From the way you had the question was you
10 asked me our voting process was over, and I was like
11 in the gym almost --
12   Q: Okay.
13   A: -- and Mr. Harris was up here already by the
14 time I came. I'm confused on what you're asking.
15   Q: Okay, so what you're saying is you were just
16 much further away than what's shown in this photo, but
17 you could see him at the top of the ramp?
18   A: Yes.
19   Q: Okay.
20   A: Voting had ended.
21   Q: I got it.
22   A: We were going, we were leaving.
23   Q: You were leaving --
24   A: Yes.

Page 48

1    Q: -- voting, and you were just -- and this
2 picture just doesn't show it, but you're back further
3 out from the picture, and able to look up to the top
4 of where the doors are at the top of the ramp; is that
5 correct?
6    A: That's correct.
7    Q: And Mr. Harris was just at the top of the
8 ramp?
9    A: That's correct.
10   Q: There was an inmate behind him that was
11 getting ready to push him down the ramp?
12   A: We were about to go back to the tier.
13   Q: Uh-huh.
14   A: Voting was over.
15   Q: No, I understand that. I'm just asking you
16 was there an inmate getting ready to push him down the
17 ramp when you saw him?
18   A: Why would he push him down the ramp when we
19 were going up the ramp to leave?
20   Q: Oh, so you're saying you saw him at the top
21 of the ramp. You believe that Ricky, Mr. Harris, was
22 already pushed up to the top of the ramp, and when you
23 came around the corner you believe he was leaving?
24   A: Yes.

Page 49

1    Q: Okay. So you didn't see -- did you see
2 Ricky get pushed up the ramp?
3    A: No.
4    Q: Okay, now I understand. Okay, now I got
5 you. Did you see anybody else, any other inmates in
6 wheelchairs using this ramp after voting?
7    A: No.
8    Q: Okay. I appreciate you explaining that.
9 And how long after you saw Mr. Harris at the top of
10 the ramp did your accident occur?
11   A: Maybe about a minute --
12   Q: Okay.
13   A: -- maybe a minute-and-a-half.
14   Q: When you saw him you were in your wheelchair
15 obviously?
16   A: Yes.
17   Q: All right, and you were being pushed by
18 another inmate?
19   A: Yes.
20   Q: And who was that inmate? Do you know what
21 his name is?
22   A: Marquis (phonetic) Watkins. And don't ask
23 me how to spell it.
24   Q: Okay. You're sure his first name was

13 (Pages 46 - 49)

Page 50

1 Markese (phonetic), or Marquis?
2     A: Yes.
3     Q: All right. It's not somebody whose initial
4 begins with a letter A, Watkins?
5     A: No.
6     Q: Okay. Was he a friend of yours?
7     A: I wouldn't call him a friend, but he pushed
8 me.
9     Q: Okay. Was he in the RTU with you?
10    A: Yes.
11    Q: Okay, do you know what his physical or
12 mental issue was, why he was there?
13    A: I have no idea. That's like personal. I
14 don't get involved with these guys.
15    Q: No, that's okay. I mean, I'm just saying
16 was he physically fit enough to push you up, to push
17 you in the wheelchair and push you up a ramp?
18    A: Yes.
19    Q: Okay, and how do you know that?
20    A: Mr. Maurine (phonetic) is his name?
21 Officer --
22    Q: Marin?
23    A: -- Marin, the guys that pushed the two
24 wheelchairs were the only two guys that were

Page 51

1 physically fit, that were not, you know, ADA
2 compliant. And he was in charge of taking all of the
3 ADA people to vote.
4     Q: When you say he, who?
5     A: Maurine.
6     Q: Oh, Marin?
7     A: Marin, yeah.
8     Q: Okay.
9     A: And the guys that were pushing us were
10 physically fit to push.
11    Q: Okay.
12    A: So they, they weren't the ADA people. They
13 were assisting, so yes.
14    Q: Did you ask Officer Marin to push you that
15 day?
16    A: I believe I did ask him.
17    Q: Okay, I don't want you to guess. Did you?
18    A: I'm not sure.
19    Q: Okay, that's fine.
20    A: Because that's awhile back, and I don't want
21 to give you the wrong answer.
22    Q: And I don't want you to either. And we just
23 talked about not guessing, okay? So if you don't
24 recall, you don't recall.

Page 52

1     A: I may have asked him, though, because
2 normally I would ask officers to push.
3     Q: But you don't recall?
4     A: I don't recall.
5     Q: Okay. Have you asked Officer Marin to push
6 you before?
7     A: That was my first time meeting Officer
8 Marin, so no.
9     Q: Had you asked other inmates in the past to
10 push you when you were being escorted to someplace
11 like voting?
12    A: If there were a group of us, yes. Like
13 one-on-one, like the officer and myself, or I would
14 say no.
15    Q: Had he, had Mr. Watkins ever escorted you or
16 pushed your wheelchair anywhere for you before this
17 accident happened?
18    A: No.
19    Q: So this is the first time he had ever pushed
20 your wheelchair?
21    A: Yes.
22    Q: What does he look like? Can you physically
23 describe him?
24    A: Six feet tall, he had dreads, dreadlocks, I

Page 53

1 think that's what you call them, long hair,
2 African-American, of course, slim, skinny. That's
3 about the best description I can give you.
4     Q: What about Officer Marin, what does he look
5 like?
6     A: 5'9" basically, I believe he wore glasses,
7 dark hair, and I believe he was, he's Hispanic or
8 white, if I'm not mistaken, but I'm leaning more
9 towards of a Hispanic.
10    Q: Okay.
11    A: Yeah.
12    Q: And during this process when you're being
13 escorted to and from the Division 4, what is Officer
14 Marin doing? What's his role?
15    A: Supervising, basically making sure we're
16 doing what we're supposed to do, keeping us out of
17 trouble, just watching us basically.
18    Q: How did you get -- I'm assuming you left
19 from the RTU to go to Division 4 to vote?
20    A: Yes.
21    Q: What route did you take to get there?
22    A: I don't understand what you're asking me.
23    Q: Sure. Let me ask it to you this way, when
24 you went to the gymnasium to vote, did you take the

14 (Pages 50 - 53)

Page 54

1 ramp to get there?
2  A: We had to.
3  Q: So you went down the ramp to get to the gym?
4  A: Yes.
5  Q: Okay. And how did you get down the ramp?
6  A: Pushed.
7  Q: By Mr. Watkins?
8  A: By Mr. Watkins, yes.
9  Q: And Officer Marin was watching this?
10  A: Yes.
11  Q: Did anybody tell you, did Officer Marin, or
12 did anybody, any other officers tell you that you
13 should not be taking the ramp that morning, and you
14 should be taking a different route to the gym?
15  A: No.
16  Q: How long did it take to get -- well, strike
17 that. Was Officer Marin with you the entire time that
18 you left the RTU, went to vote, and all the way
19 through, until you had your accident?
20  A: Yes.
21  Q: All right. Was he the only officer
22 supervising, or was there any other officers that you
23 saw?
24  A: There was another officer. I don't recall

Page 55

1 his name, but -- see, let me --
2  Q: Sure.
3  A: -- break it down.
4  Q: Break it down.
5  A: There were two officers. Marin, Marin was
6 one, and the other one I don't know who he was, but he
7 was an officer. I don't recall his name. He took the
8 able-bodied -- can I say that word, able-bodied?
9  Q: Yeah.
10  A: The ones that are not disabled, he took
11 them, and Mr., Officer Marin took the ADA people, so
12 they like separated.
13  Q: Okay, and did you all take the same route to
14 get to the gym?
15  A: We did take the same route, but when we came
16 to this ramp we like came a different route. That's
17 when we separated, because the people who weren't ADA,
18 they used stairs.
19  Q: How many people were in wheelchairs that
20 went voting, that went to voting?
21  A: Two.
22  Q: Just you and Mr. Harris?
23  A: Mr. Harris, yes.
24  Q: All right, and both of you were being pushed

Page 56

1 by other inmates?
2  A: That's correct.
3  Q: Are you the only -- as far as you know,
4 Mr. Harris was not injured using the ramp after
5 voting, to go back up it?
6  A: No.
7  Q: Okay, and you actually saw him at the top of
8 the ramp, correct?
9  A: Yes.
10  Q: All right. Were you able to -- but you
11 didn't see him being pushed up the ramp?
12  A: No.
13  Q: All right. Now, do you know how long it
14 took approximately -- well, strike that. Did you have
15 any problems going down the ramp?
16  A: I'm sorry for laughing. When I was going
17 down the ramp he had to like hold me really tight to
18 slow me down, because it was -- you know, I was going
19 extremely fast, so he was, he was holding me to -- he
20 had to like creep down with the chair, if that's
21 making sense.
22  Q: Okay.
23  A: Yeah.
24  Q: Was the ramp stable, or was it moving?

Page 57

1  A: It was pretty stable. Scary, but stable.
2  Q: Okay, were you able to hold onto the rails,
3 or did you try to hold onto the side rails?
4  A: No.
5  Q: No?
6  A: No.
7  Q: Do you know how long the ramp is in Division
8 4?
9  A: I have no idea.
10  Q: Okay.
11  A: I can't measure that. I have no idea.
12  Q: Do you know the angle that it was positioned
13 at in Division 4?
14  A: What do you mean by angle?
15  Q: The angle that we see it there, do you know
16 what the angle of that is? Is it a 30-degree angle?
17 60 degree? 90? Do you know?
18  A: I have no idea, it was just a ramp. I
19 wasn't paying attention about angles, or whether it's
20 durable and anything. I really wasn't paying
21 attention to that.
22  Q: Do you know how long it took you to get from
23 the RTU, down the ramp and into the gymnasium?
24  A: Approximately, down the ramp to the gym,

15 (Pages 54 - 57)

Page 58

1 maybe five minutes.
2    Q: Okay. Did you have to use any of the, the
3 tunnels or the corridors that we looked at in Exhibits
4 1 and 2?
5    A: I believe it was one of these tunnels. I
6 don't recall which one, but we used one getting there.
7    Q: Okay.
8    A: And, of course, that one. But that was the
9 last one we used. But we did use one of those
10 tunnels.
11    Q: When you'd go to court in those 15 or 20
12 times that you were there, did you have to use both
13 the tunnels, the east and the north tunnels,
14 corridors, or ramps?
15    A: To be honest with you, I don't -- I did use
16 those tunnels, those ramps, or whatever you want to
17 call them. Because getting from RTU to court was
18 quite a distance, and I do recall using some of these
19 ramps. And if you ask me which one, I wouldn't know.
20 But I did, I do recall them --
21    Q: Did you use --
22    A: -- especially this one, this one right here.
23    Q: Okay, when you say this one, you're talking
24 about, I believe we marked this one as Exhibit 2.

Page 59

1 This would be what I called the north tunnel --
2    A: North tunnel.
3    Q: -- or the corridor?
4    A: Yes.
5    Q: Okay. But you don't recall having to use
6 both every single time that you went to court? You
7 remember maybe just using one, and you think it might
8 have been the one in the photograph, what we marked as
9 Exhibit 2?
10    A: It may have been both. But I'm quite for
11 sure that one for sure, but it may have been both.
12 Like I said, it's a long way from RTU to the vote, I
13 mean to the court.
14    Q: Okay. So after you voted in Division 4 and
15 you're going back to the RTU, and Mr. Watkins is
16 pushing you, what happened? Can you tell me in your
17 own words what happened?
18    A: What do you mean, referring to the ramp?
19    Q: Yeah, what happened? He's pushing you
20 along, and then what happened?
21    A: I mean, he was pushing. He wanted to get a
22 start, a head start because -- with force. Because
23 the ramp was at an angle where you would actually have
24 to use force to get up. And that's what he did, he

Page 60

1 used force to get up the ramp. But we had no idea
2 that at the front of this ramp there was some type of
3 dip, or wedge, or something that caused the ramp to
4 stop the chair suddenly. And that's what happened.
5 He pushed, he had not had no idea of the structure of
6 this ramp. So by the time he got to the front of it,
7 if I can show you, right here, by the time he got
8 there the wheelchair stopped suddenly, and I was like
9 flying out of the chair and I landed on the ramp.
10    Q: And even though you had went down it
11 earlier, you didn't see the lip at the bottom of the
12 ramp as you were going back up it with Mr. Watkins?
13    A: No.
14    Q: And Mr. Watkins didn't say anything to you
15 about it as he was moving towards it? There was no
16 conversation about it?
17    A: No, we had no idea that it was like that, he
18 or I. No, we had no idea. We thought it was just a
19 regular ramp.
20    Q: And why do you say that? Did you two have a
21 conversation about it, or was there any discussion
22 about that ramp at any time?
23    A: No, it's just a ramp. He pushed.
24    Q: So when you say he has no idea that that lip

Page 61

1 was there, how do you know that?
2    A: Because had we known, we would have took
3 other precautions. We never knew it was there.
4    Q: Did he say to you that he didn't know it was
5 there, or are you just assuming that?
6    A: He didn't say it, but I know he didn't know
7 as he was pushing. If either of us would have known,
8 he wouldn't have done that.
9    Q: Okay. And how do you know that? This was
10 the first time that you met him, you said, right?
11    A: That's right.
12    Q: That's the first time he had ever pushed
13 you?
14    A: He's in the same tier I'm on. He's not a
15 friend, but I talk to him.
16    Q: But when you said that he was using force,
17 what do you mean, he was like starting to walk faster?
18 Jog?
19    A: Walking faster, going a bit faster, just to
20 get a momentum to go up the ramp. Because the ramp
21 was so slanted at a degree, sort of like that.
22    Q: Okay, so he was sort of trotting towards the
23 ramp?
24    A: Sort of, yes.

16 (Pages 58 - 61)

Page 62

1    Q: Okay. In other words, he just wasn't doing
2 the normal walking pace, right?
3    A: No, because there was no way I would have
4 made it up the ramp.
5    Q: Did you ever ask him -- did you ever tell
6 him you didn't want to take the ramp, that you wanted
7 to take another route?
8    A: No.
9    Q: Where were the officers -- was Officer Marin
10 in the vicinity while you're going up the ramp?
11    A: He's at the top, yeah.
12    Q: So he saw you actually coming up the ramp?
13    A: Yes, he did.
14    Q: Did he say anything as you were approaching
15 the ramp?
16    A: He didn't say a word.
17    Q: Nothing?
18    A: No.
19    Q: He just watched?
20    A: He just looked amazed. Like awe, he looked
21 in awe, like mouth all open.
22    Q: Okay. And did you talk to him after the
23 incident?
24    A: No, I just --

Page 63

1    Q: Did he say anything to you?
2    A: Are you okay.
3    Q: Okay, and so what did you tell him?
4    A: I'm hurting a little. My hands and arms are
5 hurting. Basically that was it. It wasn't a long
6 conversation.
7    Q: How did you come out of the wheelchair?
8 When it hit the lip there at the bottom of the ramp,
9 what happened to you?
10    A: I was airborne, like flying through the air
11 like Superman or something.
12    Q: Okay. And how did you come down? Can you
13 tell me how you landed?
14    A: I landed like this on my hands. And my
15 stomach, legs, I was like flat on the rail, or on the
16 ramp.
17    Q: So you were on the ramp when you came to
18 rest?
19    A: Yes.
20    Q: Okay, you weren't on the ground, you were
21 actually on the ramp?
22    A: I was on the ramp.
23    Q: All right. And you're saying that you felt
24 pain, or that you had hurt your hands, and what else?

Page 64

1    A: My wrists.
2    Q: Your wrists?
3    A: Yeah.
4    Q: And?
5    A: Upper body, you know --
6    Q: When you say upper body, you were pointing
7 to your shoulders again?
8    A: Yes, because this injury that -- this is a
9 life, I will say a lifetime of injuries. Because of
10 the surgery I'm still going through pain to this day.
11 But it's not pain where -- like right now I'm not in
12 pain, but if I was to fall, it would like activate
13 that pain. It would like --
14    Q: Okay.
15    A: -- bring it to existence.
16    MR. MORRISSEY: Just for the record, you
17 were pointing to your right? Were you pointing to
18 your body?
19    THE WITNESS: Oh.
20    MR. RADUNSKY: Yeah, he was, I think -- I
21 don't remember where he was pointing to.
22    Q: (By Mr. Radunsky) And any time that day,
23 and we're talking about the February, 2023 incident,
24 did you ever refuse Officer Marin or any officer's

Page 65

1 request to push you?
2    A: He never requested.
3    Q: I'm asking you, though, did you ever refuse?
4 I mean, if that happened, if one of the officers had
5 asked you, or the officer said that they had asked you
6 and you refused, would that not be true?
7    A: I would always accept, you know, if
8 someone's -- if an officer requested to push me, I
9 would never turn him down.
10    Q: Okay.
11    A: I would always say yes to him or her.
12    Q: Okay, so you're saying you did not refuse
13 that day, if you were asked?
14    A: That's correct.
15    Q: All right. If an officer asked to push you
16 in the wheelchair that day in and out of Division 4,
17 you would have accepted?
18    A: That's correct, I would have accepted.
19    Q: Had you ever refused an officer's request to
20 push you before?
21    A: Never.
22    Q: Okay. Had you ever been to Division 4, in
23 the gymnasium before?
24    A: That was basically my first time there

17 (Pages 62 - 65)

Page 66

1 basically. I don't get around. I don't go out that
2 often, so that was my first time, I believe.
3    Q: Do you know if there was other routes that
4 you could have taken to and from the RTU to Division
5 4, so that you wouldn't have to use that metal ramp?
6    A: I have no idea. Like I said, I don't get
7 out that often, and I'm not that familiar with the
8 Cook County Jail. I'd never been to jail before I
9 came. This was my first time ever being in Cook
10 County Jail --
11    Q: Okay.
12    A: -- so I'm not familiar with it.
13    Q: In the two pictures that we've marked as
14 Group Exhibits 1 and 2, which is the east and the
15 north tunnel or corridor, do you know -- and we'll
16 start with the east, the east tunnel, do you know how
17 long it is?
18    A: Like I said, measurements I don't know.
19    Q: Okay.
20    A: I don't know. To be honest with you, I
21 don't know.
22    Q: Do you know if it has any type of flat
23 landing in this tunnel?
24    A: No.

Page 67

1    Q: No, it does not --
2    A: I don't know.
3    Q: -- or you don't know?
4    A: I'm not sure.
5    Q: Okay, all right. I don't want you to guess
6 again. So again, with respect to the first photo that
7 we've marked as Exhibit Number 1, which is the east
8 tunnel, you don't know if this has sort of a flat
9 landing area as you're going down it?
10    MR. MORRISSEY: Objection, asked and
11 answered. You can answer.
12    Q: (By Mr. Radunsky) You can answer.
13    A: I don't think it does.
14    Q: Okay. I don't want you to guess. Do you
15 know if it does or does not?
16    A: I don't think --
17    Q: I don't want you to guess.
18    A: It does not.
19    Q: Okay. And you can see that there are
20 handrails in photograph Exhibit Number 1, right, which
21 is the east tunnel? Do you see those?
22    A: Yes.
23    Q: All right. Do you know how high those are
24 up off the ground?

Page 68

1    A: No.
2    Q: Do you know how far they are off the wall?
3    A: I have no idea.
4    Q: Do you have any idea if these are compliant
5 with the Americans with Disabilities Act?
6    A: I don't recall. I don't know.
7    Q: Okay. Do you know what the rise is in this
8 corridor, tunnel, that we're looking at in photograph
9 Exhibit Number 1?
10    A: I never measured it, so I don't know.
11    Q: Have you ever seen, or do you have any
12 knowledge of anybody taking measurements of either of
13 these tunnels or corridors that we're looking at in
14 Exhibits 1 or 2?
15    A: I don't know.
16    Q: I'm asking you do you have any personal
17 knowledge of anybody taking measurements of these
18 areas that we're looking at in photos 1 and 2?
19    A: No, no personal knowledge.
20    Q: Okay. Mr. Marquis Watson --
21    A: Watkins.
22    Q: -- Watkins --
23    A: Yes.
24    Q: -- tell me how it became that he's pushing

Page 69

1 your chair? Did you ask him, or did he just come up
2 to you? I mean, how does that happen?
3    A: He asked me.
4    Q: He asked you?
5    A: Yes.
6    Q: Okay, and then so what does he do? He just
7 comes up and says, hey, I'll push you in the
8 wheelchair?
9    A: No, he said, he asked me, you know, can I
10 push your wheelchair. See, if you push a wheelchair
11 it's like a privilege. You don't get handcuffed, and,
12 you know, you don't have to walk through the halls
13 with your hands cuffed behind you and stuff. So it's
14 a privilege. You know, you push without cuffs. So he
15 asked me could he push me. And I knew him. We wasn't
16 friends, of course, like you asked me earlier, but,
17 you know, he's on the same tier I'm on. We live in
18 the same area, tier.
19    Q: Had you ever seen him push anybody else in a
20 wheelchair?
21    A: No.
22    Q: Okay. But you trusted him?
23    A: Yes.
24    Q: Do you know, were there any -- when you fell

18 (Pages 66 - 69)

Page 70

1  out of the chair were there any witnesses to that
2  incident, besides Officer Marin and Mr. Watkins?
3      A: All of the people that were ADA.  So there
4  were about, there were around, I don't know, seven of
5  us, seven.
6      Q: Can you give me any names?
7      A: Ricky Harris, of course, and, I mean,
8  Marquis Watkins, of course.
9      Q: Right, right.
10     A: Hornorio (phonetic) Perez, Joe, well, Joseph
11 Sarintino (phonetic), Michael Mayo (phonetic).  And
12 there was others.  If I think about it I can tell you,
13 but --
14     Q: I think you mentioned William Dukes?
15     A: William Dukes.  Yeah, William Dukes is
16 another one, yes.
17     Q: Are these friends of yours while you were at
18 the jail, people that you interacted with regularly?
19     A: I interacted -- I don't call people at the
20 jail my friends, but they were people I interacted
21 with, yes.
22     Q: What did they tell you, I mean, when you
23 spoke to these witnesses?  Did you speak to these
24 witnesses, or did they just tell you that they were

Page 71

1  present and they would know what happened?
2      A: I mean, they knew what happened.  I didn't
3  really go up to them and say, did you see what
4  happened, no.
5      Q: Okay.
6      A: It wasn't really a conversation.
7      Q: Do you know if any of them have ever filed
8  lawsuits against the County, or claims against the
9  County?
10     A: I have no idea.
11     Q: All right.  When you fell out of the chair,
12 what happened at that point?  Did somebody come and
13 help you back up, or what happened?
14     A: An inmate came and helped me up off the
15 floor.
16     Q: And who was that, do you know?
17     A: Michael Mayo.
18     Q: Michael Mayo?
19     A: Yes.
20     Q: And did you talk to him?
21     A: What do you mean did I --
22     Q: I'm sorry?
23     A: What do you mean?
24     Q: What did you tell -- when he came and picked

Page 72

1  you up did you say anything to him, like, hey, you
2  know, look what just happened, or I'm injured?  Or
3  what did you say to him?
4      A: No, he just came from behind me and picked
5  me up off the floor.  I told him thank you, I
6  appreciate his help getting me off the floor.  And
7  that was it basically.  It wasn't a long conversation.
8      Q: Did he have any trouble picking you up?  I
9  mean, I'm assuming, did he help you get back in your
10 wheelchair?
11     A: He's a big guy, so he actually lifted me off
12 the floor and placed me back into the chair, like I
13 was a baby.
14     Q: Was he in a wheelchair?
15     A: No.
16     Q: He was walking?
17     A: He had a cane.
18     Q: He had a cane?  And he was still able to,
19 even with the cane, put that down and --
20     A: He took the cane, placed the cane down, and
21 he lifted me up and placed me back in the chair.  That
22 was it.
23     Q: How much do you weigh?  How much do you
24 think you weighed at the time?

Page 73

1      A: About 170 pounds.
2      Q: Okay, how tall are you?
3      A: 5'8", 5'9".
4      Q: And what about Mr. Mayo?  Can you give me
5  his height and weight?
6      A: Six feet, probably 200, I'm guessing 215,
7  220.
8      Q: What happened?  I mean, after he put you in
9  the chair, where did he go?
10     A: I don't know.  He just got back in and --
11     Q: And left?
12     A: No, he didn't leave.  We were like in a
13 group, and I don't know, he just got back beside me or
14 behind me.
15     Q: Did he -- did you speak to him again, or any
16 time after that?
17     A: I mean, we talked, but not about what
18 happened.
19     Q: Okay.  Was he the only person that helped
20 you back in your wheelchair?
21     A: Yeah, he's the only person.  He was the only
22 person.
23     Q: Did Officer Marin assist at all?
24     A: No, he just looked like amazed, and mouth

19 (Pages 70 - 73)

Page 74

1 open and shocked.
2     Q:  And what happened after you got in the
3 wheelchair?  Where did you go?
4     A:  Back to Division 8 RTU.
5     Q:  Okay, and did you get medical treatment for
6 whatever happened on the ramp?
7     A:  I saw the nurse, Nurse G, that I was talking
8 to you about --
9     Q:  Yeah.
10     A:  -- and I showed her my injury.  It was
11 basically just scars and stuff on me.  And she
12 referred me to the doctor at Cermak, and that's when I
13 went to Cermak to see the doctor.
14     Q:  And what, what other treatment have you
15 gotten for the injuries on the ramp, other than what
16 you just told me?
17     A:  Like I said, pain pills, pain cream, which
18 was amazing.  It worked really well.  And that was
19 basically it.  Pain cream and pain meds that I took
20 for it, and that was it.
21     Q:  Okay, and you didn't need anymore follow-up
22 care after that?  You felt okay?
23     A:  Yeah.
24     Q:  Okay.

Page 75

1     A:  I just kept checking in with the nurse,
2 making sure I was okay.  She said if I develop
3 anymore -- well, the doctor said if I developed
4 anymore pain or whatever, come and see him, just to
5 follow up.
6     Q:  So you think those injuries from a year ago
7 have pretty much resolved?
8     A:  Excuse me?  I'm sorry.
9     Q:  You think that the injuries to your hands
10 and your wrists and all of that has resolved?
11     A:  Pretty much.
12     Q:  Okay.  When you say pretty much, I mean --
13     A:  Yes.
14     Q:  -- what do you mean?  You know, if you say
15 that to a lawyer, you know we're going to follow up.
16 I just had another question.  I lost my train of
17 thought.  Have you been back -- well, you haven't.  I
18 mean, is the only time that you've been to Division 4
19 since -- strike that.  Strike that.  Have you been
20 back to Division 4 since your accident at all?
21     A:  No.
22     Q:  Okay.  Do you know anybody else, any other
23 inmates that were at the Cook County Jail that had
24 similar experiences as you, and had difficulty using

Page 76

1 these ramps, or these tunnels, or these corridors that
2 we've looked at in the two photos?
3     A:  Are you saying in a wheelchair?
4     Q:  Yeah.  I mean, any other -- go ahead, I'm
5 sorry, yes.
6     A:  I mean, yeah, Ricky Harris, for one of them
7 for sure.
8     Q:  Okay.
9     A:  He complained about these ramps.  And there
10 were others.  I mean, I don't recall people's names
11 that often.  Like --
12     Q:  Sure.
13     A:  -- I don't associate with people in jail.
14     Q:  What were -- you know, just in general, what
15 was Ricky complaining about?  The same thing that you
16 were, or what was he saying?  Tell me.
17     A:  Basically the same thing, you know, how hard
18 it was to go up or down these ramps --
19     Q:  Okay.
20     A:  -- basically.
21     Q:  After this ramp incident did you file -- and
22 I'm talking about the one in February of 2023 in
23 Division 4 -- did you file a grievance?
24     A:  Yes.

Page 77

1     Q:  All right.  And you've reviewed your
2 grievance?
3     A:  Yes.
4     Q:  And did you get a response to your
5 grievance?
6     A:  Yes, I did.
7     Q:  All right.  The grievance we can mark as
8 Exhibit --
9     MR. RADUNSKY:  I think we're on 4; is that
10 right, Sally?
11     THE REPORTER:  Yes.
12     Q:  (By Mr. Radunsky)  And it's going to be the
13 grievance from, it's going to be the grievance from
14 2-18-23.  Do you have that in front of you?  Do you
15 have that in front of you?
16     A:  Yes.
17
18     (Defendants' Exhibit No. 4
19     marked for identification)
20
21     MR. MORRISSEY:  The copies you have are
22 front and back.
23     THE WITNESS:  All right.
24     Q:  (By Mr. Radunsky)  And this is your

20 (Pages 74 - 77)

Page 78

1  grievance, correct, that you filed after your incident
2  in Division 4?
3      A: Yes.
4      Q: And it's dated 2-18-23?
5      A: Yes.
6      Q: And it says the incident occurred at 12:35
7  to 12:40 a.m.?
8      A: Yes.
9      Q: And it says the location was Division 4,
10 near the gym area where voting occurred, correct?
11     A: Yes.
12     Q: And you mentioned that Officer Marin was a
13 witness, right?
14     A: Yes.
15     Q: Now, is there anything -- and this is, your
16 grievance is four pages long; is that right?  And it's
17 actually Bates Pages Westmoreland 326 to Westmoreland
18 330?
19     MR. MORRISSEY:  We don't have Bates stamps
20 on our documents.
21     MR. RADUNSKY:  Oh, okay, that's fine.  I'll
22 just mark it for the record.  He doesn't need them.
23     MR. MORRISSEY:  The copy we have is
24 redacted.  That's the way we received it through FOIA.

Page 79

1      MR. RADUNSKY:  Really?
2      MR. MORRISSEY:  Yeah, I didn't bring the one
3  we produced.  Why don't you look at this one.
4      MR. RADUNSKY:  I've got extra.
5      MR. MORRISSEY:  Look at this one.  This is
6  the one that he's looking at.
7      THE WITNESS:  Okay.
8      Q: (By Mr. Radunsky)  Okay, Mr. Westmoreland,
9  you have a copy of your grievance from 2-18-23, that
10 we've identified as Bates 326 to 330?
11     A: Yes.
12     Q: All right.  This is all in your handwriting,
13 correct?
14     A: Yes.
15     Q: All right, and you've also read a copy of
16 your lawsuit, correct?
17     A: Excuse me?
18     Q: You've also read a copy of your lawsuit?
19 Well, strike that.  Have you read a copy of your
20 lawsuit that you filed in this case?
21     A: Yes.
22     Q: All right.  Now, are you, is there anything
23 in this grievance that you wrote that you wanted to
24 change, or is everything in it accurate, to the best

Page 80

1  of your knowledge?
2      A: One moment.
3      Q: Sure.
4      A: No, it's accurate.
5      Q: Okay.  And I just wanted to clarify, you
6  said, as the front wheels of the wheelchair hit the
7  ramp, the wheelchair stopped instantly, causing me to
8  fall forward, in parentheses, airborne, landing on the
9  ramp; is that right?
10     A: That is correct.
11     Q: Okay.  So you're saying it just abruptly
12 stopped when it hit the lip of this ramp?
13     A: Yes.
14     Q: Okay.  When you went down the ramp the first
15 time and you got to the bottom of it, did you and
16 Mr. Watkins have any discussion about the difficulties
17 of getting down the ramp?
18     A: No, we were just going fast.  He had to slow
19 me down by pulling, holding back.
20     Q: Was there any discussion at any point about
21 not using that ramp to go back to the RTU?
22     A: No.
23     Q: And I'm talking about the ramp, the metal
24 ramp in Division 4.

Page 81

1      A: Here?
2      Q: Yeah.
3      A: No, there wasn't any discussion at all.
4      Q: It says on Bates Page 330, which is the last
5  page, the jail response from Sabrina Conchala,
6  C-O-N-C-H-A-L-A, says that, one portion of it says,
7  detainee was given medical attention, and per his MR,
8  examine and imagery were normal -- or per his -- I'm
9  sorry, let me re-read that again.  The detainee was
10 given medical attention, and per his doctor, exam and
11 imaging was normal.  Is that true, that you --
12     A: It is.
13     Q: How long, how much time did you spend with
14 the nurse or the doctor getting treated after this
15 incident, before you were allowed to go back to your
16 bunk?
17     A: Combined, I would say the nurse and the
18 doctor, it was -- time elapsed, I was there an
19 hour-and-a-half approximately.
20     Q: Before you got to the ramp did the ramp
21 (sic) strike any objects nearby, or did it just hit
22 the lip?
23     A: Just the lip in front.  I mean, there
24 were -- it was smooth sailing until we got to the

21 (Pages 78 - 81)

Page 82

1  ramp. So there weren't any objects around or
2  anything, it was just the ramp.
3      Q: Was anything covering the ramp or the lip?
4  In other words, was there anything that made it so you
5  couldn't see it?
6      A: No, just, just the ramp.
7      Q: When you and Mr. Watkins were approaching
8  the ramp, were either of you distracted by anything,
9  or for any reason?
10      A: No.
11      Q: All right. So you were able to easily see
12  the ramp? There was no difficulty seeing it?
13      A: No, not at all.
14      Q: Did the ramp ever move at all when you went
15  up it? Or I'm sorry, when you were going up it I know
16  you hit the lip. But did the ramp itself ever move?
17  Did it ever shift?
18      A: No, I don't recall it shifting, so no.
19      Q: Other than seeing people using
20  wheelchairs -- I'm sorry, strike that. Other than
21  seeing Mr. Harris using a wheelchair to get down it,
22  did you see anybody else, whether able-bodied or using
23  a wheelchair, going up or down that ramp that morning?
24      A: No.

Page 83

1      Q: Okay. Were any officers escorting any
2  inmates, that you could see, in wheelchairs that
3  morning to Division 4?
4      A: I don't recall.
5      Q: Okay. Do you know who Dr. Papiez is,
6  P-A-P-I-E-Z? Do you know at all?
7      A: That doctor sounds familiar, or that name
8  sounds familiar.
9      Q: Do you remember treating with him on the
10  morning of this incident in Division 4?
11      A: You mean regarding the ramp?
12      Q: Yeah, afterwards. After the ramp incident
13  do you recall treating with him?
14      A: Yes.
15      Q: You do?
16      A: If that's his name, of course. I don't, I
17  don't --
18      Q: Okay.
19      A: The doctors always tell me their name, but
20  it like goes in one ear and it comes out the other.
21      Q: Do you remember what you would have told the
22  doctors and nurses about what happened to you? You
23  know, if they asked what had occurred, did you tell
24  them?

Page 84

1      A: Yes, I told them I fell out of the
2  wheelchair and injured my hands, wrists, upper body
3  parts.
4      Q: Did you tell them how you fell out of the
5  wheelchair? In other words, what you were doing that
6  led to it?
7      A: I told them I was going up a ramp basically.
8      Q: Did you tell them somebody was pushing you,
9  another inmate?
10      A: No.
11      Q: Did you tell them that there was a lip that
12  the wheelchair struck?
13      A: No, I didn't go into details. I just told
14  them I fell and I hurt myself. You know, he didn't
15  ask me any details or anything, and I didn't give him
16  any details. I just told him I fell out of a
17  wheelchair basically going up the ramp and hurt
18  myself, and that's when he examined me.
19      Q: Did you see Mr. Watkins again? I mean, in
20  other words, after you were done treating at the RTU,
21  at a later date did you run into him again?
22      A: We lived on the same tier --
23      Q: Yeah.
24      A: -- so I saw him every day.

Page 85

1      Q: Did you talk to him about what happened?
2      A: He apologized basically, saying he had no
3  idea that the ramp was like that, and neither did I.
4  No, basically that was it. We didn't have a long
5  conversation because it was an accident. He didn't do
6  it intentionally. You know, it was just -- he
7  apologized.
8      Q: And did you continue to fraternize with him
9  and socialize with him --
10      A: Yes.
11      Q: -- until you were, until you left the jail?
12      A: Yes.
13      MR. RADUNSKY: I've got nothing else.
14  Thanks for your time.
15      MR. MORRISSEY: We'll waive. (end time:
16  10:11 a.m.)
17
18  SIGNATURE WAIVED BY AGREEMENT OF COUNSEL AND WITNESS
19
20
21
22
23
24

22 (Pages 82 - 85)

Exhibit 5 Page 22

Page 86

1  State of Illinois
2  SS
3  County of Madison
4
5       I, Sally Barach, a Notary Public in and for
6  the State of Illinois, duly commissioned, qualified,
7  and authorized to administer oaths and to certify to
8  depositions, do hereby certify that pursuant to Notice
9  in the cause now pending and undetermined in the
10 United States District Court for the Northern District
11 of Illinois, Eastern Division, to be used in the trial
12 of said cause in said court, I was attended at the
13 Taylorville Correctional Center, 1144 Illinois Route
14 29, in the City of Taylorville, State of Illinois, by
15 the aforesaid witness, and by the aforesaid attorneys,
16 on the 12th day of December, 2023.
17      The said witness, being of sound mind, and
18 being by me first carefully examined and duly
19 cautioned and sworn to testify the truth, the whole
20 truth, and nothing but the truth in the case
21 aforesaid, thereupon testified as is shown in the
22 foregoing transcript, said testimony being by me
23 reported in shorthand and caused to be transcribed
24 into typewriting, and that the foregoing pages

Page 87

1  correctly set forth the testimony of the
2  aforementioned witness, together with the questions
3  propounded by counsel and remarks and objections of
4  counsel thereto, and is in all respects a full, true,
5  correct, and complete transcript of the questions
6  propounded to and the answers given by said witness,
7  that signature of the deponent was waived by agreement
8  of counsel and of witness.
9       I further certify that I am not of counsel
10 or attorney for either of the parties to said suit,
11 not related to nor interested in any of the parties or
12 their attorneys.
13
14
15
16
17
18 State of Illinois
19 CSR No. 084-003760
20
21
22
23
24

23 (Pages 86 - 87)

Exhibit 5 Page 23

**[& - accept]**

| & | | | |
|---|---|---|---|

**&**   8:17

**0**

**01442**   2:9
**084-003760**
  87:19

**1**

**1**   5:8,13 7:7
  31:13 32:17,22
  35:6 38:9,11
  40:6 43:10
  58:4 66:14
  67:7,20 68:9
  68:14,18
**10**   6:17 22:9
  23:12 35:20,20
**10257**   4:6
**10:11**   85:16
**11**   6:5
**1144**   2:21
  86:13
**12**   1:5
**120**   37:19
**12:40**   78:7
**12th**   2:19 86:16
**13**   6:21 22:13
**15**   16:24 35:20
  35:24 36:1
  58:11
**16508**   87:17
**170**   73:1
**18**   6:23 18:2
  22:15

**19**   7:1
**1961**   9:21,22
**1990s**   19:24
**19th**   9:21
**1:22**   2:9

**2**

**2**   5:9,14 33:22
  34:2 35:6 38:9
  38:11 40:6
  43:10 58:4,24
  59:9 66:14
  68:14,18
**2-18-23**   5:17
  77:14 78:4
  79:9
**20**   35:24 36:1
  58:11
**200**   73:6
**2000**   16:23
**2000s**   19:22
  20:3,3,4
**2014**   16:24
**2017**   18:2
**2018**   18:2,2
**2019**   24:1
  25:12
**2023**   1:5 2:20
  24:4 36:12
  44:13 64:23
  76:22 86:16
**21**   6:3,5,9
**215**   73:6
**22**   6:13 7:1,5,5
**220**   73:7

**23**   7:7
**230**   4:14,15
**233-7900**   4:8
**24**   6:9
**2472**   10:3
**25**   18:6
**26th**   24:4
**29**   2:21 86:14

**3**

**3**   5:10,15 34:13
  34:17 44:2,23
  46:12
**30**   57:16
**300-4479**   4:17
**30th**   23:23,23
**312**   4:17
**32**   5:8
**326**   78:17
  79:10
**33**   5:9
**330**   78:18
  79:10 81:4
**34**   5:10
**3900**   10:7,7

**4**

**4**   5:11,16 34:12
  36:6,11 44:1
  44:13,24 53:13
  53:19 57:8,13
  59:14 65:16,22
  66:5 75:18,20
  76:23 77:9,18
  78:2,9 80:24
  83:3,10

**5**

**5**   35:20
**5'7**   37:18
**5'8**   73:3
**5'9**   53:6 73:3

**6**

**60**   57:17
**60606**   4:16
**60643**   4:7

**7**

**7**   6:3,13
**77**   5:11
**773**   4:8

**8**

**8**   5:4 24:7 74:4
**85**   17:1
**8:46**   8:7

**9**

**90**   57:17
**90s**   19:21,23

**a**

**a.m.**   8:7 78:7
  85:16
**able**   39:22 48:3
  55:8,8 56:10
  57:2 72:18
  82:11,22
**abruptly**   80:11
**abuse**   6:20,22
  22:12,14
**accent**   37:23
**accept**   65:7

**[accepted - attention]**

accepted 65:17 65:18
accident 9:12 44:13 46:19 49:10 52:17 54:19 75:20 85:5
accurate 79:24 80:4
act 68:5
activate 64:12
actual 14:6
actually 56:7 59:23 62:12 63:21 72:11 78:17
ada 11:2,12,20 12:3,7,14,21 51:1,3,12 55:11,17 70:3
administer 86:7
admissible 43:19
admit 10:22
advise 21:16
affidavit 14:8
aforemention... 87:2
aforesaid 8:4 86:15,15,21
african 37:19 53:2
age 8:2

aggravated 6:22 22:14
ago 8:22 75:6
agreed 2:15 3:3
agreement 85:18 87:7
ahead 19:10 45:18 76:4
air 63:10
airborne 63:10 80:8
al 1:3
aliases 9:14,15
allowed 15:10 81:15
amazed 62:20 73:24
amazing 74:18
amendment 7:9 22:5,17,24 23:2
american 37:19 53:2
americans 11:5 68:5
angle 57:12,14 57:15,16,16 59:23
angles 57:19
answer 7:6 12:18 22:4,17 22:22,24 42:5 42:6 51:21 67:11,12

answered 23:7 67:11
answers 10:19 10:21 17:9 87:6
anybody 36:10 44:7,19 49:5 54:11,12 68:12 68:17 69:19 75:22 82:22
anymore 74:21 75:3,4
apologize 15:2
apologized 85:2,7
appeal 21:14 21:17,18,21 22:6,18 23:14
appear 10:12
appearances 4:1
applicable 11:14,22
applies 21:20
appreciate 49:8 72:6
approaching 62:14 82:7
approximately 16:24 19:23 35:19,21,24 56:14 57:24 81:19
area 31:16 33:14 34:4

38:22 67:9 69:18 78:10
areas 68:18
arms 63:4
arrived 23:20
article 6:15 22:7
asked 47:10 52:1,5,9 65:5,5 65:13,15 67:10 69:3,4,9,15,16 83:23
asking 7:8 15:6 23:1 46:7,10 47:14 48:15 53:22 65:3 68:16
assault 6:8,21 21:6,12 22:13 23:9
assaulting 6:18 22:10
asserting 7:9 23:2
assist 73:23
assisted 38:17
assisting 51:13
associate 76:13
assume 29:4,18
assuming 13:1 29:2 53:18 61:5 72:9
attended 86:12
attention 57:19 57:21 81:7,10

**[attorney - clarification]** Page 3

| | | | |
|---|---|---|---|
| **attorney** 13:18 | 72:7 74:11,19 | 26:22 27:2 | **cautioned** |
| 34:21 87:10 | 76:17,20 84:7 | **break** 55:3,4 | 86:19 |
| **attorneys** 13:15 | 84:17 85:2,4 | **bring** 23:6 | **center** 2:21 |
| 86:15 87:12 | **bates** 78:17,19 | 64:15 79:2 | 86:13 |
| **authorized** | 79:10 81:4 | **bunk** 81:16 | **cermak** 32:1,10 |
| 86:7 | **bed** 9:1 25:8 | **burn** 39:16 | 41:13,16,23 |
| **avenue** 4:6 | 42:24 43:5 | **burned** 38:22 | 42:2 74:12,13 |
| **aware** 13:18 | **beginning** | | **certified** 2:23 |
| 30:17,18 | 43:16 | **c** | 6:1 |
| **awe** 62:20,21 | **begins** 50:4 | **c** 81:6,6 | **certify** 23:5 |
| **awhile** 51:20 | **behalf** 2:19 | **call** 12:17 | 86:7,8 87:9 |
| **b** | **believe** 9:1 | 30:22 34:2,3,4 | **chair** 29:14 |
| | 14:19 21:17 | 37:8 50:7 53:1 | 39:24 40:1,3 |
| **baby** 72:13 | 23:22,23 24:4 | 58:17 70:19 | 40:13,21 56:20 |
| **bachelor** 16:17 | 36:15 41:5 | **called** 19:11 | 60:4,9 69:1 |
| **back** 23:6 | 42:8 48:21,23 | 59:1 | 70:1 71:11 |
| 32:20 35:3 | 51:16 53:6,7 | **calling** 31:15 | 72:12,21 73:9 |
| 43:23 48:2,12 | 58:5,24 66:2 | **cane** 26:2 72:17 | **chair's** 39:15 |
| 51:20 56:5 | **bell** 8:17 | 72:18,19,20,20 | **chance** 11:8 |
| 59:15 60:12 | **best** 53:3 79:24 | **care** 74:22 | 19:9 |
| 71:13 72:9,12 | **bet** 15:20 | **carefully** 86:18 | **change** 79:24 |
| 72:21 73:10,13 | **big** 72:11 | **carolina** 16:20 | **charge** 51:2 |
| 73:20 74:4 | **birth** 9:20 | 16:23 17:13 | **chatting** 30:22 |
| 75:17,20 77:22 | **bit** 24:16 43:17 | **case** 2:9 8:4,19 | **checking** 75:1 |
| 80:19,21 81:15 | 61:19 | 8:24 11:3,14 | **chicago** 4:7,16 |
| **barach** 2:22 | **bodied** 55:8,8 | 12:13,15 13:16 | 6:17 22:9 |
| 86:5 | 82:22 | 79:20 86:20 | **child** 26:8 |
| **based** 22:4,24 | **body** 24:24 | **cases** 6:8 21:12 | **christ** 18:7 |
| 43:20 | 38:17 64:5,6 | **cause** 3:6 86:9 | **church** 18:10 |
| **basically** 21:5 | 64:18 84:2 | 86:12 | **city** 2:21 86:14 |
| 24:18 25:1 | **bottom** 47:2 | **caused** 60:3 | **civil** 2:18 21:20 |
| 26:5 27:10 | 60:11 63:8 | 86:23 | **claims** 71:8 |
| 35:11 38:15 | 80:15 | **causes** 24:20 | **clarification** |
| 39:9,15 53:6 | **brace** 26:2,8,9 | **causing** 42:2,11 | 33:5 |
| 53:15,17 63:5 | 26:10,12,14,16 | 80:7 | |
| 65:24 66:1 | | | |

Exhibit 5 Page 26

**[clarify - day]**                                                      Page 4

clarify  80:5
class  2:7
close  19:22
college  18:8
combined
    81:17
come  35:3
    43:23 63:7,12
    69:1 71:12
    75:4
comes  69:7
    83:20
comfortable
    35:9
coming  39:4,4
    39:14 41:2
    45:23 46:6
    62:12
commissioned
    86:6
communication
    12:17
community
    19:11
comp  17:23
complained
    36:9,13,14,15
    41:18 42:1,10
    76:9
complaining
    76:15
complaint
    10:21 20:24
    30:20 34:9
    38:7

complete  87:5
compliant  51:2
    68:4
complied  3:2
conchala  81:5
concurrent
    18:12
condition  25:22
conditions
    27:11
confused  47:14
continue  85:8
continuously
    28:15
control  40:19
    41:2
conversation
    60:16,21 63:6
    71:6 72:7 85:5
conversations
    11:18
convicted  21:3
cook  2:11,11
    13:3,20 23:20
    29:8 35:18
    36:7 41:22
    66:8,9 75:23
copies  33:17
    77:21
copy  10:20,21
    78:23 79:9,15
    79:18,19
cord  24:23
corner  48:23

correct  9:2,3,6
    9:10,23 20:11
    24:11 25:23
    32:23 46:24
    47:3,8 48:5,6,9
    56:2,8 65:14
    65:18 78:1,10
    79:13,16 80:10
    87:5
correctional
    2:20 86:13
correctly  87:1
corridor  34:3
    43:9 59:3
    66:15 68:8
corridors  34:8
    35:6 38:6 40:5
    41:3 58:3,14
    68:13 76:1
counsel  2:16,16
    4:1 21:14
    31:20,24 85:18
    87:3,4,8,9
county  2:11,12
    13:3,20 23:20
    29:8 35:18
    36:7 41:22
    66:8,10 71:8,9
    75:23 86:3
couple  20:8
    43:2,23
course  40:24
    53:2 58:8
    69:16 70:7,8
    83:16

court  2:1 5:19
    30:13 35:12,19
    41:23 58:11,17
    59:6,13 86:10
    86:12
covenant  18:10
covering  82:3
cream  42:18,18
    42:19 74:17,19
created  5:16
    10:24
creep  56:20
crimes  21:6,6
    23:9
criminal  6:20
    6:21,22 22:12
    22:13,14
csr  87:19
cuffed  69:13
cuffs  69:14
cutting  10:10
cv  2:9
cwb  6:16 22:9

|          d          |
| --- |

d  8:12
damage  25:1
damaged  24:24
darian  14:23
dark  53:7
dart  1:3 2:10
date  9:20 42:22
    84:21
dated  78:4
day  2:19 23:19
    23:20 24:3,3

**[day - eight]**

45:2 46:15,19
51:15 64:10,22
65:13,16 84:24
86:16
**dayroom** 29:16
29:18
**deangelo** 16:2
**december** 1:5
2:20 86:16
**declaration**
14:7,22
**declarations**
13:19,22 14:13
14:17 15:1,5
15:14,23 16:3
16:6,9,11
**defendants**
2:13,16,19
4:11 5:8,9,10
5:11 32:17
33:22 34:17
77:18
**degree** 16:23
17:16 57:16,17
61:21
**degrees** 16:17
**dep** 33:11
**deponent** 3:7
87:7
**deposes** 8:4
**deposition** 2:17
2:24 3:5 8:14
9:9 10:10 13:9
43:16

**depositions**
86:8
**describe** 37:17
39:7 52:23
**description**
53:3
**details** 84:13
84:15,16
**detainee** 30:16
81:7,9
**develop** 75:2
**developed** 75:3
**devore** 4:13
**devoreraduns...**
4:18
**difference**
39:10
**different** 20:12
41:22 54:14
55:16
**difficult** 38:15
**difficulties**
80:16
**difficulty** 75:24
82:12
**digits** 10:2
**dip** 60:3
**disabilities**
11:5 68:5
**disabled** 55:10
**discovery**
10:13
**discussion**
32:15 60:21
80:16,20 81:3

**dishonesty**
23:11
**distance** 58:18
**distracted** 82:8
**distribution**
5:20
**district** 2:1,2
86:10,10
**division** 2:3
24:7 34:12
36:6,11 44:1
44:13,24 53:13
53:19 57:7,13
59:14 65:16,22
66:4 74:4
75:18,20 76:23
78:2,9 80:24
83:3,10 86:11
**divorced** 10:1
**doctor** 27:7,9
27:10,15 28:22
28:23 29:3
42:2 74:12,13
75:3 81:10,14
81:18 83:7
**doctor's** 25:17
**doctors** 27:12
28:11 83:19,22
**document** 14:7
31:14
**documents**
10:11,15,18,24
78:20
**doing** 17:12
30:6,8 40:10

53:14,16 62:1
84:5
**doors** 45:24
48:4
**dr** 83:5
**dreadlocks**
52:24
**dreads** 52:24
**dukes** 70:14,15
70:15
**duly** 8:2 86:6
86:18
**durable** 57:20

**e**

**e** 8:11,11,11,12
8:12 15:3 83:6
**ear** 83:20
**earlier** 60:11
69:16
**early** 19:21
**easily** 82:11
**east** 5:13 31:4
32:8,23 58:13
66:14,16,16
67:7,21
**eastern** 2:3
86:11
**easy** 14:21
**education**
16:16 17:17,18
**effect** 3:1
**efferson** 16:12
**effort** 39:13
**eight** 18:8

**[either - forest]** Page 6

| | | | |
|---|---|---|---|
| **either** 40:12 | **examine** 81:8 | **fall** 24:23 25:6 | **fine** 17:12 |
| 44:22 51:22 | **examined** | 64:12 80:8 | 30:10 33:16,19 |
| 61:7 68:12 | 84:18 86:18 | **falling** 9:1 | 43:12 51:19 |
| 82:8 87:10 | **excuse** 75:8 | 42:23,24 | 78:21 |
| **elapsed** 81:18 | 79:17 | **familiar** 13:1 | **finishes** 18:19 |
| **eliminate** 42:19 | **exhibit** 5:8,9,10 | 15:4,6,19,21 | **first** 8:2,16 |
| **emergencies** | 5:11,13,14,15 | 16:4 31:15 | 23:19 25:3 |
| 39:23 | 5:16 31:12 | 34:4,21 41:22 | 30:21 44:14,15 |
| **emergency** | 32:17,22 33:22 | 66:7,12 83:7,8 | 44:15,16 45:21 |
| 40:13 | 34:2,13,17 | **far** 12:3 56:3 | 49:24 52:7,19 |
| **employment** | 43:10 44:2,23 | 68:2 | 61:10,12 65:24 |
| 18:5 | 46:12 58:24 | **fast** 39:19 | 66:2,9 67:6 |
| **ended** 47:20 | 59:9 67:7,20 | 40:16,17 56:19 | 80:14 86:18 |
| **entire** 24:6 26:4 | 68:9 77:8,18 | 80:18 | **fit** 50:16 51:1 |
| 54:17 | **exhibits** 5:6,19 | **faster** 61:17,19 | 51:10 |
| **equals** 25:2 | 35:6 38:9,11 | 61:19 | **five** 58:1 |
| **escorted** 29:9 | 40:6 58:3 | **february** 9:21 | **flat** 63:15 66:22 |
| 29:21 30:5,11 | 66:14 68:14 | 36:12 44:13 | 67:8 |
| 52:10,15 53:13 | **existence** 64:15 | 64:23 76:22 | **floor** 45:23 |
| **escorting** 37:2 | **experiences** | **federal** 2:18 3:1 | 46:3,24 71:15 |
| 83:1 | 75:24 | **feel** 40:18 | 72:5,6,12 |
| **especially** | **expert** 12:7,13 | **feet** 52:24 73:6 | **floors** 46:1,2,3 |
| 38:16 58:22 | **explaining** 49:8 | **fell** 24:18 43:5 | **flying** 60:9 |
| **esq** 4:4,12 | **extent** 11:16 | 69:24 71:11 | 63:10 |
| **et** 1:3 | 12:16 | 84:1,4,14,16 | **foia** 78:24 |
| **ethnicity** 37:22 | **extra** 79:4 | **felonies** 23:10 | **follow** 74:21 |
| 38:3 | **extremely** | **felt** 63:23 74:22 | 75:5,15 |
| **eugene** 1:1,4 | 24:21 56:19 | **fifth** 7:9 22:5 | **follows** 8:5 |
| 2:5,17 5:16 8:1 | | 22:17,24 23:2 | **force** 3:1 59:22 |
| 8:11 9:17 27:5 | **f** | **figure** 28:14 | 59:24 60:1 |
| **exact** 19:20 | | **file** 76:21,23 | 61:16 |
| **exam** 81:10 | **facility** 27:24 | **filed** 17:20,22 | **foregoing** |
| **examination** | 28:1 | 21:21 71:7 | 86:22,24 |
| 5:4 8:7 | **fact** 36:14 | 78:1 79:20 | **forest** 26:18 |
| | 41:20 | | |
| | **fair** 12:11 | | |

**[form - hands]**

**form**  11:15
21:9 22:4 42:4
**forth**  87:1
**forward**  80:8
**found**  6:15,16
22:8,8 23:10
**four**  10:2 19:16
35:21 78:16
**fraternize**  85:8
**fraud**  23:11
**frequency**  35:4
**frequently**  35:8
**friend**  50:6,7
61:15
**friends**  69:16
70:17,20
**front**  10:11
12:8 33:6 44:2
60:2,6 77:14
77:15,22 80:6
81:23
**froze**  40:3
**full**  26:16 87:4
**further**  3:3
47:16 48:2
87:9

**g**

**g**  4:5 8:11 37:8
37:9,15 74:7
**general**  76:14
**generally**  24:13
29:7
**gentleman**  16:8
**getting**  28:15
40:15 48:11,16

58:6,17 72:6
80:17 81:14
**girls**  6:19 22:11
**give**  16:1 19:9
35:19 37:7
42:15 51:21
53:3 70:6 73:4
84:15
**given**  8:14
12:21 20:23
25:3 81:7,10
87:6
**glasses**  53:6
**go**  9:15 17:9
19:10 27:10
35:12,18 36:6
41:13,16,23
44:9 45:14
48:12 53:19
56:5 58:11
61:20 66:1
71:3 73:9 74:3
76:4,18 80:21
81:15 84:13
**goes**  83:20
**going**  9:5 11:21
12:23 15:21
22:3,16 29:8
29:22 30:13,22
31:2,3 32:1
34:2,2 38:15
38:23 39:10
40:4,9,11,16,17
41:21 44:22,22
45:12 47:22

48:19 56:15,16
56:18 59:15
60:12 61:19
62:10 64:10
67:9 75:15
77:12,13 80:18
82:15,23 84:7
84:17
**good**  46:11
**gotten**  74:15
**grab**  39:24
40:2,10,14
**great**  33:9
**grievance**  5:16
42:14 76:23
77:2,5,7,13,13
78:1,16 79:9
79:23
**grievances**
10:12,19 20:22
**ground**  63:20
67:24
**group**  34:13,17
44:2 46:12
52:12 66:14
73:13
**guess**  36:22,24
43:13,18,19
51:17 67:5,14
67:17
**guessing**  51:23
73:6
**guidelines**
11:13

**guilty**  6:8,12,18
6:20 21:12
22:2,10,12
23:9,10,10
**gump**  26:18
**guy**  72:11
**guys**  15:21
50:14,23,24
51:9
**gym**  47:11 54:3
54:14 55:14
57:24 78:10
**gymnasium**
53:24 57:23
65:23

**h**

**h**  81:6
**habit**  41:17
**hair**  37:21 53:1
53:7
**half**  13:13
49:13 81:19
**halls**  69:12
**hand**  39:17,24
40:14,15
**handcuffed**
69:11
**handed**  10:18
**handrails**
67:20
**hands**  38:22
41:13 42:12
63:4,14,24
69:13 75:9
84:2

Exhibit 5 Page 30

**[handwriting - issue]**                                    Page 8

| | | | |
|---|---|---|---|
| **handwriting** 79:12 | **hit** 63:8 80:6,12 81:21 82:16 | 34:18 77:19 | 74:15 75:6,9 |
| **happen** 40:22 41:1 69:2 | **hold** 31:20,24 39:14,14 56:17 57:2,3 | **identified** 79:10 | **injury** 64:8 74:10 |
| **happened** 6:4,7 21:3,7,11 40:2 41:11 52:17 59:16,17,19,20 60:4 63:9 65:4 71:1,2,4,12,13 72:2 73:8,18 74:2,6 83:22 85:1 | **holding** 56:19 80:19 | **il** 4:7,16 | **inmate** 45:10 45:11 48:10,16 49:18,20 71:14 84:9 |
| | **honest** 58:15 66:20 | **illinois** 2:2,12 2:21,22 19:2 86:1,6,11,13,14 87:18 | |
| | **hornorio** 70:10 | **illnesses** 24:13 | **inmates** 13:2 13:19,23 30:5 44:9,20,21 45:18 49:5 52:9 56:1 75:23 83:2 |
| | **hour** 13:13 81:19 | **imagery** 81:8 | |
| | **housed** 24:13 | **imaging** 81:11 | |
| | **housing** 24:5 | **incarcerated** 36:7 | |
| **hard** 76:17 | **hughes** 16:5 | **incident** 36:11 46:16 62:23 64:23 70:2 76:21 78:1,6 81:15 83:10,12 | **inside** 29:14 |
| **harris** 16:8,10 45:6,6 47:7,13 48:7,21 49:9 55:22,23 56:4 70:7 76:6 82:21 | **huh** 14:3,14 17:5,10,10 24:22 26:19 29:20 33:13 35:16 37:20,20 47:4 48:13 | | **instance** 41:9 |
| | | | **instantly** 80:7 |
| | | | **instruct** 22:4 |
| | | **including** 6:19 22:11 | **instructing** 22:23 |
| **head** 59:22 | **hurry** 43:17 | **independently** 11:19 | **instrumental** 17:3,4 |
| **height** 73:5 | **hurt** 63:24 84:14,17 | **index** 5:1 | **intentionally** 85:6 |
| **help** 13:9 71:13 72:6,9 | **hurting** 63:4,5 | **individual** 6:22 22:14 | **interacted** 70:18,19,20 |
| **helped** 71:14 73:19 | **i** | **individually** 2:6 | **interested** 87:11 |
| **helps** 37:24 | **idea** 29:6 35:9 36:21,23 39:6 50:13 57:9,11 57:18 60:1,5 60:17,18,24 66:6 68:3,4 71:10 85:3 | **infrequently** 35:7 | **interrogatories** 8:5 10:20 |
| **hey** 69:7 72:1 | | **initial** 50:3 | **involved** 8:24 11:3 50:14 |
| **high** 19:12,15 40:23,24 67:23 | | **injured** 24:19 34:24 56:4 72:2 84:2 | **involving** 23:11 |
| **higher** 17:17 | | | **issuance** 2:23 |
| **highest** 16:16 | | **injuries** 25:4 42:2,11 64:9 | **issue** 50:12 |
| **hispanic** 53:7,9 | | | |
| **history** 18:5 24:16,19 | **identification** 32:18 33:23 | | |

**issues** 6:12 8:24
9:6 20:24 22:1
27:8 28:16
38:5 41:12

**j**

**jail** 12:21 13:3
13:20 23:20
29:8 30:14
35:11,18 36:7
36:10 41:22
43:1,4 44:8
66:8,8,10
70:18,20 75:23
76:13 81:5
85:11
**jesuit** 18:7
**job** 18:7,13
**jobs** 18:11
**joe** 70:10
**jog** 61:18
**johnson** 8:17
**joseph** 70:10

**k**

**keeping** 53:16
**kept** 75:1
**kind** 29:23
42:15
**king** 18:7,13,22
20:10,15
**knew** 61:3
69:15 71:2
**know** 6:11 10:8
10:8 11:12,18
11:19 12:3,5,7

12:10 14:12
15:11,22 16:10
17:10,20,23
18:4 19:5,21
19:22 22:1
23:24 24:5,20
26:20,22 28:24
29:5 30:10,19
30:20,23 31:5
31:7,7 33:20
34:11 35:7,20
36:22,24 37:22
38:1 39:11
41:18,19,21
42:18 43:3,18
43:20 45:5,8
49:20 50:11,19
51:1 55:6 56:3
56:13,18 57:7
57:12,15,17,22
58:19 61:1,4,6
61:6,9 64:5
65:7 66:3,15
66:16,18,20,21
66:22 67:2,3,8
67:15,23 68:2
68:6,7,10,15
69:9,12,14,17
69:24 70:4
71:1,7,16 72:2
73:10,13 75:14
75:15,22 76:14
76:17 82:15
83:5,6,23
84:14 85:6

**knowledge**
11:20 12:1
13:2 43:21
68:12,17,19
80:1
**known** 61:2,7

**l**

**l** 8:12 15:3,3
81:6
**lady** 37:19
**landed** 60:9
63:13,14
**landing** 66:23
67:9 80:8
**laughing** 56:16
**lawful** 8:2
**lawsuit** 8:17
10:20 17:20,21
17:24 30:19
79:16,18,20
**lawsuits** 17:22
71:8
**lawyer** 13:8,12
31:14 75:15
**lawyer's** 7:4
22:20
**lawyers** 11:18
**leaning** 53:8
**leave** 48:19
73:12
**leaving** 47:22
47:23 48:23
**led** 6:8,12 21:3
21:12 22:1
84:6

**left** 24:20 38:21
53:18 54:18
73:11 85:11
**leg** 24:20,20
26:14,14,16,20
26:22 27:2
**legal** 14:6
**legs** 63:15
**length** 26:16
**letter** 50:4
**level** 16:16
**life** 18:10 26:4
64:9
**lifelong** 25:22
**lifetime** 64:9
**lifted** 72:11,21
**line** 6:2,16 22:8
28:18
**lip** 60:11,24
63:8 80:12
81:22,23 82:3
82:16 84:11
**listen** 15:20
32:3 43:15
**listening** 7:3
22:19
**literature**
12:21
**little** 24:16
37:19 43:17
63:4
**live** 69:17
**lived** 84:22
**llc** 4:13

| | | | |
|---|---|---|---|
| **location** 46:21 | **madison** 86:3 | **mcclain** 16:2 | **met** 61:10 |
| 78:9 | **make** 14:21 | **mean** 11:4 | **metal** 5:15 |
| **long** 13:11 | **making** 53:15 | 15:19 17:8 | 34:14 44:23 |
| 23:14 42:24 | 56:21 75:2 | 21:8 27:9 | 66:5 80:23 |
| 43:4,8 49:9 | **manually** 30:3 | 29:14 35:4,8 | **michael** 16:5 |
| 53:1 54:16 | 30:6 | 35:11 36:13 | 70:11 71:17,18 |
| 56:13 57:7,22 | **marin** 37:3,4 | 38:3 39:1,6 | **mind** 86:17 |
| 59:12 63:5 | 50:22,23 51:6 | 40:15 42:19 | **minute** 49:11 |
| 66:17 72:7 | 51:7,14 52:5,8 | 50:15 57:14 | 49:13 |
| 78:16 81:13 | 53:4,14 54:9 | 59:13,18,21 | **minutes** 58:1 |
| 85:4 | 54:11,17 55:5 | 61:17 65:4 | **misdemeanors** |
| **longer** 31:8 | 55:5,11 62:9 | 69:2 70:7,22 | 23:11 |
| **look** 11:7,11 | 64:24 70:2 | 71:2,21,23 | **misstates** 28:2 |
| 12:6,13 13:7 | 73:23 78:12 | 72:9 73:8,17 | **mistaken** 53:8 |
| 46:11 48:3 | **marital** 9:24 | 75:12,14,18 | **moment** 80:2 |
| 52:22 53:4 | **mark** 31:12,12 | 76:4,6,10 | **momentum** |
| 72:2 79:3,5 | 34:2,13 77:7 | 81:23 83:11 | 61:20 |
| **looked** 10:22 | 78:22 | 84:19 | **monroe** 4:14 |
| 24:5,6 30:20 | **marked** 32:18 | **measure** 57:11 | **months** 8:22 |
| 33:11 37:16 | 32:22 33:23 | **measured** | **morning** 29:22 |
| 46:18 58:3 | 34:18 44:1 | 68:10 | 54:13 82:23 |
| 62:20,20 73:24 | 58:24 59:8 | **measurements** | 83:3,10 |
| 76:2 | 66:13 67:7 | 66:18 68:12,17 | **morrissey** 4:4,5 |
| **looking** 10:16 | 77:19 | **medical** 24:16 | 11:15 12:16 |
| 35:5 68:8,13 | **markese** 50:1 | 42:3 74:5 81:7 | 18:18 21:9,13 |
| 68:18 79:6 | **marquis** 49:22 | 81:10 | 21:16 22:3,16 |
| **lost** 41:1 75:16 | 50:1 68:20 | **meds** 42:21 | 22:23 27:23 |
| **lot** 12:5 15:20 | 70:8 | 74:19 | 28:2 31:20,24 |
| 35:8 38:17 | **marshall** 19:15 | **meet** 13:8,11 | 32:5,10 33:5 |
| 39:11 | 19:17 | **meeting** 13:14 | 33:10,15,17 |
| **loud** 17:9 | **maurine** 50:20 | 52:7 | 42:4 64:16 |
| **m** | 51:5 | **mental** 24:13 | 67:10 77:21 |
| **m** 8:12 | **mayo** 70:11 | 50:12 | 78:19,23 79:2 |
| **made** 62:4 82:4 | 71:17,18 73:4 | **mentioned** | 79:5 85:15 |
| | | 70:14 78:12 | |

Exhibit 5 Page 33

**[morrisseylawchicago.com - okay]**

morrisseylaw...
4:9
**mouth** 62:21
73:24
**move** 82:14,16
**movie** 26:18,23
**moving** 29:24
39:15 56:24
60:15
**music** 17:3,4,13
20:13,19
**musician** 18:10
18:15

**n**

**n** 8:11,12 15:3
81:6
**name** 8:9 15:2
15:4,6,11,13,19
16:1,4 25:17
28:24 37:6,7,8
37:14 49:21,24
50:20 55:1,7
83:7,16,19
**named** 16:8,12
**names** 9:17
15:21 70:6
76:10
**near** 78:10
**nearby** 81:21
**necessarily**
21:20
**neck** 38:22
**need** 12:6,7
19:20 74:21
78:22

**neither** 85:3
**nerve** 25:1
**nerves** 24:24
**never** 40:8 61:3
65:2,9,21 66:8
68:10
**new** 18:10
**normal** 62:2
81:8,11
**normally** 52:2
**north** 5:14
16:20,23 17:13
31:4,9,15,21
32:6,8 34:3
58:13 59:1,2
66:15
**northern** 2:2
86:10
**notary** 86:5
**notice** 2:24
86:8
**nrc** 27:14
**number** 10:3,9
31:13 32:22
44:23 67:7,20
68:9
**nurse** 27:17,20
28:6,8 36:14
37:5,8,9,15
38:5 42:2,13
74:7,7 75:1
81:14,17
**nurse's** 37:6
**nurses** 83:22

**o**

**o** 8:12 81:6
**oaths** 86:7
**object** 11:15
12:16 21:9
22:3,16 27:23
42:4
**objection** 7:4
22:20 67:10
**objections** 3:4
87:3
**objects** 81:21
82:1
**obviously**
49:15
**occur** 49:10
**occurred** 78:6
78:10 83:23
**october** 23:22
23:23,23
**offer** 14:9
**offhand** 12:6
**officer** 30:16
36:13,16,17
37:1,2 45:10
50:21 51:14
52:5,7,13 53:4
53:13 54:9,11
54:17,21,24
55:7,11 62:9
64:24 65:5,8
65:15 70:2
73:23 78:12
**officer's** 64:24
65:19

**officers** 30:6
36:15 38:5
52:2 54:12,22
55:5 62:9 65:4
83:1
**oh** 10:5,5,21
18:9 28:4 33:8
48:20 51:6
64:19 78:21
**okay** 8:13,21
8:24 9:14,20
10:6 11:2,10
12:3,5,9,20
13:1,7,14,18,22
14:12 15:8,17
15:18,20,23,24
16:11,15,22
17:12 18:1,17
18:20 19:3
20:15 21:2
23:19 24:2,9
24:15 25:15,18
26:7,15 27:4,7
27:16,20 28:11
28:14,19 29:2
29:7,17 30:10
30:19,23 31:14
31:18 33:4,8
35:3,10,17,23
36:3,5,5,9,24
37:13,24 38:2
38:4,8 39:9,19
40:11,18 41:7
41:11 42:8
43:7,12,21

Veritext Legal Solutions
Exhibit 5 Page 34

**[okay - polio]**                                              Page 12

44:6,12,19
45:20 46:5
47:12,15,19
49:1,4,4,8,12
49:24 50:6,9
50:11,15,19
51:8,11,17,19
51:23 52:5
53:10 54:5
55:13 56:7,22
57:2,10 58:2,7
58:23 59:5,14
61:9,22 62:1
62:22 63:2,3
63:12,20 64:14
65:10,12,22
66:11,19 67:5
67:14,19 68:7
68:20 69:6,22
71:5 73:2,19
74:5,21,22,24
75:2,12,22
76:8,19 78:21
79:7,8 80:5,11
80:14 83:1,5
83:18
**once** 36:8 40:2
41:5
**ones** 55:10
**open** 62:21
74:1
**oral** 8:5
**outcome** 15:12
**outline** 11:9

**overturned**
23:14
**own** 59:17

**p**

**p** 83:6,6
**pace** 62:2
**page** 5:3 6:2
81:4,5
**pages** 78:16,17
86:24
**pain** 38:17,17
42:17,18,19,21
63:24 64:10,11
64:12,13 74:17
74:17,19,19
75:4
**palm** 39:17
**palms** 41:13
**paperwork**
14:20
**papiez** 83:5
**parentheses**
80:8
**part** 3:4
**parties** 87:10
87:11
**parts** 84:3
**past** 52:9
**pasting** 10:10
**patients** 24:12
28:20
**patrick** 4:4
**pausing** 15:9
**paying** 57:19
57:20

**pending** 21:13
22:5,18 86:9
**penitentiary**
27:13,14
**people** 38:13
51:3,12 55:11
55:17,19 70:3
70:18,19,20
76:13 82:19
**people's** 76:10
**perez** 70:10
**person** 73:19
73:21,22
**personal** 43:21
50:13 68:16,19
**phonetic** 16:2
16:12 36:16
49:22 50:1,20
70:10,11,11
**photo** 47:16
67:6
**photograph**
5:13,14 59:8
67:20 68:8
**photographs**
5:15
**photos** 68:18
76:2
**physical** 24:12
50:11
**physically**
37:17 50:16
51:1,10 52:22
**picked** 71:24
72:4

**picking** 72:8
**picture** 31:11
31:23 32:23
33:6 34:1
46:13,13 48:2
48:3
**pictures** 31:10
34:13 66:13
**pills** 42:17
74:17
**place** 20:16
**placed** 72:12,20
72:21
**places** 41:22,24
**plaintiff** 2:8,16
4:3
**plead** 6:8 21:12
**pleaded** 21:5
**pleading** 6:12
6:18 22:1,10
**please** 32:4
43:19
**pled** 6:20 22:12
23:9,9
**point** 71:12
80:20
**pointing** 47:2
64:6,17,17,21
**policies** 11:6,13
11:20
**policy** 30:14,17
30:18
**polio** 24:19
25:1,20 26:1,3
27:8 28:16

| | q | railings 32:1 |
|---|---|---|

**portion** 81:6
**position** 20:18
  20:18
**positioned**
  57:12
**pounds** 73:1
**practitioners**
  27:17,21 28:7
  28:8
**precautions**
  61:3
**predatory** 6:21
  22:13
**prep** 18:8
**prepare** 13:9
**present** 71:1
**pretty** 11:24
  57:1 75:7,11
  75:12
**prior** 18:9,11
  42:23,23 44:13
**prison** 21:2
**privilege** 22:5
  22:17,24 69:11
  69:14
**privileged**
  12:17
**probably** 40:1
  73:6
**problems** 56:15
**procedure** 2:18
**procedures**
  11:21
**process** 39:16
  47:10 53:12

**produced** 79:3
**professional**
  18:9,15
**propounded**
  8:5 87:3,6
**protection**
  21:17
**public** 86:5
**pulling** 80:19
**pursuant** 2:18
  86:8
**push** 29:10,11
  30:5 48:11,16
  48:18 50:16,16
  50:17 51:10,14
  52:2,5,10 65:1
  65:8,15,20
  69:7,10,10,14
  69:15,19
**pushed** 45:9
  47:8 48:22
  49:2,17 50:7
  50:23 52:16,19
  54:6 55:24
  56:11 60:5,23
  61:12
**pushing** 30:14
  51:9 59:16,19
  59:21 61:7
  68:24 84:8
**put** 31:7 72:19
  73:8
**pwm** 4:9

**q**

**qualified** 86:6
**qualifies** 17:24
**question** 13:24
  21:10 29:12
  46:12 47:9
  75:16
**questions** 6:1
  7:6 8:8 9:9
  22:22 23:5,6
  43:23 87:2,5
**quite** 58:18
  59:10

**r**

**r** 8:12 15:3
**race** 38:3
**radunsky** 4:12
  4:13 5:4 6:7,11
  6:15 7:3,8 8:8
  9:8 11:17
  12:20 18:21
  21:11,15,19,24
  22:7,19 23:1,4
  23:8 28:1,4,6
  31:22 32:3,7
  32:12,20,21
  33:8,14,16,19
  34:1,20 42:6
  64:20,22 67:12
  77:9,12,24
  78:21 79:1,4,8
  85:13
**rail** 63:15
**railing** 40:1,2
  40:10,14

**railings** 32:1
  33:1 40:6,8,12
**rails** 39:21,22
  57:2,3
**raised** 3:5
**ramp** 5:13,15
  30:23 31:4
  32:8,11,23
  34:4,12,14,22
  34:24 39:3,11
  39:12 40:23,24
  41:19 42:1
  43:8,24 44:8
  44:12,20,22,23
  44:24 45:2,7
  45:12,14 46:6
  46:13,18 47:2
  47:8,17 48:4,8
  48:11,17,18,19
  48:21,22 49:2
  49:6,10 50:17
  54:1,3,5,13
  55:16 56:4,8
  56:11,15,17,24
  57:7,18,23,24
  59:18,23 60:1
  60:2,3,6,9,12
  60:19,22,23
  61:20,20,23
  62:4,6,10,12,15
  63:8,16,17,21
  63:22 66:5
  74:6,15 76:21
  80:7,9,12,14,17
  80:21,23,24

**[ramp - route]** Page 14

| | | | |
|---|---|---|---|
| 81:20,20 82:1 | **received** 78:24 | 83:9,21 | 13:11 14:17 |
| 82:2,3,6,8,12 | **record** 8:10 | **reply** 8:4 | 16:1 19:17 |
| 82:14,16,23 | 32:13,15,20,22 | **reported** 86:23 | 20:15,21 21:21 |
| 83:11,12 84:7 | 33:10 64:16 | **reporter** 2:23 | 23:2,4,6 24:10 |
| 84:17 85:3 | 78:22 | 5:19 77:11 | 25:10,19,24 |
| **ramps** 9:5,10 | **records** 10:13 | **request** 10:21 | 29:8,24 30:3 |
| 11:22 12:4,14 | 13:7 24:5 42:3 | 65:1,19 | 30:13,21 31:2 |
| 12:22 13:4 | **redacted** 78:24 | **requested** 65:2 | 31:3,8,10,13,18 |
| 34:8 35:5 | **refer** 31:2,3,4 | 65:8 | 34:7,11,12,20 |
| 36:10 38:6,8 | **referred** 74:12 | **required** 26:2 | 34:24 35:3 |
| 38:16,18 39:1 | **referring** 31:9 | **reserve** 23:5 | 38:20 39:15,21 |
| 39:8 40:4 41:3 | 31:18 34:9 | **reserved** 3:5 | 43:19 46:18,23 |
| 41:21,24 42:11 | 38:8 59:18 | **residential** 24:9 | 46:24 49:17 |
| 58:14,16,19 | **refuse** 64:24 | **resolved** 75:7 | 50:3 54:21 |
| 76:1,9,18 | 65:3,12 | 75:10 | 55:24 56:10,13 |
| **range** 35:19 | **refused** 65:6,19 | **respect** 12:4,14 | 58:22 60:7 |
| **rather** 20:9 | **refusing** 7:6 | 67:6 | 61:10,11 62:2 |
| **read** 13:22 14:3 | 22:22 | **respects** 87:4 | 63:23 64:11,17 |
| 79:15,18,19 | **regarding** | **respond** 18:18 | 65:15 67:5,20 |
| 81:9 | 12:21 20:24 | **response** 77:4 | 67:23 70:9,9 |
| **ready** 48:11,16 | 83:11 | 81:5 | 71:11 77:1,7 |
| **really** 56:17 | **regular** 60:19 | **rest** 63:18 | 77:10,23 78:13 |
| 57:20 71:3,6 | **regularly** 27:7 | **retained** 5:19 | 78:16 79:12,15 |
| 74:18 79:1 | 70:18 | 12:13 | 79:22 80:9 |
| **reason** 44:10 | **related** 12:22 | **review** 12:8 | 82:11 |
| 82:9 | 87:11 | **reviewed** 10:13 | **rise** 68:7 |
| **recall** 15:12,16 | **relevant** 21:23 | 11:2 12:12 | **role** 53:14 |
| 25:16 37:13 | **remarks** 87:3 | 77:1 | **roll** 39:3 |
| 41:9 43:11,20 | **remember** | **ricky** 16:8,10 | **rolling** 39:10 |
| 51:24,24 52:3 | 16:21 19:13,18 | 45:6,6,7 48:21 | **rotating** 39:19 |
| 52:4 54:24 | 19:21,22 23:19 | 49:2 70:7 76:6 | **roughly** 18:2 |
| 55:7 58:6,18 | 24:2 25:10,15 | 76:15 | 37:18 |
| 58:20 59:5 | 25:16 37:5,16 | **right** 7:9 8:16 | **route** 2:21 |
| 68:6 76:10 | 42:22 43:8 | 8:19 9:4,24 | 53:21 54:14 |
| 82:18 83:4,13 | 59:7 64:21 | 10:15 12:5 | 55:13,15,16 |

Exhibit 5 Page 37

**[route - someplace]**

62:7 86:13
**routes** 66:3
**rtu** 13:5 24:6,9
  29:19 30:23
  32:24 34:5
  37:11 43:10
  50:9 53:19
  54:18 57:23
  58:17 59:12,15
  66:4 74:4
  80:21 84:20
**rubbed** 42:18
**rules** 2:18 3:2
**run** 84:21

**s**

**s** 4:6 8:12
**sabrina** 81:5
**sailing** 81:24
**sally** 2:22 77:10
  86:5
**sarintino** 70:11
**saw** 15:11
  33:16 44:17
  45:3 47:7
  48:17,20 49:9
  49:14 54:23
  56:7 62:12
  74:7 84:24
**saying** 9:11
  29:15 40:21
  47:15 48:20
  50:15 63:23
  65:12 76:3,16
  80:11 85:2

**says** 6:17 8:4
  22:9 69:7 78:6
  78:9 81:4,6,6
**scars** 74:11
**scary** 57:1
**scattered** 45:19
**school** 19:11,12
  19:15
**schools** 19:8
  20:12
**science** 16:17
**screen** 33:11
**second** 8:15
  34:1
**security** 10:3
**see** 10:11,15
  11:8 27:9,10
  44:19,21 45:12
  45:14 46:6,12
  46:12,13 47:17
  49:1,1,5 55:1
  56:11 57:15
  60:11 67:19,21
  69:10 71:3
  74:13 75:4
  82:5,11,22
  83:2 84:19
**seeing** 15:16
  27:7,20 43:9
  82:12,19,21
**seen** 14:9,18,19
  14:22 15:1,5
  15:13,22 16:2
  16:5,9,11
  26:18 27:12,14

27:17 28:6,8
  28:11 68:11
  69:19
**sees** 28:20
**sense** 56:21
**sentence** 23:15
**sentenced** 6:17
  22:9
**separated**
  55:12,17
**september** 24:4
  27:22 28:9,12
**set** 87:1
**settled** 8:19,21
  17:21
**seven** 23:16,17
  23:18 70:4,5
**sex** 21:5
**sexual** 6:7,20
  6:21,22 21:6
  21:12 22:12,13
  22:14 23:8
**sexually** 6:18
  22:10
**sheriff** 2:10
**shift** 82:17
**shifting** 82:18
**shocked** 74:1
**short** 37:21
**shorthand** 2:23
  86:23
**shot** 33:12
**shoulder** 38:20
  38:21,22 42:20

**shoulders** 64:7
**show** 31:10,11
  48:2 60:7
**showed** 11:8
  74:10
**showing** 32:21
**shown** 47:16
  86:21
**sic** 81:21
**side** 45:18 57:3
**signature** 3:6
  85:18 87:7,17
**signed** 15:15
**similar** 14:8
  27:1 75:24
**single** 59:6
**sitting** 21:22
**situated** 46:15
**six** 19:12 52:24
  73:6
**skinny** 53:2
**slanted** 61:21
**slim** 53:2
**slow** 56:18
  80:18
**smooth** 81:24
**social** 10:2
**socialize** 85:9
**somebody**
  16:12 29:10
  50:3 71:12
  84:8
**someone's** 65:8
**someplace**
  52:10

Exhibit 5 Page 38

**sorry** 10:5,8 28:4,7 43:14 43:14 46:2 56:16 71:22 75:8 76:5 81:9 82:15,20

**sort** 27:1 30:13 30:22 61:21,22 61:24 67:8

**sound** 15:21 16:4 86:17

**sounds** 15:4,6 15:19 28:16 83:7,8

**speak** 70:23 73:15

**specifically** 26:13

**speed** 40:22

**spell** 8:9 36:21 49:23

**spend** 81:13

**spinal** 24:23 25:8,13 27:8 28:16

**spoke** 70:23

**spoken** 13:15

**ss** 86:2

**stable** 56:24 57:1,1

**stairs** 55:18

**stamps** 78:19

**standards** 11:3 11:5,12,13,20 12:4,14,22

**start** 8:7 19:17 59:22,22 66:16

**starting** 61:17

**state** 2:22 8:9 16:19,20 17:1 17:2,13 19:2 20:8 86:1,6,14 87:18

**statement** 15:15

**statements** 14:3,4,9,22 15:1,5,14,22 16:3,6,9,12 20:23

**states** 2:1 86:10

**status** 9:24

**stipulated** 2:15 3:3

**stomach** 63:15

**stop** 41:5,12 60:4

**stopped** 40:3 60:8 80:7,12

**strenuously** 39:3

**strike** 12:12 24:15 28:8 44:20 54:16 56:14 75:19,19 79:19 81:21 82:20

**struck** 84:12

**structure** 60:5

**students** 6:19 22:11

**studied** 17:14

**study** 17:2,13

**stuff** 11:11,16 43:24 69:13 74:11

**sub** 18:24 19:1

**subbing** 20:6

**substitute** 18:24 19:4,7

**suddenly** 41:6 41:12 60:4,8

**suit** 21:20 87:10

**suite** 4:15

**sums** 25:1

**sun** 6:16 22:8

**superman** 63:11

**supervising** 53:15 54:22

**supplied** 13:19

**supposed** 53:16

**sure** 12:12 14:1 23:23 29:4 43:3,22 46:9 49:24 51:18 53:15,23 55:2 59:11,11 67:4 75:2 76:7,12 80:3

**surgery** 24:24 25:5,8,13,15 27:5 64:10

**sworn** 8:2 86:19

**t**

**t** 8:12 15:3

**take** 53:21,24 54:16 55:13,15 62:6,7

**taken** 1:5 2:17 3:1 29:23 66:4

**takes** 39:11

**talk** 18:4 30:12 30:21 38:13 61:15 62:22 71:20 85:1

**talked** 11:16 38:4 51:23 73:17

**talking** 9:5 11:21 12:23 14:6,12 18:19 20:22 26:13 27:23 28:21 30:24 31:5 40:5 41:3 44:1 44:23 58:23 64:23 74:7 76:22 80:23

**tall** 52:24 73:2

**taught** 19:8,11 19:15

**taylorville** 2:20 2:22 21:22 28:7,9,11 86:13,14

Exhibit 5 Page 39

| | | | |
|---|---|---|---|
| **teacher** 18:23 | 31:13,20 33:17 | 58:12 | 81:14 |
| 18:24 20:19 | 36:11 44:2 | **tirnell** 15:3 | **treating** 83:9 |
| **teaching** 20:13 | 53:1 59:7 | **today** 12:23 | 83:13 84:20 |
| **tell** 6:11 16:15 | 64:20 67:13,16 | 13:9,12 27:8 | **treatment** |
| 18:5 21:24 | 70:12,14 72:24 | 43:17 | 24:10 28:15 |
| 22:16 24:16 | 75:6,9 77:9 | **together** 87:2 | 42:15 74:5,14 |
| 29:11 35:4,7 | **thomas** 1:3 | **told** 17:8 37:8 | **trial** 3:6 86:11 |
| 38:7 39:1,4 | 2:10 4:5 | 41:5 43:16 | **trick** 15:17 |
| 54:11,12 59:16 | **thompson** | 44:7 72:5 | **trotting** 61:22 |
| 62:5 63:3,13 | 14:23 | 74:16 83:21 | **trouble** 53:17 |
| 68:24 70:12,22 | **thought** 60:18 | 84:1,7,13,16 | 72:8 |
| 70:24 71:24 | 75:17 | **took** 55:7,10,11 | **troy** 4:12 |
| 76:16 83:19,23 | **three** 18:11 | 56:14 57:22 | **true** 6:23 22:15 |
| 84:4,8,11 | 19:5 21:5 | 61:2 72:20 | 65:6 81:11 |
| **tennessee** 16:19 | 38:13 | 74:19 | 87:4 |
| 17:1,2 | **tier** 30:8 48:12 | **top** 47:17 48:3 | **trusted** 69:22 |
| **terms** 35:4 | 61:14 69:17,18 | 48:4,7,20,22 | **truth** 8:3,3,3 |
| **testified** 86:21 | 84:22 | 49:9 56:7 | 86:19,20,20 |
| **testify** 8:2 32:3 | **tight** 56:17 | 62:11 | **try** 57:3 |
| 86:19 | **time** 8:7,15,16 | **towards** 53:9 | **trying** 15:7,17 |
| **testimony** 28:3 | 18:12 24:6 | 60:15 61:22 | 26:17 28:14 |
| 86:22 87:1 | 38:15 44:14,15 | **tradunsky** 4:18 | 35:9 |
| **thank** 72:5 | 44:16,16 47:14 | **train** 75:16 | **tunnel** 5:14 |
| **thanks** 85:14 | 52:7,19 54:17 | **transcribed** | 30:23 31:4,9 |
| **theology** 17:14 | 59:6 60:6,7,22 | 86:23 | 31:15 32:1,8 |
| 17:15,16 | 61:10,12 64:22 | **transcript** | 34:3 59:1,2 |
| **thereto** 87:4 | 65:24 66:2,9 | 86:22 87:5 | 66:15,16,23 |
| **thing** 43:15 | 72:24 73:16 | **transported** | 67:8,21 68:8 |
| 76:15,17 | 75:18 80:15 | 29:9 30:4 | **tunnels** 9:6 |
| **things** 10:10 | 81:13,18 85:14 | **traversed** | 11:22 12:15,22 |
| 32:9 | 85:15 | 41:19 | 13:4 34:8 35:6 |
| **think** 15:7,10 | **times** 6:16 8:13 | **traversing** | 38:7 40:5 41:3 |
| 19:9 21:19,22 | 22:8 30:3 | 38:18 | 43:9 58:3,5,10 |
| 23:22 26:17 | 35:17 36:1,6 | **treated** 37:11 | 58:13,13,16 |
| 27:21 28:2 | 41:15,20 42:13 | 41:14,16,17 | 68:13 76:1 |

Exhibit 5 Page 40

**turn** 65:9
**turned** 46:5
**two** 6:18 8:21
16:17 19:5
22:10 31:3
32:9 33:17
34:8,13 36:14
38:5,6,9,10
43:2,3 50:23
50:24 55:5,21
60:20 66:13
76:2
**type** 27:2 60:2
66:22
**typewriting**
86:24

**u**

**u** 8:11
**uh** 14:3,14 17:5
17:10,10 24:22
26:19 29:20
33:13 35:16
37:20,20 47:4
48:13
**under** 6:21,23
21:17 22:13,15
**underage** 6:19
22:11
**understand**
8:21 21:15,21
46:7 48:15
49:4 53:22
**undetermined**
86:9

**unit** 24:10
**united** 2:1
86:10
**university**
16:19,20
**uplift** 19:11,14
20:2
**upper** 64:5,6
84:2
**use** 9:10 26:4
26:10 39:8,22
40:6,8 41:20
41:23 44:9
58:2,9,12,15,21
59:5,24 66:5
**used** 26:9,22
43:8 44:12,16
45:1 55:18
58:6,9 60:1
86:11
**user** 45:1
**users** 41:20
**using** 13:4 27:4
35:5,10 40:11
43:1 44:8,19
44:21 49:6
56:4 58:18
59:7 61:16
75:24 80:21
82:19,21,22
**usually** 30:8

**v**

**vicinity** 62:10
**victim** 6:20
22:12

**vote** 29:22
30:12 35:12
36:6 41:23
51:3 53:19,24
54:18 59:12
**voted** 45:2
59:14
**voting** 35:1
36:5 47:10,20
48:1,14 49:6
52:11 55:20,20
56:5 78:10
**vs** 1:2 2:9

**w**

**w** 4:14 8:12
**wait** 18:18
**waive** 85:15
**waived** 2:24
3:7 85:18 87:7
**walk** 61:17
69:12
**walking** 61:19
62:2 72:16
**wall** 68:2
**want** 11:17,19
15:22 16:24
26:5 30:21
39:4 43:12,18
43:20 51:17,20
51:22 58:16
62:6 67:5,14
67:17
**wanted** 59:21
62:6 79:23
80:5

**watched** 62:19
**watching** 53:17
54:9
**watkins** 49:22
50:4 52:15
54:7,8 59:15
60:12,14 68:21
68:22 70:2,8
80:16 82:7
84:19
**watson** 68:20
**way** 14:21
21:17 31:8
47:9 53:23
54:18 59:12
62:3 78:24
**we've** 11:16
20:22 30:21
32:22 66:13
67:7 76:2
79:10
**weak** 24:21
**wedge** 60:3
**week** 43:2,3
**weeks** 43:2
**weigh** 72:23
**weighed** 37:18
72:24
**weight** 73:5
**went** 20:10
37:7 45:18
53:24 54:3,18
55:20,20 59:6
60:10 74:13
80:14 82:14

Exhibit 5 Page 41

**[western - z]**                    Page 19

| | | |
|---|---|---|
| **western** 4:6 | **witness** 1:4 9:7 | 36:2,24 39:6 |
| **westmoreland** | 14:8 18:20 | 40:23 41:8 |
| 1:1,4 2:5,17 | 33:13 64:19 | 44:5,5,5 51:7 |
| 5:17 8:1,11,13 | 77:23 78:13 | 53:11 55:9 |
| 9:18 33:6 | 79:7 85:18 | 56:23 59:19 |
| 78:17,17 79:8 | 86:15,17 87:2 | 62:11 64:3,20 |
| **wheelchair** | 87:6,8 | 70:15 73:21 |
| 24:17 25:2,3 | **witnesses** 13:15 | 74:9,23 76:4,6 |
| 25:24 27:4 | 70:1,23,24 | 79:2 81:2 |
| 29:10 30:15 | **wobbling** 40:18 | 83:12 84:23 |
| 39:2 41:2,20 | **word** 55:8 | **year** 23:24 |
| 43:1 45:1 | 62:16 | 25:10 75:6 |
| 49:14 50:17 | **words** 30:15 | **years** 6:18 |
| 52:16,20 60:8 | 59:17 62:1 | 16:21 18:6,8 |
| 63:7 65:16 | 82:4 84:5,20 | 18:11 19:3,5 |
| 69:8,10,10,20 | **wore** 53:6 | 19:12,16,18 |
| 72:10,14 73:20 | **worked** 74:18 | 20:8 22:10 |
| 74:3 76:3 80:6 | **workman** | 23:12,17,18 |
| 80:7 82:21,23 | 17:23 | 35:22 |
| 84:2,5,12,17 | **worry** 33:19 | **z** |
| **wheelchairs** | **wrists** 64:1,2 | **z** 83:6 |
| 13:2 44:21 | 75:10 84:2 | |
| 49:6 50:24 | **written** 20:23 | |
| 55:19 82:20 | **wrong** 15:2 | |
| 83:2 | 51:21 | |
| **wheels** 39:19 | **wrote** 79:23 | |
| 80:6 | **wylie** 36:16,18 | |
| **white** 53:8 | 36:19,20 | |
| **whoops** 10:5 | **y** | |
| **william** 70:14 | **yeah** 10:8 | |
| 70:15,15 | 11:17,24 12:2 | |
| **williams** 15:3 | 14:11 17:11 | |
| 16:13 | 18:14 20:7,9,9 | |
| **wit** 8:5 | 21:18 28:1 | |
| | 29:13,13 31:22 | |

Federal Rules of Civil Procedure

Rule 30


(e)  Review  By  the  Witness;  Changes.

(1)  Review;  Statement  of  Changes.  On  request  by  the
deponent  or  a  party  before  the  deposition  is
completed,  the  deponent  must  be  allowed  30  days
after  being  notified  by  the  officer  that  the
transcript  or  recording  is  available  in  which:

(A)  to  review  the  transcript  or  recording;  and

(B)  if  there  are  changes  in  form  or  substance,  to
sign  a  statement  listing  the  changes  and  the
reasons  for  making  them.

(2)  Changes  Indicated  in  the  Officer's  Certificate.
The  officer  must  note  in  the  certificate  prescribed
by  Rule  30(f)(1)  whether  a  review  was  requested
and,  if  so,  must  attach  any  changes  the  deponent
makes  during  the  30-day  period.



DISCLAIMER:  THE  FOREGOING  FEDERAL  PROCEDURE  RULES
ARE  PROVIDED  FOR  INFORMATIONAL  PURPOSES  ONLY.
THE  ABOVE  RULES  ARE  CURRENT  AS  OF  APRIL  1,
2019.  PLEASE  REFER  TO  THE  APPLICABLE  FEDERAL  RULES
OF  CIVIL  PROCEDURE  FOR  UP-TO-DATE  INFORMATION.

Exhibit 5 Page 43

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

Exhibit 5 Page 44

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

Exhibit 5 Page 45