## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Eugene Westmoreland

                          Plaintiff,

v.                                                    Case No.: 1:23–cv–01851
                                                      Honorable John J. Tharp Jr.

Thomas Dart, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 9, 2024:

      MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiff's motion for a permanent injunction [72] is taken under advisement. The defendants' response is due 05/06/2024; reply is due 05/20/2024. The plaintiff is directed to send a proposed order in Word format to the Court's proposed order inbox (Proposed_Order_Tharp@ilnd.uscourts.gov). Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.