**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Eugene Westmoreland

                             Plaintiff,

v.                                    Case No.: 1:23–cv–01851
                                         Honorable John J. Tharp Jr.

Thomas Dart, et al.

                             Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 18, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 4/18/24. Plaintiff's settlement demand letter shall be delivered to Defendants, with a copy delivered to the Court via the Court's settlement correspondence email at Settlement_Correspondence_Gilbert@ilnd.uscour ts.gov, on or before 4/24/24. Defendants' settlement letter shall be delivered to Plaintiff, with a copy delivered to the Court via the Court's settlement correspondence email at Settlement_Correspondence_Gilbert@ilnd.uscour ts.gov, on or before 5/10/24. Settlement letters are not to be filed on the CM–ECF system. The remainder of the previously set expert discovery schedule [48] shall stand: Any rebuttal disclosures shall be served by 5/1/24. All expert depositions shall be concluded by 6/1/24. By 5/22/24, the parties shall file a joint status report that confirms that Defendants have responded to Plaintiff's settlement demand and states whether the parties believe settlement is a realistic possibility. If so, Plaintiff's counsel should indicate when they will provide Defendants with information about the attorneys' fees they will be seeking as part of a settlement redacting attorney client privileged and work product details. The parties' report shall also include whether Defendants made rebuttal expert disclosures on 5/1/24, confirmed dates for depositions of any experts who will be deposed, and whether any experts have already been deposed. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.