IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Eugene Westmoreland, | ) | |
| | ) | |
| Plaintiff, | ) | No.: 23-cv-1851 |
| | ) | |
| v. | ) | |
| | ) | |
| Cook County Sheriff Thomas Dart, et al. | ) | Judge Tharp, Jr. |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXCESS PAGES
FOR DEFENDANTS' RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR PERMANENT INJUNCTIVE RELIEF**

NOW COME Defendants COOK COUNTY SHERIFF THOMAS DART, and COOK COUNTY, a body politic and corporate, by and through their attorneys, Jason E. DeVore and Zachary G. Stillman, of DeVore Radunsky LLC, pursuant to Local Rule 7.1, and for Defendants' Motion for Excess Pages for their Response in Opposition to Plaintiff's Motion for Permanent Injunctive Relief, state as follows:

1. Pursuant to Local Rule 7.1 of the Northern District of Illinois, "[n]either a brief in support of or in opposition to any motion … shall exceed 15 pages without prior approval of the court."

2. Defendants' Response in Opposition to Plaintiff's Motion for Permanent Injunctive Relief (ECF No. 72) is due on May 24, 2024. (ECF No. 76.)

3. In the course of drafting their Response, Defendants have found 15 pages to be too limited to fully discuss all elements involved and allow the court an opportunity to rigorously review Plaintiff's claims and assertions as required under the law.

4. Defendants therefore request an extension of 5 pages, for a total permitted page count of 20, not including the mandated "table of contents with the pages noted and a table of cases." LR 7.1.

5. Allowing Defendants to have a 20-page brief will afford this court the opportunity to undertake a rigorous analysis of the issues and each individual element. It will also allow Defendants to provide this Court with a Table of Contents and Listing of Cases to better guide its analysis.

6. Not granting this motion would prejudice Defendants by foreclosing them the opportunity to fully address each of the required elements for class certification and vigorously contest Plaintiff's Motion and articulate their arguments.

7. Granting an extension of the page limit will not prejudice any party and this motion is not brought for any improper purpose.

8. Defendants have been in communication with counsels for Plaintiff, who have advised that they have no objections to the contents of this Motion.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order as follows:

1. Defendants' Motion for Excess Pages is granted;

2. Defendants' page limit for their Response in Opposition to Plaintiff's Motion for Permanent Injunctive Relief shall be extended by 5 pages for a total of 20 pages, not including the table of contents and table of cases.

Respectfully Submitted,

**Defendants**

By: */s/ Zachary G. Stillman*
Zachary G. Stillman, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com
zstillman@devoreradunsky.com

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that Defendant's Motion for Excess Pages was filed on May 21, 2024, with the Northern District of Illinois ECF System, serving a copy to all parties.

                                                                     */s/Zachary Stillman*
                                                                     Zachary Stillman