**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Eugene Westmoreland, ) | | |
| ) | | |
| *Plaintiff,* ) | | |
| ) | | |
| -*vs*- ) | No. 23-cv-1851 | |
| ) | | |
| Thomas Dart, Sheriff of Cook County, ) | Judge Tharp Jr. | |
| and Cook County, Illinois, ) | | |
| ) | Magistrate Judge Gilbert | |
| ) | | |
| *Defendants.* ) | | |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's order entered April 19, 2024, Dkt. 74, the parties file the following updated status report:

**I.  Status of settlement letters**

Plaintiff served a settlement letter on April 24, 2024. Defendants responded to this letter on May 9, 2024, seeking more information to formulate a response.

On May 21, 2024, plaintiff's counsel served defendants a supplemental settlement position. The defendants responded on May 22, 2024.

<u>Plaintiff's additional comment</u>

Defendants' settlement letters do not provide a proposal for the parties to resolve any part of this case. Plaintiff's counsel believes a settlement conference may assistant the parties resolve some, if not all, of the pending issues, including the non-monetary request for defendants to remedy the non-compliant east tunnel ramp in the lower level

of the Cook County Jail's Residential Treatment Unit. This is the subject of a pending motion for permanent injunctive relief. *See* Dkt. 72.

Defendants' additional comment

Unfortunately, given the wide gap between the parties, the defendants do not believe engaging in settlement conference at this stage would be productive.

## II. Status on rebuttal expert disclosures

Plaintiff served an expert rebuttal disclosure on May 1, 2024.

Defendants did not serve an expert rebuttal disclosure.

## III. Status on expert depositions

Plaintiff's expert, Gary Keclik, will be deposed on May 23, 2024 at 1:30 p.m.

Defendants' expert, Carl Darr, will be deposed on June 3, 2024 at 1:30 p.m.

Respectfully submitted,

/s/ Patrick Morrissey
ARDC No. 6309730
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
(773) 233-7901
pwm@morrisseylawchicago.com

/s/ Jason E. DeVore (with consent)
Jason E. DeVore (ARDC #62422782)
Troy S. Radunsky (ARDC #6269281)
DeVore Radunsky, LLC
230 W. Monroe Suite 230
Chicago, Illinois
312-300-4479
tradunsky@devoreradunsky.com
jdevore@devoreradunsky.com