## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Eugene Westmoreland
                                  Plaintiff,

v.                                                                Case No.: 1:23−cv−01851
                                                                     Honorable John J. Tharp Jr.

Thomas Dart, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 10, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 7/10/24. Discovery is complete. The parties and the Court agree that settlement is not a realistic possibility at this time. If settlement becomes a realistic possibility in the future, a new referral can be generated. Referral terminated. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.