IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Eugene Westmoreland, | ) |
| *Plaintiff,* | ) ) ) ) 23-cv-1851 |
| -*vs*- | ) ) Judge Tharp Jr. |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) ) ) ) |
| *Defendants.* | ) |

**AGREED MOTION FOR CASE MANAGEMENT HEARING**

The parties, by counsel, jointly move for a hearing to discuss a case management plan, including dispositive motions.

Grounds for this motion are as follows:

1. Discovery, including expert discovery, is complete. Dkt. 88, Minute entry. The referral to Magistrate Judge Gilbert has been terminated because settlement is not realistic. *Id.*

2. The parties jointly move for a case management hearing to discuss the next steps in litigation, including a dispositive motion schedule.

It is therefore respectfully requested that the Court set a case management hearing.

Respectfully submitted,

/s/ Patrick W. Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
pwm@morrisseylawchicago.com
*an attorney for plaintiff*

/s/ Jason E. DeVore (with consent)
Jason E. DeVore (ARDC #62422782)
Troy S. Radunsky (ARDC #6269281)
DeVore Radunsky, LLC
230 W. Monroe Suite 230
Chicago, Illinois

|  |  |
|---|---|
|  |  |