# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Eugene Westmoreland
                                         Plaintiff,

v.                                                                   Case No.: 1:23–cv–01851
                                                                  Honorable John J. Tharp Jr.

Thomas Dart, et al.
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 10, 2024:

       MINUTE entry before the Honorable John J. Tharp, Jr:The motion for extension of time [93] is granted. Dispositive motions are due by 12/2/2024. Responses are due by 1/10/2025. Replies, if any, are due 1/23/2025. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.