**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Eugene Westmoreland
                                    Plaintiff,
v.                                                                    Case No.: 1:23−cv−01851
                                                                                Honorable John J. Tharp Jr.
Thomas Dart, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 4, 2024:

      MINUTE entry before the Honorable John J. Tharp, Jr: Plaintiff's notice of supplemental authority pursuant to Fed. R. Civ. P. 28(j) [97] is taken under advisement. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.