# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Eugene Westmoreland
                         Plaintiff,

v.                                                          Case No.: 1:23−cv−01851
                                                                Honorable John J. Tharp Jr.

Thomas Dart, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 27, 2024:

      MINUTE entry before the Honorable John J. Tharp, Jr:The agreed motion for extension of time [99] is granted. Dispositive motions due 2/14/25; responses due 3/26/25; replies due 4/21/25. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.